# EXHIBIT 4

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
 2                     WACO DIVISION

 3   JON BATTS,                  )
                                 )
 4             Plaintiff,        )
                                 )  CIVIL ACTION
 5   VS.                         )  NO. 6:17-CV--00346-ADA
                                 )
 6   REMINGTON ARMS COMPANY,     )  [JURY DEMANDED]
     LLC,                        )
 7                               )
               Defendant.        )
 8

 9        ------------------------------------

10        ORAL AND VIDEOTAPED DEPOSITION OF

11                    JON BATTS

12                 JANUARY 7, 2019

13        ------------------------------------

14

15

16        ORAL AND VIDEOTAPED DEPOSITION OF JON BATTS,

17   produced as a witness at the instance of the Defendant,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on January 7, 2019, from 11:53 a.m. to

20   3:52 p.m., before Christy Cortopassi, CSR in and for the

21   State of Texas, reported by machine shorthand, at the

22   law offices of McGinnis Lochridge, 2200 Ross Avenue,

23   Suite 4900E, Dallas, Texas 75201, pursuant to the

24   Federal Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.
```

Page 2

```
1           A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4       MR. ROBERT M. MEADOR
        Rad Law Firm
5       8001 LBJ Freeway
        Suite 300
6       Dallas, Texas 75251
        972.661.1111
7       rmeador@radlawfirm.com
8
   FOR THE DEFENDANT REMINGTON ARMS COMPANY, LLC:
9
        MR. MITCHELL C. CHANEY
10      McGinnis Lochridge
        600 Congress Avenue
11      Suite 2100
        Austin, Texas 78701
12      512.495.6000
        mchaney@mcginnislaw.com
13
            -AND-
14
        MR. STEVEN E. DANEKAS, Admitted Pro Hac Vice
15      Swanson Martin & Bell
        3300 North Wabash
16      Suite 3300
        Chicago, Illinois 60611
17      312.923.8273
        sdanekas@smbtrials.com
18
19
20  ALSO PRESENT:
        Mr. Kevin Dill, Videographer
21
22
23
24
25
```

Page 3

```
1                 INDEX
                                           PAGE
2  Appearances.........................................  2
3
   JON BATTS
4
   EXAMINATION BY MR. DANEKAS....................  4
5
6  Changes and Signature........................... 128
   Reporter's Certification........................ 130
7
               EXHIBITS
8
   NO.        DESCRIPTION                       PAGE
9
   Exhibit 1   Notice to take depo.................. 70
10 Exhibit 2   Objections and responses to
                interrogatories..................... 39
11 Exhibit 2A  Signed Verification page............. 40
   Exhibit 3   Skip in sequence - no exhibit marked.... *
12 Exhibit 4   Color photocopy of ammo.............. 91
   Exhibit 5   Color photocopy of ammo.............. 92
13 Exhibit 6   Color photocopy of rifle............. 93
   Exhibit 7   Color photocopy of man & rifle....... 94
14 Exhibit 8   Color photocopy of man & rifle....... 95
   Exhibit 9   Color photocopy of shooting range.... 95
15 Exhibit 10  Color photocopy of ammo.............. 95
   Exhibit 11  Color photocopy of man & rifle....... 95
16 Exhibit 12  Color photocopy of shooting range.... 98
   Exhibit 13  Color photocopy of man at shooting
17              range............................... 99
   Exhibit 14  Color photocopy of man & rifle....... 99
18 Exhibit 15  Color photocopy of man & rifle....... 99
   Exhibit 21  Department of the Army letter -
19              February 16, 2017.................. 112
   Exhibit 22  Skip in sequence - no exhibit marked.... *
20 Exhibit 23  Department of Veterans Affair letter -
                July 13, 2017..................... 117
21 Exhibit 24  Case with ammo in it - (retained by
                counsel)........................... 59
22
23
24
25
```

Page 4

```
1            P R O C E E D I N G S
2       THE VIDEOGRAPHER:  We are on the record at
3  11:53 a.m.  Today's date is January 7, 2019.  This is
4  the videotaped deposition of Jon Batts.
5       Will the counsel please state their names
6  for the record.
7       MR. MEADOR:  Robert Meador for Jon Batts.
8       MR. CHANEY:  I'm Mitchell Chaney.  I'm here
9  for Remington.
10      MR. DANEKAS:  Steven Danekas also for
11 Remington.
12      THE VIDEOGRAPHER:  Will the reporter please
13 swear in the witness.
14               JON BATTS,
15 having been first duly sworn, testified as follows:
16               EXAMINATION
17 BY MR. DANEKAS:
18  Q.  Mr. Batts, would you please state your full
19 name and spell it?
20  A.  Samuel Jonathan Batts, S-a-m-u-e-l
21 J-o-n-a-t-h-a-n B-a-t-t-s.
22  Q.  Mr. Batts, my name is Steve Danekas.  I
23 represent Remington in the lawsuit you have filed, along
24 with Mr. Chaney, who is sitting off to your right.  We
25 are here today to ask you some questions about the
```

Page 5

```
1  incident that occurred involving an H&R rifle in
2  November 2015.
3       Also ask you some questions about your
4  background and the injuries you received from the
5  incident.  If at any time I ask a question you don't
6  understand or do not hear, please tell me.  I will
7  repeat or rephrase the question.  Do you understand
8  that?
9   A.  Yes, sir.
10  Q.  You understand that the oath you have taken
11 today is just as important and as solid as an oath you
12 would take if you were testifying in a courtroom?
13  A.  Yes, sir.
14  Q.  Mr. Batts, if there is any time you need to
15 take a break just let me know, we will accommodate you.
16 If you need to get a drink of water, circulate, go to
17 the restroom or for whatever reason, just let us know.
18 Okay?
19  A.  Yes, sir.
20  Q.  The questions I'm going to ask you today,
21 Mr. Batts, I don't want you to guess or speculate.  If
22 you don't know the answer to something or you don't
23 recall, please tell me.  Okay?
24  A.  Yes, sir.
25  Q.  What is your current employment?
```

Page 6

1     A.  I am currently employed by SOC, LLC out of
2  Chantilly, Virginia.
3     Q.  Can you spell the name of that company, please?
4     A.  S-O-C.
5     Q.  And what type of business is SOC, LLC?
6     A.  They are contracted through the State
7  Department to provide security for the Embassy in
8  Baghdad.
9     Q.  How long have you been employed by SOC, LLC?
10     A.  Approximately, six months.
11     Q.  What was your employment prior to that, sir?
12     A.  I worked for Burlington Northern Santa Fe
13  Railroad.
14     Q.  For what period of time did you do that, sir?
15     A.  Approximately, May of 2017 to June 17th of --
16  or I'm -- July 17th of 2018.
17     Q.  What did you do for Burlington Santa Fe
18  Railroad?
19     A.  I was an assistant roadmaster and manager of
20  repair crews for the railroad.
21     Q.  What was your employment before the railroad,
22  sir?
23     A.  United States Army.
24     Q.  Do you currently still reside at 1700
25  Independence Road in Fort Worth?

Page 7

1     A.  No, sir.
2     Q.  Where is your current residence?
3     A.  It's 209 Brookview Drive, Hurst, Texas 76054.
4     Q.  Thank you.  Your date of birth is January 15,
5  1976?
6     A.  Yes, sir.
7     Q.  Who lives with you at the 209 Brookview Drive
8  address?
9     A.  My wife, Jennifer.
10     Q.  When did you move there?
11     A.  Approximately, three months ago.
12     Q.  Before that did you reside at 1700 Independence
13  Road, Fort Worth?
14     A.  I -- that was our technical home, I traveled
15  for work a lot, though.
16     Q.  As far as a residential address, is the 1700
17  Independence Road the last one you had prior to 209
18  Brookview Drive?
19     A.  Yes, sir.
20     Q.  How long did you have the residence at 1700
21  Independence Road in Fort Worth?
22     A.  We have kept that as our home of record since
23  2005 when I entered the Army.
24     Q.  Let me ask you about your current position at
25  SOC, LLC, sir.  You have been there for about six months

Page 8

1  and you said that that company is the contractor for
2  security for the U.S. Embassy in -- did you say Baghdad?
3     A.  Yes, sir.
4     Q.  What is your job, what is your specific job and
5  its duties and responsibilities?
6     A.  I manage the State Department employee guard
7  force.
8     Q.  In the past six months how much of that -- of
9  your time at SOC, LLC has been abroad?
10     A.  Slightly over two months.
11     Q.  Do you know in looking into the next, say, six
12  months to 12 months in that position how much time you
13  will have to spend abroad as -- as opposed to here in
14  the States?
15     A.  I do not at this time.
16     Q.  You were in the United States Army from 2005
17  until when, sir?
18     A.  I was officially retired June 22, 2017.
19     Q.  What was your official start date of the U.S.
20  Army?
21     A.  November 30, 2005.
22     Q.  Thank you for your service, sir.
23     A.  Yes, sir.  Thank you.
24     Q.  How would you like me to address you today?  Is
25  Mr. Batts fine, Sergeant Batts?

Page 9

1     A.  Mr. Batts is fine.
2     Q.  How would that -- okay.  Thank you.  What was
3  your rank when you left the service, when you left the
4  U.S. Army?
5     A.  I was a staff sergeant.
6     Q.  How long were you a staff sergeant?
7     A.  Approximately, ten years.
8     Q.  What is your educational background?
9     A.  I have some college.
10     Q.  Where did you attend college?
11     A.  Tarrant County College, Troy University and
12  Central Texas College.
13     Q.  What year did you graduate high school?
14     A.  1993.
15     Q.  Where was that, sir?
16     A.  Bedford, Texas.
17     Q.  And you are married to Jennifer obviously,
18  correct?
19     A.  Yes, sir.
20     Q.  And when did you and Jennifer get married?
21     A.  January --
22     Q.  Don't get this one wrong.
23     A.  January 22, 2001.
24     Q.  Is that your only marriage?
25     A.  Yes, sir.

Jon Batts
January 07, 2019                                   10 to 13

Page 10

1    Q. Do you have any children?
2    A. Yes, sir.
3    Q. How many children?
4    A. Just one.
5    Q. And I believe that's a daughter; is that
6    correct?
7    A. That's correct, sir.
8    Q. What is her name?
9    A. Haley.
10   Q. Does she live with you?
11   A. No, sir.
12   Q. Was she living with you at the time of your
13   incident in November of 2015?
14   A. Yes, sir.
15   Q. In June of 2017, Mr. Batts, why did you leave
16   the Army?
17   A. I was medically retired due to injuries.
18   Q. When you say you were medically retired, was it
19   the Army that made the decision to retire you?
20   A. Yes, sir.  The medical review board did.
21   Q. Okay.  Was it your intention to continue in the
22   Army?
23   A. Yes, sir.
24   Q. And you said you were medically retired due to
25   injuries.  What injuries are you referring to?

Page 11

1    A. That injury to my eye.
2    Q. Were there any other injuries that to your
3    knowledge the medical review board considered in
4    medically retiring you?
5    A. No, sir.
6    Q. What did you do, Mr. Batts, as far as
7    employment before entering the Army?
8    A. I worked as a diesel mechanic.
9    Q. How long did you do that?
10   A. For five years.
11   Q. Where were you employed?
12   A. Roadway Express in Irving, Texas.
13   Q. What did you do for employment before the five
14   years as a diesel mechanic?
15   A. I was a United States Marine.
16   Q. For how long?
17   A. Four years.
18   Q. While you were a Marine were you deployed
19   overseas?
20   A. Yes, sir.
21   Q. Where?
22   A. I did two Western Pacific deployments in 1996
23   and 1998.
24   Q. Did you go in the marines right out of high
25   school?

Page 12

1    A. Yes, sir.
2    Q. Other than the military, both the Marines and
3    the Army sir, had you received any instructions growing
4    up about the safe handling of firearms and ammunition?
5    A. Yes, sir.
6    Q. From what source or sources did you receive
7    such instructions?
8    A. From my grandfather.
9    Q. Is he still alive?
10   A. No, sir.
11   Q. I presume that also at both in the marines and
12   in the Army you received additional instructions on the
13   handling of firearms and ammunition; is that correct?
14   A. Yes, sir.
15   Q. With regard to the instructions that you
16   received in the military both marines and Army, what
17   type of instructions did you receive with regard to the
18   safe use of ammunition?
19   A. That it should be handled properly and stored
20   properly.
21   Q. And what properly?
22   A. Stored properly.
23   Q. Stored.  Okay.  Did you receive any
24   instructions in the military about what I'm going to
25   call reloaded ammunition?

Page 13

1    A. No, sir.
2    Q. Do you understand -- well, let me ask you this.
3    What is your understanding of the phrase reloaded
4    ammunition?
5    A. Ammunition that has been fired one time and
6    then reassembled for use again.
7    Q. Now I noticed that in some of your written
8    answers to written questions, Mr. Batts, that -- correct
9    me if I'm wrong -- but after this incident you have done
10   some reloading of pistol ammunition; is that correct?
11   A. Yes, sir.
12   Q. Before this incident in November of 2015 had
13   you yourself ever reloaded any ammunition?
14   A. Yes.  Pistol ammunition.
15   Q. When did you first start reloading?
16   A. Approximately, 2014.
17   Q. And since 2014 -- let's talk about 2014 when
18   you started reloading until the time of the incident.
19   What types of ammunition did you reload?
20   A. Nine millimeter and 45.
21   Q. Before the incident had you reloaded any
22   ammunition other than nine millimeter and 45?
23   A. No, sir.
24   Q. So when you reload you start with a fired
25   cartridge casing; is that correct?

Page 14

1     A.  Yes, sir.
2     Q.  And then in the process of reloading you need
3 to put a -- a new primer into that cartridge case; is
4 that correct?
5     A.  Yes, sir.
6     Q.  And then you put a propellant or what a lot of
7 people commonly refer to as gun powder into the
8 cartridge case, correct?
9     A.  Yes, sir.
10    Q.  And then you put a bullet in the end of the
11 cartridge case, correct?
12    A.  Yes, sir.
13    Q.  And you affix the bullet to that cartridge case
14 by various means, but one of those would be crimping the
15 cartridge case around the bullet; is that correct?
16    A.  Yes, sir.
17    Q.  So with regard to the ammunition that you have
18 reloaded, the nine millimeter and 45, are there any
19 other steps in reloading that I have omitted?
20    A.  Not for pistol ammunition, no.
21    Q.  Okay.  Have you ever reloaded any rifle
22 ammunition?
23    A.  No.  I have not.
24    Q.  Have you ever reloaded any 300 Blackout?
25    A.  No, sir.

Page 15

1     Q.  Have you ever seen others reload rifle
2 ammunition?
3     A.  No, sir.
4     Q.  Would reloading a rifle cartridge be similar in
5 respects as you take to reload a pistol cartridge?
6          MR. MEADOR:  Objection; speculation.  You
7 can answer if you know.
8     A.  It -- it is -- there are different steps,
9 though, and I'm not sure about the rifle ammunition.  I
10 know there are additional steps --
11    Q.  (BY MR. DANEKAS)  Okay.
12    A.  -- that are required.
13    Q.  Okay.  Fair enough.  In any event, you would
14 anticipate with a rifle, a reloaded rifle cartridge, you
15 would need a new primer -- propellant and a bullet,
16 correct?
17    A.  Yes, sir.
18    Q.  What types of reloading equipment do you have,
19 Mr. Batts?
20    A.  I have a single-stage RCBS press.
21    Q.  Is that the only piece of reloading equipment
22 that you have had since you started reloading in 2014?
23    A.  Yes, sir.
24    Q.  Do you still reload?
25    A.  I have not.  I don't think I have since the

Page 16

1 accident.  I don't...
2     Q.  You still shoot?
3     A.  Yes, sir.
4     Q.  When is the last time you were shooting?
5     A.  Within the last two weeks.
6     Q.  What were you shooting the last time you did
7 shoot?
8     A.  A 22 long rifle.
9     Q.  Can you list for me, sir, the firearms that you
10 have fired since your accident in November of 2015?
11    A.  I can list most of them.  I have fired quite a
12 few.
13    Q.  Okay.  As best you can do.
14    A.  Okay.  M4, M16, M249 Bravo, M249 SAW, M240
15 Bravo, 50-caliber Browning, 1911s, M4s, revolvers,
16 shotguns; I shoot quite a bit.
17    Q.  Okay.  Do you hunt?
18    A.  No, sir.
19    Q.  Where do you do -- since the accident, where
20 have you done most of your shooting?
21    A.  On public land out in New Mexico.
22    Q.  Where did this incident occur, what shooting
23 range?
24    A.  It was at Sportsman's Range, a complex at Fort
25 Hood.

Page 17

1     Q.  Is it part of the Fort Hood complex?
2     A.  Yes, sir.
3     Q.  So is the range where you were shooting at the
4 time to your knowledge owned by the Army?
5     A.  Yes, sir.
6     Q.  Are there other ranges at Fort Hood other than
7 the one you were using at the time of the accident?
8     A.  Yes, sir.
9     Q.  How many ranges are there?
10    A.  There's quite a few, everything from small arms
11 to attack helicopters.
12    Q.  Okay.  At the time of the -- of your accident,
13 Mr. Batts, were you -- for lack of a better word, on
14 duty?
15    A.  As a soldier you're on duty 24/7.
16    Q.  Okay.  All right.  We'll get to that.
17         With regard to your reloading of the
18 handgun ammunition, the nine millimeter and 45 caliber,
19 how did you learn to do that?  Did anybody give you any
20 instructions or did you just read and self-teach?
21    A.  I read and I watched videos on how to do that.
22    Q.  Were you given any, either by your -- the
23 written word or the videos that you watched, any
24 warnings about the dangers that can be associated with
25 reloaded ammunition?

Page 18

1   A.  They gave warnings if you exceeded parameters
2   established by the small arms industry.
3   Q.  Okay.  Did you receive any warnings as you
4   brought yourself up to speed to -- to reload, did you
5   receive any warnings about what could happen if the
6   wrong type of propellant or the wrong amount of
7   propellant was used?
8   A.  Yes, sir.
9   Q.  What types of warnings have you received in
10  that regard?
11  A.  That it can cause catastrophic failures.
12  Q.  What types?
13  A.  Case head separation, damage to physical
14  components of the firearm, stress fractures in the
15  receiver.
16  Q.  Did you understand as of the time you started
17  to reload in 2014 that improperly-reloaded ammunition
18  could result in personal injury?
19  A.  Yes.
20  Q.  Did you understand that at the time you started
21  to reload in 2014 that improperly-reloaded ammunition
22  could result in injury to a shooter's eyes?
23  A.  I understood that that could be a possibility.
24  Q.  At the time you started to reload in 2014 what,
25  if any, understanding did you have if an insufficient

Page 19

1   amount of propellant was used in a reloaded cartridge?
2   A.  That if there was an insufficient amount of
3   propellant in the cartridge that the projectile could
4   fail to exit the barrel and that it would cause the
5   weapon to function improperly.
6   Q.  Are you familiar with the term squib load?
7   A.  Yes, sir.
8   Q.  What does that mean to you?
9   A.  When there is an underpressure in the
10  projectile and it fails to cause the projectile to exit
11  the barrel.
12  Q.  Have you ever experienced a squib load?
13  A.  No.  No, sir.
14  Q.  As of the time of the accident, Mr. Batts, what
15  was your understanding, if you had one, as to the
16  dangers involved in a squib load?
17  A.  That if you had a squib load and you are not
18  aware of it and the weapon is fired again, that the two
19  rounds can impact inside the barrel and cause
20  catastrophic failure.
21  Q.  Could blow up the firearm?
22  A.  Yes, sir.
23  Q.  Could result in personal injury?
24  A.  Yes, sir.
25  Q.  With regard to the reloading that you have

Page 20

1   done, Mr. Batts, you understand that it is important to
2   be careful doing the reloading so that you don't create
3   an improperly-reloaded shell, whether that be too much
4   pressure or not enough?
5   A.  Yes, sir.
6   Q.  You were -- at the time of this incident in
7   November of 2015 you were firing an H&R single-shot,
8   break-barrel rifle; is that correct?
9   A.  Yes, sir.
10  Q.  The caliber was 300 Blackout?
11  A.  Yes, sir.
12  Q.  Is the day of the incident the first time you
13  had fired that particular rifle?
14  A.  Yes, sir.
15  Q.  Before the day of the incident had you fired
16  other H&R firearms?
17  A.  No, sir.
18  Q.  Before the day of the incident had you fired
19  any single-shot, break-barrel rifles?
20  A.  No, sir.
21  Q.  When I use the term break barrel, Mr. Batts,
22  what is your understanding of that phrase?
23  A.  Where it's a single shot you move a lever to
24  open the breech and load each round individually.
25  Q.  Okay.  I just want to make sure we're on the

Page 21

1   same page.
2   A.  Yes, sir.
3   Q.  So the H&R rifle you fired on the day of the
4   incident was the first time you had fired that
5   particular rifle and also the first time you had fired
6   any single-shot, break-barrel rifle; is that correct?
7   A.  That is correct.
8   Q.  Let me ask you some questions, Mr. Batts, about
9   this particular rifle, meaning the H&R rifle that you
10  were using at the time.  How long had -- well -- well,
11  first of all, was it your rifle?
12  A.  Yes, sir.
13  Q.  You were the owner?
14  A.  Yes, sir.
15  Q.  And how long had you owned it before the day of
16  the accident?
17  A.  Approximately, a month.
18  Q.  And where did you get it?
19  A.  I received it from one of my superiors, another
20  Army soldier.
21  Q.  Was that Captain Bradley Craycraft?
22  A.  That is correct, sir.
23  Q.  Is he still with the service?
24  A.  Yes, sir.
25  Q.  As far as you know?

Jon Batts
January 07, 2019                                    22 to 25

Page 22

1      A.  Yes, sir.
2      Q.  How did you know that he had this rifle?
3      A.  We discussed it, he was my immediate supervisor
4  and we were talking about firearms.  And I said that I
5  wanted to buy one of those and he said he had one that
6  was brand-new and never been fired.
7      Q.  How long was your immediate supervisor?
8      A.  For over a year, but I'm not sure of the exact
9  amount of time.
10      Q.  How long before the accident was it that you
11  had this conversation with Captain Craycraft?
12      A.  Approximately, six weeks.
13      Q.  And you told him -- (cough)excuse me. (cough)
14  Excuse me.
15          You told him that you were interested in
16  obtaining an H&R rifle?
17      A.  In that particular rifle, yes.
18      Q.  When you say that particular rifle meaning --
19  meaning what?
20      A.  Meaning that model of H&R rifle.
21      Q.  The model is referred to as a Handi rifle; is
22  that correct?
23      A.  Yes, sir.
24      Q.  Did you have any particular caliber in mind?
25      A.  300 Blackout.

Page 23

1      Q.  Why?
2      A.  I planned on using that as a host for a
3  suppressor.
4      Q.  I'm sorry, as a what?
5      A.  Host for the -- for a suppressor.
6      Q.  On the day of the accident were you using it
7  with the suppressor?
8      A.  No, sir.  I was -- I did not have the
9  suppressor at that time.
10      Q.  Had you obtained a suppressor for that rifle
11  prior to the accident?
12      A.  No, sir.  I was waiting for its paperwork to
13  come back from ATF.
14      Q.  You had ordered one, however?
15      A.  Yes, sir.
16      Q.  Why would you use a suppressor on this
17  particular rifle?
18      A.  Because 300 Blackout is quiet and it -- I
19  thought it would be a fun range toy.
20      Q.  The 300 Blackout as I understand it can come in
21  subsonic and hypersonic rounds; is that correct?
22      A.  Yes, sir.
23      Q.  Did you intend to fire both subsonic and
24  hypersonic from this rifle?
25      A.  Yes, sir.

Page 24

1      Q.  My understanding from your answers to
2  interrogatories is that Captain Craycraft had purchased
3  this rifle somewhere in Kentucky; is that correct?
4      A.  I believe he had purchased it online while he
5  was still in Texas and it was delivered from -- to him.
6  I don't know what shop was actually -- where the
7  physical location of the shop was.
8      Q.  Okay.  In your answers to interrogatories --
9  and we'll go through them in more detail a little bit
10  later.  But it's referred to as Bud's Gun Shop in
11  Lexington, Kentucky.  Does that ring a bell at all?
12      A.  Yes, I knew -- I know it was Bud's Gun Shop, I
13  just did not know where they are physically located.
14      Q.  All right.  But it's your understanding that
15  Captain Craycraft ordered this online?
16      A.  Yes, sir.
17      Q.  Do you know how long Captain Craycraft had
18  owned this rifle or had it in his position anyway prior
19  to conveying the rifle to you?
20      A.  No.  No, sir.
21      Q.  Was it your understanding that Captain
22  Craycraft had fired any rounds out of the rifle?
23      A.  No, sir.  It was still sealed in the bag when I
24  got it.
25      Q.  I see.  And when you say bag you are referring

Page 25

1  to the box?
2      A.  The box was sealed and it was inside a plastic
3  bag inside the box.
4      Q.  So the -- the box was sealed and inside the box
5  was a bag and inside the box was the rifle; is that
6  right?
7      A.  Yes, sir.
8      Q.  Okay.  How much did you pay Captain Craycraft
9  for the rifle?
10      A.  Approximately, $250.
11      Q.  Did you pay him by check or cash?
12      A.  Cash.
13      Q.  And you said that at, approximately, a month
14  before the accident is when you took ownership of the
15  rifle?
16      A.  Yes, sir.
17      Q.  In that month's time, Mr. Batts, where did you
18  keep -- store the rifle?
19      A.  In my gun safe.
20      Q.  And was that at the address on Independence?
21      A.  Negative.  That was at the address in
22  Nolanville, Texas.
23      Q.  I see.  How far is that from Fort Hood?
24      A.  I believe six miles.
25      Q.  Let me back up.  You said that you wanted

Page 26

1  the -- you were interested in an H&R Handi-Rifle.  What
2  type of research or information seeking had you
3  undertaken with regard to the H&R Handi-Rifle?
4       A.  I'm very familiar with Advanced R corporation
5  and I saw that they had -- they went in with Handi to --
6  or H&R to produce that weapon as a suppressor host and I
7  thought it looked cool.  So that's where I got my idea
8  to purchase the rifle.
9       Q.  Maybe it's the connection we have.  But when
10 you say suppressor, what's the next word you are using?
11      A.  Oh, host.
12          MR. CHANEY:  Host.
13      Q.  (BY MR. DANEKAS)  Got it.  Okay.  What specific
14 articles have you read either on paper or online with
15 regard to the H&R Handi-Rifle before buying this one
16 from Captain Craycraft?
17      A.  I had watched videos on YouTube about it and I
18 had seen advertisements but I can't recall the specific
19 articles or videos.
20      Q.  Did you ever go onto the H&R website before
21 buying this rifle from Captain Craycraft?
22      A.  No, sir.
23      Q.  Before this accident had you ever gone online
24 to the H&R website?
25      A.  No, sir.

Page 27

1       Q.  Since the accident have you gone onto the H&R
2  website?
3       A.  No, sir.
4       Q.  Since the accident, Mr. Batts, have you had any
5  contact yourself with anyone from H&R or Remington by
6  way of email, correspondence, telephone call?
7       A.  No, sir.
8       Q.  Before your accident had you had any contact
9  with anyone from H&R or Remington via email, phone
10 calls, letters, anything of that nature?
11      A.  No, sir.
12      Q.  At some point did you -- well, you obviously --
13 at some point you removed the rifle from the bag inside
14 the box -- obviously removed the rifle from the box,
15 right?
16      A.  Yes, sir.
17      Q.  When did you first do that, sir?
18      A.  It would be the day that I brought it home
19 after I bought it.
20      Q.  And I presume for some period of time you --
21 when you did that you looked it over, examined it; is
22 that fair to say?
23      A.  Yes, sir.
24      Q.  At the time you brought it home on that
25 particular day, the very day you got it home, had you

Page 28

1  received any ammunition for that rifle as of that time?
2       A.  No, sir.
3       Q.  Did Captain Craycraft have any ammunition for
4  this rifle?
5       A.  Not that I'm aware of, sir.
6       Q.  In any event, Captain Craycraft did not provide
7  you with any ammunition for this rifle; is that correct?
8       A.  That is correct, sir.
9       Q.  Okay.  Tell me what you did with the rifle the
10 first time you took it out of the box.
11      A.  I took it out of the box, I inspected it,
12 looked it over to make sure that it was exactly what I
13 thought it was.  I had a scope from another rifle that I
14 mounted on that rifle and then I put it in my safe.
15      Q.  Before obtaining this rifle had you spoken to
16 anyone who had either owned or used an H&R Handi-Rifle?
17      A.  No, sir.
18      Q.  On the day that you brought it home and -- I
19 think you said you examined it and put a -- mounted a
20 scope.  Did you open up the action?
21      A.  Yes, sir.
22      Q.  And did -- and then at some point obviously you
23 closed the action?
24      A.  Yes, sir.
25      Q.  How many times did you open and close the

Page 29

1  action on the day that you brought it home?
2       A.  Two times.  Two --
3       Q.  You said two times?
4       A.  Two times.
5       Q.  Okay.  Thank you.  When is the next time the
6  rifle was out of your safe?
7       A.  After I inspected the rifle, put the scope on
8  it, I locked it in my safe.  And so it remained in my
9  safe until I went to the range.
10      Q.  I see.  So from the day you got it until the
11 day of the accident the rifle stayed in your safe?
12      A.  Yes, sir.
13      Q.  Who has access or had access during that time
14 to the safe?
15      A.  Just myself.
16      Q.  Is it a safe that have has a combination lock
17 or otherwise?
18      A.  It's a combination lock safe.
19      Q.  And who has -- who knows the combination of
20 that safe other than you?
21      A.  Just myself.
22      Q.  On the day that you brought it home did anyone
23 else handle the rifle?
24      A.  No, sir.
25      Q.  Does your wife Jennifer do any shooting?

Page 30

1    A.  She's been a couple of times but not regularly,
2  no.
3    Q.  Okay.  You had on the day of the accident --
4  obviously, Mr. Batts, you had some ammunition for this
5  rifle, right?
6    A.  Yes, sir.
7    Q.  Where did you get it?
8    A.  I got it at the gun show in Fort Worth.
9    Q.  What was the name of the gun show?
10   A.  I'm not sure which.
11   Q.  Where was it in Fort Worth?
12   A.  It was at Amon Carter Hall.
13   Q.  And when was it that you bought the ammunition?
14   A.  I'm not sure of the date but it was after I
15 bought the rifle.
16   Q.  Is this a gun show that is a regular gun show
17 or was it sort of a -- just an ad hoc gun show?
18   A.  There are routine gun shows at that exhibit
19 hall.  I don't know if they're by the same presenter,
20 though.
21   Q.  Okay.  So do you know the -- the -- is there
22 any way for you to identify the seller of this
23 ammunition to you?
24   A.  No, sir.
25   Q.  The -- the -- I'm going to call it a person but

Page 31

1  whoever sold you this ammunition, was it somebody who
2  was selling only ammunition at that gun show or were
3  they selling other things including such as firearms?
4    A.  It was only ammunition.
5    Q.  How would you describe the size of this gun
6  show?  Was this a large event, was it kind of a smaller
7  one, somewhere in between?
8    A.  It was -- it was a mid-sized for the
9  Dallas/Fort Worth area.
10   Q.  Had you been to gun shows before this?
11   A.  Yes, sir.
12   Q.  Had you bought ammunition at gun shows before
13 this?
14   A.  Yes, sir.
15   Q.  Had you been at gun shows at the
16 Amon Carter Hall before this?
17   A.  Yes, sir.
18   Q.  Had you bought ammunition at the gun shows at
19 Amon Carter Hall before this?
20   A.  I don't remember if I -- if it was that gun
21 show that I purchased ammunition at gun shows before.
22   Q.  But you had purchased ammunition at some gun
23 show or shows before this?
24   A.  Yes, sir.
25   Q.  How many times before you purchased this

Page 32

1  300 Blackout ammunition had you purchased ammunition at
2  a gun show?
3    A.  Probably ten to 15 times over 15 years.
4    Q.  What types -- oh, that's a bad question.  I'll
5  withdraw it.
6            What caliber of ammunition had you
7  purchased at gun shows before this?
8    A.  556, nine millimeter, 45.
9    Q.  Any others?
10   A.  No, sir.
11   Q.  When you purchased this ammunition, Mr. Batts,
12 was the ammunition in a container, a box, anything?
13   A.  I'm not sure.  I don't recall.
14   Q.  How many rounds of 300 Blackout ammunition did
15 you purchase?
16   A.  I purchased 20.
17   Q.  How did you pay for it?
18   A.  I paid for cash, paid with cash.
19   Q.  Did you get a receipt?
20   A.  I do not know.  I don't know, sir.
21   Q.  Have you --
22   A.  I don't know, sir.
23   Q.  Since your accident have you looked to see if
24 you had a receipt for this ammunition?
25   A.  Yes, sir.

Page 33

1    Q.  And obviously you have not found it; is that
2  correct?
3    A.  No.  No, sir.
4    Q.  What I said is correct, you have not found the
5  receipt?
6    A.  I am not -- I -- I searched and I have not
7  found the receipt for the ammunition.
8    Q.  Okay.  Thank you.  The purchaser -- the actual
9  person who handled the transaction with you, was it a
10 male or a female?
11   A.  It was a female.
12   Q.  Can you describe her?
13   A.  I just remember that it was a female.  It was a
14 male and female that --
15   Q.  Can you --
16   A.  -- at the booth and the female processed the
17 transaction.
18   Q.  And with regard to the female can you give me
19 any identifying information such as age, color of hair,
20 whether she wore glasses or not, slight build, medium
21 build, heavy build, height, anything?
22   A.  I would say that she is medium build and
23 probably in her late 30s.
24   Q.  Okay.  Caucasian?
25   A.  Yes, sir.

Page 34

1      Q.  What about the male in the booth with her,
2  anything you can use to describe him such as age,
3  height, weight, build?
4      A.  I don't know his height but he was an
5  overweight white male, Caucasian male.
6      Q.  Was there anyone with you at the gun show when
7  you purchased the ammunition?
8      A.  No, sir.
9      Q.  Do you have any recollection of how the
10 ammunition was turned over to you such that you could
11 take it away from the gun show and go home?
12          I mean, was -- was the -- do you remember
13 any box, any bag, any -- any information like that?
14     A.  I can't remember if it was in a box or a bag.
15 I had a sack that I carried things out of the gun show
16 in but I can't remember if it was in a box, in a bag.
17     Q.  What conversation did you have with the two
18 people in this booth about the ammunition?  Tell me what
19 you said to them and what they said to you.
20     A.  I was just asking if they had subsonic
21 300 Blackout and they showed it to me and I said okay,
22 I'll take it.
23     Q.  That was the extent of the conversation?
24     A.  Yes, sir.
25     Q.  I'm not familiar with the layout of the

Page 35

1  facility here but -- so well, let me ask you.  The
2  Amon Carter Hall, where is that located in Fort Worth?
3      A.  It's by the museums in the stockyard.
4      Q.  And is it one floor or more than one floor?
5      A.  It's one floor.  No, correction.  There -- it
6  is multiple floors.  There's like a lobby --
7      Q.  Okay.
8      A.  -- and then it goes down into the actual
9  exhibit halls.
10     Q.  Okay.  Well, that's probably a better question
11 for me to ask.  As far as the actual exhibit hall where
12 these booths are located, are the booths on just one
13 floor or multiple floors?
14     A.  Just one floor, sir.
15     Q.  And is the layout of the building generally
16 rectangular or another shape?
17     A.  It's rectangular, sir.
18     Q.  Is there a main entrance?
19     A.  Yes, sir.
20     Q.  Okay.  Describe for me if you can, Mr. Batts,
21 as you go into the main entrance of the hall where this
22 booth was located?
23     A.  I -- if you go into the main entrance it breaks
24 off to where there's a passageway that goes straight and
25 then there's exhibit hall to the left and to the right.

Page 36

1          I don't remember which side it was on but
2  it was towards the back of the left side or back of the
3  right side.
4      Q.  Okay.  Relatively speaking compared to the size
5  of other booths there that day, was this a smaller
6  booth, medium-sized booth or larger booth?
7      A.  I would say it was about average.
8      Q.  And you specifically asked for subsonic
9  300 Blackout?
10     A.  Yes, sir.
11     Q.  Was it your understanding that the rounds you
12 purchased that day were all subsonic?
13     A.  Yes, sir.
14     Q.  How much did you pay for this -- these 20
15 rounds?
16     A.  Approximately, 15 to $20.  I'm not sure.
17     Q.  Okay.  Was that ammunition that you purchased
18 at this gun show the first 300 Blackout ammunition you
19 purchased?
20     A.  Yes, sir.
21     Q.  From that time until the accident did you
22 purchase any additional 300 Blackout rounds?
23     A.  No, sir.
24     Q.  Before the date of the accident had you
25 obtained from any source any other 300 Blackout rounds?

Page 37

1      A.  No, sir.
2      Q.  So on the day of the accident the 300 Blackout
3  rounds that you had with you at the range at that time
4  were all rounds that you had purchased from this gun
5  show?
6      A.  Yes, sir.
7      Q.  Is that correct?
8      A.  Yes, sir.
9      Q.  Or at this -- or at this gun show?  Did you --
10 did you know at the time whether you were purchasing
11 factory rounds or reloads?
12     A.  No, sir.
13     Q.  Did it make a difference to you at the time
14 whether you were purchasing factory rounds or reloads?
15     A.  No, sir.
16     Q.  Had you ever been warned against the use of
17 reloaded ammunition if you were not sure of the source
18 of the reloaded ammunition?
19     A.  Yes, sir.
20     Q.  How did you obtain or who gave you such a
21 warning?
22     A.  I -- I do not recall.
23     Q.  Other than the ammunition you bought at the gun
24 show that day, did you buy anything else at the gun show
25 that day?

Page 38

1     A.  I believe I bought a magazine for my 1911.
2     Q.  And where -- do you know from whom you bought
3  that magazine?
4     A.  No, sir.
5     Q.  How did you pay for that?
6     A.  Cash.
7     Q.  At the gun show that day, Mr. Batts, had you
8  been to any other ammunition booths?
9     A.  I know that I looked around at several
10  different booths but I didn't purchase anything at any
11  other booths.
12     Q.  Had you inquired at other booths whether they
13  had 300 Blackout ammunition?
14     A.  Yes, sir.
15     Q.  And did any of the other booths have
16  300 Blackout ammunition?
17     A.  No.  Not subsonic.
18     Q.  At the time you bought this ammunition --
19  getting back to the question I asked you a few minutes
20  ago, what did you understand could happen if you
21  purchased the ammunition that were reloads and they had
22  been reloaded improperly?
23     A.  I had been warned that if they were hot loads
24  or loaded in excess of pressures that are designated by
25  a small arms institute that you could have catastrophic

Page 39

1  failures and damages to the receiver or person.
2     Q.  And I think you told us earlier you also
3  understood that if they were underloaded, if you will,
4  you could have a squib round?
5     A.  Yes.  With the possibility of another round
6  hitting the first projectile in the barrel.
7     Q.  Okay.
8         MR. DANEKAS:  Hey, Mitch, if you could
9  hand, Mr. Batts, Exhibit 2.  These are his answers to
10  interrogatories, take care of a little housekeeping here
11  and then we'll take a short break.
12         MR. CHANEY:  Would you like them marked as
13  an exhibit to this deposition?
14         MR. DANEKAS:  Yes, please.
15         MR. CHANEY:  I have marked it as Exhibit 1.
16         MR. DANEKAS:  So mark it as Exhibit -- no,
17  hey, Mitch, mark it as Exhibit 2 because I've already --
18  I have premarked these.
19         MR. CHANEY:  Okay.
20         (Exhibit No. 2 was marked.)
21         MR. DANEKAS:  You are going to throw me
22  off.
23         MR. CHANEY:  Sorry.  So the interrogatories
24  are Exhibit 2.
25         MR. DANEKAS:  Thank you.  Are they in front

Page 40

1  of Mr. Batts?
2         MR. CHANEY:  They are.
3         THE WITNESS:  Yes, sir.
4         MR. DANEKAS:  Do you have his signature
5  page there by the way?  I think that is being
6  separately.
7         MR. CHANEY:  We do.
8         MR. DANEKAS:  Let's mark that as 2A if we
9  can.
10         (Exhibit No. 2A was marked.)
11         MR. CHANEY:  Mr. Batts has Exhibit 2A which
12  is the verification.
13         MR. DANEKAS:  All right.  Thank you.
14     Q.  (BY MR. DANEKAS)  On Exhibit 2A, Mr. Batts, is
15  that your signature?
16     A.  Yes, sir.
17     Q.  All right.  And then let's look at Exhibit 2.
18  Do you remember reviewing some written answers to
19  written questions called interrogatories?
20     A.  Yes, sir.
21     Q.  I just want to ask you about a few of these.
22  We have touched upon many of them already.
23         In Interrogatory 2 you refer to location of
24  the incident as the Sportsman's Range, Rod & Gun Club,
25  Loop Road, Building 1937, Fort Hood, Texas.  That's the

Page 41

1  place you mentioned earlier in the deposition, right?
2     A.  That's correct, sir.
3     Q.  Okay.  Then on Interrogatory No. 3 you identify
4  some individuals there.  One is Haley -- is it Corral,
5  is that pronouncing it correctly?
6     A.  Yes, sir.
7     Q.  And that's your daughter?
8     A.  Yes, sir.
9     Q.  Is she married?
10     A.  Yes, sir.
11     Q.  What's her husband's name?
12     A.  Evan.
13     Q.  And then you mentioned Captain Craycraft, we
14  talked about him.  And then you mentioned five
15  individuals, William Lindberg, Michael Jalbert, Bryan
16  Logan, Matthew Wagenen?
17     A.  Yes, sir.
18     Q.  And Christopher -- Christopher Smith.  Are they
19  all military folk?
20     A.  Yes, sir.  Michael Jalbert is a civilian
21  working for that military organization as a safety
22  manager.
23     Q.  All right.  They're all located at Fort Hood?
24     A.  No, sir.  They have gone their separate ways,
25  they're all over the country.

Page 42

1      Q. I see. Do you know where -- going down from
2  the top of the list, Lindberg to Smith to the bottom of
3  that list of five, do you know where those individuals
4  are now?
5      A. I do not know where Captain Lindberg is. I do
6  know where Bryan Logan is, he is at Fort Irwin,
7  California. He's really the only -- he's the only one I
8  know where they are.
9      Q. All right. Now it's indicated there that these
10  individuals, these gentlemen investigated the incident
11  on behalf of the U.S. Army; is that correct?
12      A. That is correct, sir.
13      Q. How did you learn that these individuals were
14  involved in investigating your incident on behalf of the
15  U.S. Army?
16      A. I met -- Bryan Logan was my commanding officer
17  for the squadron. And he called me into his office and
18  said that there was going to be a formal investigation
19  on what occurred that day.
20          And that he would -- people would be coming
21  to speak with me and conduct a formal investigation on
22  the incident.
23      Q. All right. And did -- later on did individuals
24  come and talk to you about the incident?
25      A. Yes, sir.

Page 43

1      Q. Who are those individuals?
2      A. I believe it was Christopher Smith because -- I
3  don't recognize the name, I don't remember the person
4  that act-- who actually came and talked to me. So I
5  believe it was Christopher Smith.
6          And I also spoke with Michael Jalbert and
7  then the reviewing officer was Captain Lindberg. He's
8  the one that reviewed Christopher Smith's report.
9          And then it also went through a review of
10  Bryan Logan and then finally our brigade commander,
11  Matthew Wagener.
12      Q. Okay. So it's your understanding a written
13  report was prepared as a result --
14      A. Yes, sir.
15      Q. -- of the investigation? Have you seen that
16  written report in the investigation?
17      A. A long time ago, I -- I saw it.
18      Q. Have you ever had a copy of that report?
19      A. No, sir.
20      Q. When you were I guess interviewed or spoken to,
21  do you know whether or not that conversation was
22  recorded?
23      A. I do not remember. That -- the report happened
24  after I was injured and I was on a lot of medication
25  during that time.

Page 44

1      Q. Okay. How long after the incident was it that
2  you were talked to or spoken to about the incident?
3      A. Within two weeks I believe.
4      Q. Okay. Was anyone with you when whoever it was
5  spoke to you?
6      A. I don't remember.
7      Q. Did you ever give -- prepare a written
8  statement about the incident? And I'm not talking about
9  anything you may have prepared for your attorney. Okay?
10  Put that aside. You may or may not have done that, but
11  I don't care about that.
12          Have you ever prepared any written
13  statement for anyone about the incident?
14      A. I don't believe so. I don't remember doing
15  that.
16      Q. Have you ever -- other than these answers to
17  interrogatories have you ever signed any statements
18  about the incident?
19      A. No, sir.
20      Q. When you read the report -- just strike that.
21          What do you remember reading in the report
22  of the incident?
23      A. I remember reading a description of the events
24  in the -- in the somewhat of a timeline that took place
25  when the incident occurred.

Page 45

1      Q. All right. Let's finish these interrogatory
2  answers. Let's go to Interrogatory No. 4, Mr. Batts,
3  and ask some information about the ammunition. And I
4  would like for you to read or follow along with me,
5  Subparagraph D.
6          The answer is, and I'll read it into the
7  record. A male at the shooting range gathered and moved
8  Plaintiff's shooting gear, including the rifle and
9  ammunition to plaintiff's truck at the range on the day
10  of the incident and drove the truck to the Army Medical
11  Center.
12          Later the day of the incident plaintiff's
13  wife, Jennifer, drove the truck with plaintiff's
14  shooting gear, including the ammunition and rifle to
15  plaintiff's off-base home.
16          Plaintiff moved the rifle and ammunition
17  into his gun safe after his discharge from the Army
18  Medical Center. The rifle and ammunition remained in
19  Plaintiff's possession until Plaintiff transferred
20  possession of the ammunition to Robert M. Meador on
21  2/6/16 who maintained custody of the ammunition and
22  rifle until it was transferred to Charles Powell on
23  2/20/16.
24          Mr. Powell has had custody of the rifle and
25  ammunition continuously since that time. And I

Page 46

1  understand that your -- you and/or your attorney has
2  brought with you the rifle and ammunition today.
3          With regard to that answer, first of all,
4  do you know who the male at the shooting range that is
5  identified here in this answer, do you know his
6  identify?
7      A.  No, sir.  He is a civilian.
8      Q.  I see.  You were video recording your shooting
9  of this rifle at the time the incident occurred,
10  correct?
11      A.  Yes, sir.
12      Q.  Since the incident have you watched that video?
13      A.  Yes, sir.
14      Q.  How many times?
15      A.  I'm not sure.  Quite a few.
16      Q.  When is the last time you saw it, sir?
17      A.  Probably a week ago.
18      Q.  Okay.  I have watched it and there appears to
19  be a gentleman not in Army clothing but there seems to
20  be a gentleman who comes to where you had been shooting
21  and picks up the rifle and looks at it.
22          Is he the one to your knowledge -- maybe
23  you don't know, but to your knowledge, is he the
24  individual who gathered and moved your shooting gear to
25  your truck?

Page 47

1      A.  I am not aware.  That happened after I was
2  transported from the location.
3      Q.  All right.  So as you are sitting there today
4  do you know who it was who moved your shooting gear, the
5  rifle and ammunition, to your truck on the day of the
6  incident?
7      A.  No, sir.
8      Q.  Have you ever made any inquiry to find that
9  out?
10      A.  Yes, sir.
11      Q.  What have you done to try to determine that?
12      A.  I spoke with the Cadre at the range, the range
13  safety officers to try to identify who that was and they
14  don't keep records so I was unable to do so.
15      Q.  All right.  How did you come to the
16  understanding that this man, whoever it was, drove your
17  truck to the Army Medical Center?
18      A.  I'm not -- I was told after I came out of
19  surgery that my truck was taken care of.  That's the
20  extent that I knew that that happened.
21      Q.  What kind of truck did you have at that time?
22      A.  A Toyota 4Runner.
23      Q.  And it's your understanding that your wife,
24  Jennifer, drove the truck with your shooting gear,
25  including the ammunition and rifle to your off-base

Page 48

1  home?
2      A.  That is correct.
3      Q.  Is that something that Jennifer has told you?
4      A.  Yes.  I was aware when that happened.
5      Q.  Okay.  And the off-base home would be which
6  address?
7      A.  It is -- on the Point -- on Pointer Street.
8  203 Pointer Street.
9      Q.  Okay.
10      A.  In Nolanville.
11      Q.  And then this answer says that plaintiff,
12  meaning you, moved the rifle and ammunition into his gun
13  safe after his discharge from the Army Medical Center.
14  Is that a correct statement?
15      A.  Yes, sir.
16      Q.  Where -- where was this gun safe?
17      A.  It was located in our front bedroom.
18      Q.  On the address on Pointer Street?
19      A.  Yes, sir.
20      Q.  Is that -- I may have misheard you.  Is that
21  the same address -- strike that.
22          Is that the same gun safe where you have
23  kept the H&R rifle from the time you got it until the
24  day of the incident?
25      A.  Yes, sir.

Page 49

1      Q.  When -- when were you discharged from the Army
2  Medical Center?
3      A.  I was discharged the following day.
4      Q.  Okay.
5      A.  From the incident.
6      Q.  Do you remember -- do you remember the date of
7  your incident?
8      A.  I believe it was the 19th of November.
9      Q.  What time of day did the incident occur?
10      A.  Approximately, 12:30 to 1:00 p.m.
11      Q.  I noticed on the -- the -- what has been
12  produced to us from your attorney, Mr. Batts, there were
13  actually two videos produced to us, one was you were
14  firing a 1 -- excuse me, an M1A.
15          The video of your firing the 1 -- M1A, was
16  that shot -- was that video shot the same day as the
17  video with the H&R?
18      A.  Yes, sir.
19      Q.  You had fired the M1A prior to firing the H&R
20  that day; is that correct?
21      A.  Yes, sir.
22      Q.  So when you moved the rifle and ammunition into
23  your gun safe after you were discharged from the Army
24  Medical Center, did you -- were you the one that
25  actually took the ammunition and rifle out of the truck?

Jon Batts
January 07, 2019                                    50 to 53

Page 50

1     A.  No.  I moved -- my wife took it out of the
2  truck and then I moved it from that room into the gun
3  safe because she doesn't have the combination.
4     Q.  Okay.  So where was the rifle and ammunition
5  when you first saw it when you got home from being
6  discharged from the hospital, the medical center?
7     A.  It was in the front bedroom with the gun safe.
8     Q.  Was the rifle in a case?
9     A.  Yes, sir.
10     Q.  What type of case did you have for that rifle?
11     A.  It was a nylon I believe.  It was a soft
12  material case.
13     Q.  A soft, zippered case?
14     A.  Yes, sir.
15     Q.  All right.  And where was the ammunition when
16  you saw it in the front bedroom?
17     A.  It -- what was left of the ammunition was
18  inside of the front pocket of that case.
19     Q.  The front pocket of the gun case?
20     A.  Of the zippered case, yes, sir.
21     Q.  Okay.
22          MR. DANEKAS:  Why don't we take a short
23  break, reconvene in about five minutes or so.
24          THE VIDEOGRAPHER:  We are off the record at
25  1:10.

Page 51

1          (Break taken from 1:10 p.m. to 1:23 p.m.)
2          THE VIDEOGRAPHER:  Back on the record 1:23.
3     Q.  (BY MR. DANEKAS)  Okay.  Mr. Batts, when we
4  broke I was asking you about the ammunition that you
5  placed into your safe when you were discharged from the
6  Army Medical Center.
7          And did I understand you to say that you
8  were discharged after surgery the day after the
9  incident?
10     A.  It was -- I went into surgery for several
11  hours, I'm not sure of the exact time and they released
12  me --
13     Q.  Okay.
14     A.  -- released me after that.  And then with
15  the -- and I had to report back the next day.
16     Q.  I see.  Okay.  So when you placed the rifle and
17  the ammunition into your gun safe that would have been
18  the day after the incident?
19     A.  Yes, sir.
20     Q.  Okay.  Now you said that the ammunition that
21  you found was in a -- an outside pocket on the soft,
22  zippered gun case for the rifle; is that correct?
23     A.  Yes, sir.
24     Q.  Okay.  And was the ammunition in that pocket of
25  the gun case loose or was it where the -- contained in

Page 52

1  any container?
2     A.  It was loose.
3     Q.  How many rounds were in that pocket?
4     A.  I believe there were three or four but I am not
5  sure.
6     Q.  Were there any other rounds of 300 Blackout
7  ammunition that you placed into the safe that day?
8     A.  No, sir.
9     Q.  Okay.  I have created some still photos and we
10  can get to those later.  But it appeared to me that on
11  the day of the incident, Mr. Batts, you were using a --
12  what I'll call a clear or light gray plastic ammo box;
13  is that correct?
14     A.  Yes, sir.
15     Q.  And was that an ammo box that you brought with
16  you from your residence to the range that morning?
17     A.  Yes, sir.  I store all my ammo in those boxes.
18     Q.  And did that ammo box on that day have
19  ammunition for both the 300 Blackout H&R rifle and the
20  other rifle you fired that day?  The M1A.
21     A.  No, sir.  They were two separate boxes.
22     Q.  Did you have two separate -- what I'll call a
23  clear or light gray ammo box with you that day?
24     A.  Yes, sir.
25     Q.  One was for the H&R 300 Blackout and the other

Page 53

1  was for the M1A?
2     A.  Yes, sir.
3     Q.  And the M1A, were you shooting at a 308?
4     A.  Yes, sir.
5     Q.  And when you arrived home after being
6  discharged from the Army Medical Center did you see
7  either of those ammo boxes?
8     A.  No.  They were both missing.
9     Q.  Have you ever seen either of those ammo boxes
10  since then?
11     A.  No.
12     Q.  Since the day of the accident?
13     A.  No, sir.
14     Q.  Now you were recording this with a GoPro
15  camera; is that correct?
16     A.  Yes, sir.
17     Q.  And you got the GoPro camera back; is that
18  correct?
19     A.  Yes, sir.
20     Q.  When did you first see the GoPro camera after
21  the incident?
22     A.  When I opened the gun case, somebody had thrown
23  it in there.
24     Q.  So it was inside the soft gun case with the
25  rifle itself?

Jon Batts
January 07, 2019                              54 to 57

Page 54

1     A.  I do not remember if it was -- which
2  compartment in the case that it was in.
3     Q.  I see.  Do you still have this gun case?
4     A.  Yes, sir.
5     Q.  Have you made any inquiries of anybody about
6  what happened to those two light gray plastic ammo boxes
7  that were with you on the day of the accident?
8     A.  Yes, sir.  I inquired on that.  And there were
9  some of those little mounts for my GoPro boxes that were
10  missing as well.  And when I went to find out if I could
11  identify who that civilian was that loaded my stuff up I
12  asked about those and they said they didn't have
13  records.
14     Q.  Let's back up about the -- the 300 Blackout
15  ammunition.  You told us that you bought 20 rounds at
16  the gun show; we have gone through that.
17          And then on the day that you bought that
18  ammunition you brought it back to your house; is that
19  correct?
20     A.  Yes, sir.
21     Q.  And that would be the address on Pointer
22  Street?
23     A.  Yes, sir.
24     Q.  And you put the ammunition in -- into the gun
25  safe or no?

Page 55

1     A.  No, I kept it on my ammo shelf.
2     Q.  Okay.  And I think you told us that you don't
3  remember whether the ammunition came in a box or a bag
4  or anything like that; is that a fair statement?
5     A.  Yes, sir.
6     Q.  Do you remember seeing it sitting on the
7  ammunition shelf?
8     A.  Yes, sir.  Whenever I -- I always put them in
9  those clear plastic boxes whenever I buy it.  So I have
10  a shelf that just has those boxes with ammo in it.
11     Q.  I see.  So when you came home that day with
12  these 20 rounds of 300 Blackout, when you got home did
13  you then take that ammunition, those 20 rounds, and put
14  them into an ammo box?
15     A.  Yes, sir.
16     Q.  And was that the ammo box that we see in the
17  video?
18     A.  Yes, sir.
19     Q.  So from the time you got the ammunition at the
20  gun show until the date of the accident, from the time
21  you got it home and put it in the ammo box it stayed in
22  the ammo box until you got to the range that day?
23     A.  Yes, sir.
24     Q.  You put all 20 rounds into that ammo box?
25     A.  Yes, sir.

Page 56

1     Q.  While you were handling the ammunition -- well,
2  let me back up even farther.
3          At the gun show did you visually look at
4  and inspect the ammunition that you were buying?
5     A.  Yes, sir.
6     Q.  Did the ammunition appear to be all the same?
7     A.  There were some that were ballistic tips and
8  there were some that were hollow points.
9     Q.  Did the bullets appear to be different sizes?
10     A.  No, sir.
11     Q.  How many rounds of ammunition did you take to
12  the range that day?
13     A.  I took the 20 rounds of 300 Blackout and,
14  approximately, 40 rounds of 308.
15     Q.  Okay.  I have got -- I have got -- we're going
16  to focus on the 300 Blackout.  You took all 20 rounds
17  that you had purchased to the range that day?
18     A.  Yes, sir.
19     Q.  How many did you fire before the accident
20  happened?
21     A.  Two rounds.
22     Q.  Okay.  I have watched the video and it appears
23  that you fired one round, removed the spent case, put
24  the -- what I'm going to call the incident round into
25  the rifle and then you pulled the trigger and that's

Page 57

1  when the accident happened?
2     A.  Yes, sir.
3     Q.  So did you fire a round out of this rifle
4  before you started video recording shooting this rifle?
5     A.  Yes, sir.
6     Q.  So the incident round was the third round that
7  you fired from this rifle?
8     A.  That is correct.
9     Q.  And I noticed on the video with regard to what
10  I guess would be the second round you fired, the first
11  one on video, that you took this spent case, cartridge
12  case, out of the rifle and put it into that gray plastic
13  ammo box; is that correct?
14     A.  Yes, sir.
15     Q.  I noticed on the video, Mr. Batts, that you had
16  some rounds, I couldn't tell exactly the number, but
17  some rounds out of the ammo box on the -- the top of
18  the -- of -- what do you call it?  It's not a table?
19     A.  The table.
20     Q.  The rest -- table?  Let's call it a table.  You
21  had a few rounds out of the ammo box lying on the table,
22  right?
23     A.  Yes, sir.
24     Q.  How many rounds when you started -- I'm not
25  talking about the other -- the M1A.  Okay?  I'm just

Page 58

1  talking about the 300 Blackout.
2           When you started to -- when you were going
3  to be firing this round -- how many -- this rifle, how
4  many rounds of 300 Blackout did you remove from that
5  ammo case and put onto the table?
6     A.  I don't recall the exact number.  Usually I
7  pull three or four of them out, lay them down so that
8  they're easier to get to and work that way.
9     Q.  And there was some ammunition brought in, I
10 don't know if it was with you or with Mr. Meador, to the
11 deposition today.
12          MR. DANEKAS:  Do we have that handy there?
13          MR. MEADOR:  It's in the hard case with the
14 rifle.  Do you want me to hand this to the witness?
15          MR. DANEKAS:  Yeah, just the ammunition,
16 Bob, if you would, please.  Let's put an exhibit sticker
17 on that box.  And I think that since we have already
18 premarked them, I think that will be Exhibit 24.
19          MR. MEADOR:  Well, the ammunition goes with
20 me at the end of the deposition, along with the rifle.
21          MR. DANEKAS:  Understood.
22          MR. CHANEY:  Do you want to make that 24?
23          MR. MEADOR:  I'm sorry.  What number is
24 that?
25          MR. CHANEY:  24.  And I'll just put it

Page 59

1  right here.  Is that okay?  I don't see any --
2          MR. MEADOR:  Yeah, that's fine.
3          MR. CHANEY:  I don't see any --
4          MR. MEADOR:  There was printing on the
5  other side.  Maybe it was on the -- yeah, that's fine.
6  That's fine.
7          MR. CHANEY:  And these are on the cartridge
8  and a label that's been taken off the bottom.
9          (Exhibit No. 24 was marked.)
10          MR. CHANEY:  Okay.  So I'm handing
11 Mr. Batts Exhibit 24 which is the bottom of the plastic
12 case with cartridges in it.
13          MR. DANEKAS:  Okay.
14    Q.  (BY MR. DANEKAS)  Mr. Batts, can you identify
15 what we have marked as Exhibit 24?
16    A.  Yes, sir.
17    Q.  What is it?
18    A.  It is a pink-in-color ammo holding case with
19 nine rounds of ammunition in it.
20    Q.  Okay.  Is that your case?
21    A.  I don't know.  I don't remember.  I would --
22    Q.  Okay.
23    A.  I would assume so.
24    Q.  Well, I will -- I'm not going to be secretive
25 about it.  What -- I'm going to represent to you that

Page 60

1  that case and those nine rounds of ammunition were
2  provided to us through your attorney to examine.
3          And an expert hired by Mr. Meador on your
4  behalf and an expert hired by us jointly examined that
5  ammunition.  And it was represented to us that that was
6  some of the 300 Blackout ammunition that you provided to
7  Mr. Meador; is that correct?
8     A.  Yes, sir.  I was specifically speaking on the
9  case but yes, the ammunition is correct.
10    Q.  Okay.  That's fair enough.  There's some
11 writing on the case and I think it might be the part
12 that's lying on the table?
13    A.  Yes, sir.
14    Q.  Do you know whose writing that is?
15    A.  It's my handwriting.
16    Q.  Okay.  And what is -- there's a number and then
17 your name, right?  Or your last name, right?
18    A.  Yes, sir.
19    Q.  What's the number refer to?
20    A.  The date.  So it would be January 2, 2016.
21    Q.  Okay.  Why is that date on that case?
22    A.  I don't remember.  Maybe it's the day that this
23 was turned over.  I'm not sure.
24    Q.  That box that -- and you described it as a pink
25 box, that was not the box with you on the date of the

Page 61

1  incident, correct?
2     A.  That is correct.
3     Q.  Were -- the rounds that are in the box, there's
4  seven -- excuse me.  There are nine rounds in that box
5  in front of you; is that correct?
6     A.  That is correct, sir.
7     Q.  Where did those rounds come from?
8     A.  Those rounds were in the rifle case.
9     Q.  Okay.  So these -- these nine rounds in the
10 pink plastic ammo box were the rounds you removed
11 from the pocket of the soft, zippered rifle case of --
12 the day after your incident?
13    A.  Yes, sir.
14    Q.  And these nine rounds would have been or were
15 with you at the range on the day of your incident?
16    A.  Yes, sir.
17    Q.  Now you fired two rounds before the incident
18 round and at least the one that I saw on camera, you put
19 the spent casing back into the gray plastic ammo box,
20 correct?
21    A.  Yes, sir.
22    Q.  Have you seen either of the two spent casings
23 from rounds one and two from the day of the incident
24 until today?
25    A.  No, sir.

Page 62

1    Q.  As far as you understand, they disappeared I
2  guess with -- along with the gray ammo box?
3    A.  Yes, sir.
4    Q.  By the way, with regard to the round that
5  struck you, did that -- I know that struck you in the
6  eye, that the case did.  Was that protruding from your
7  eye right after the accident?
8    A.  Yes, sir.
9    Q.  And was that later removed by some medical
10  providers?
11    A.  No, sir.  I -- when it hit me I went like this
12  and I felt something and I pulled it out.
13    Q.  Was that -- were the actions that you just
14  described, Mr. Batts, was that shown on the video or was
15  that after you moved away from the video?
16    A.  I believe at the end of the video you could see
17  me reach up to my eye like demonstrated.  But it does
18  not show me pull the casing out.
19    Q.  Okay.  Yeah, I remember seeing you reach up to
20  your eye but I don't remember your -- seeing anything
21  that looked like you were pulling the casing out.  What
22  did you do with that?
23    A.  I held onto that casing until -- I had it in my
24  possession through the ambulance ride into the hospital.
25  It was taken away from me and placed on a metal surgical

Page 63

1  tray to the -- to my left.  And then they gave me
2  Fentanyl and I don't remember what happened.
3    Q.  Okay.  Have you seen that cartridge case since
4  then?
5    A.  No, sir.
6    Q.  Do you know if the hospital has it?
7    A.  I -- after I recovered to the point that I
8  could go back up there and ask them about it, I went and
9  asked them and they said that they had no idea what I
10  was talking about.
11    Q.  And by the way, this -- this hosp -- this
12  medical center, it's -- is -- is it on the base?
13    A.  Yes, sir.
14    Q.  So as you are sitting there today you have no
15  idea where that cartridge case is?
16    A.  No, sir.
17    Q.  What I said is accurate?
18    A.  Yes, sir.  I -- at this point in time I have no
19  idea where the cartridge case is.
20    Q.  Okay.  So we have three cartridge cases that
21  were shot, including the one that hit you.  We have nine
22  in the pink box in front of you, Exhibit 24.
23         To your knowledge were the other eight
24  cartridges in the gray ammo box that you no longer have?
25    A.  Yes, sir.

Page 64

1    Q.  When you -- either at the time you purchased
2  the rounds or the time you put the rounds into the gray
3  plastic ammo box the day that you purchased them what,
4  if any, significance was it that some of these rounds
5  have the polymer tip which I'll call red or orange and
6  some were hollow point?
7    A.  The significance is, you know, some rifles do
8  it better with better ammunition.  So I had two
9  different projectiles to see which one it shoots better
10  with.
11    Q.  Did you specifically ask for two different
12  types of projectiles at the gun -- gun show?
13    A.  No.  But when they showed me the types of ammo
14  they had I went ahead and got two different types.
15    Q.  How many different types of ammo did they show
16  you?
17    A.  These two for subsonic.
18    Q.  So it was your understanding that both of these
19  were subsonic?
20    A.  Yes, sir.
21    Q.  Did you want to purchase any hypersonic rounds
22  on the day that you purchased these rounds at the gun
23  show?
24    A.  No.  I was more concerned about subsonic ammo
25  for zeroing for the suppressor.

Page 65

1    Q.  So it was your understanding that when you
2  bought these 20 rounds at the gun show that all 20
3  rounds were subsonic?
4    A.  That is correct.
5    Q.  Now we have -- in the pink case in front of you
6  we have seven with the polymer -- I'm going to call it a
7  red tip, maybe it's orange.  But seven with the orange
8  or red polymer tip and two hollow points, correct?
9    A.  Yes, sir.
10    Q.  When you purchased the 20 rounds at the gun
11  show how many were of the polymer tip and how many were
12  of the hollow point?
13    A.  There was ten and ten.
14    Q.  Okay.  With regard to the three rounds you
15  fired, including the round that hit you, Mr. Batts,
16  which rounds did you use?
17    A.  They were the polymer tips.
18    Q.  So all of the unfired polymer tip rounds would
19  be accounted for?
20    A.  Yes, sir.
21    Q.  Because you fired three and we have seven in
22  this box, right?
23    A.  Yes, sir.
24    Q.  So along with the gray plastic ammo box we have
25  eight missing hollow point 300 Blackouts, right?

Jon Batts
January 07, 2019                                66 to 69

Page 66

1    A. Yes, sir.
2    Q. Either at the time you purchased them at the
3 gun show or when you took them out of whatever they were
4 in and put them onto -- into your ammo box, did you look
5 at the case heads for these rounds?
6    A. No, sir.
7    Q. Did you notice at the -- at any time up until
8 the time of the incident that there were at least three
9 different cases, cartridge cases, used for this
10 ammunition?
11    A. No, sir. I was not aware.
12    Q. And I think you told me earlier that when you
13 purchased these you did not know whether or not they
14 were factory loads or reloads; is that correct?
15    A. It never occurred to me to even ask, so no, I
16 was not aware.
17    Q. When did -- what time did you leave your house
18 the morning of the incident, Mr. Batts?
19    A. I would say, approximately, 04:30 in the
20 morning.
21    Q. And when -- at what time did you arrive at the
22 base?
23    A. Before 0 -- before 05:00.
24    Q. Okay. And from 5:00 a.m. until the time of the
25 accident that you said was 12:30 to 1:00 p.m. --

Page 67

1    A. Yes, sir.
2    Q. -- what did you do?
3    A. We conducted unit physical exercise, I had a
4 meeting with Command in Staff and we were released early
5 for Thanksgiving.
6    Q. When you say you were released early for
7 Thanksgiving, was that a type of leave for the
8 Thanksgiving holiday?
9    A. They usually give us four-day weekends for
10 major holidays and if they can, they release us early
11 the day prior to the four day starting.
12    Q. When you left the house that morning I take it
13 because you brought the H&R with you, you were at least
14 hoping and intending to fire it that day?
15    A. Yes, sir.
16    Q. Was there any prohibition at the base about the
17 use of personal firearms at any of the ranges?
18    A. No, sir.
19    Q. So when this accident happened, even though you
20 had reported to the base that morning and conducted some
21 what I'll call Army-related activities, at the time this
22 accident happened, you were on your own personal time,
23 firing your own personal rifle; is that correct?
24    A. That is correct, sir.
25    Q. When you arrived home the day after the

Page 68

1 incident and placed the rifle and the ammunition -- or
2 put it away, with regard to the ammunition, these nine
3 rounds of ammunition, did you take them or remove them
4 from the pocket in the gun case and put them into any
5 other container?
6    A. I do not remember.
7    Q. But I think you said -- and correct me if I'm
8 wrong, but I think you said you put the ammunition into
9 the safe also?
10    A. Yes, sir.
11    Q. Okay.
12    A. I wanted to keep it separate.
13    Q. And those ammunition, those nine rounds
14 remained with you as well as the rifle remained with you
15 until the time you turned them over to your attorney,
16 Mr. Meador, correct?
17    A. Yes, sir. Locked in the safe.
18    Q. Did you at any time from the day after the
19 incident until the time you transferred possession of
20 the rifle to Mr. Meador, did you at any time personally
21 take the rifle out of the safe and examine it?
22    A. No, sir. I don't really want to touch it.
23    Q. To your knowledge during that time frame did
24 anyone else take the rifle out of the safe?
25    A. No, sir.

Page 69

1         MR. DANEKAS: Bear with me.
2    Q. (BY MR. DANEKAS) Mr. Batts, other than the
3 Army or the investigation conducted on behalf of the
4 Army that we talked about earlier, are you aware of any
5 other investigations of your incident such as by any law
6 enforcement agencies?
7    A. No, sir.
8    Q. When you obtained the rifle from Captain
9 Craycraft you said it was new in a box inside a bag,
10 right?
11    A. Yes, sir.
12    Q. And there was an owner's manual with it?
13    A. Yes, sir.
14    Q. Did you read the owner's manual?
15    A. I flipped through it, sir.
16    Q. When you say you flipped through it I'm not
17 sure what that means. Was there any parts of the manual
18 that you actually read?
19    A. Yes, sir.
20    Q. Is it your custom and practice and I take it
21 that you have fired a lot of -- and owned a lot of
22 firearms. Was it your custom and practice to review an
23 owner's manual for a firearm when first obtaining the
24 firearm?
25    A. Yes, sir.

Page 70

1    Q.  Is that particularly true where you have a
2  firearm that is new and of a new type such as this
3  break-action, single-barrel rifle --
4    A.  Yes, sir.
5    Q.  -- that you -- you had not ever previously
6  fired a -- such a type of firearm, correct?
7    A.  Yes, sir.
8    Q.  And so how much of the owner's manual if you
9  can recall did you read?
10    A.  Every -- I read everything regarding operation
11  of the weapon.
12    Q.  Okay.
13         MR. DANEKAS:  Mitch, mark as Exhibit 1 the
14  owner's manual.  This is one that was produced by or
15  through Mr. Meador.
16         (Exhibit No. 1 was marked.)
17         MR. CHANEY:  I'm handing Mr. Batts
18  Exhibit 1 now.  Do you want a copy of it, Bob?  It's
19  what you produced to us.
20         MR. MEADOR:  (Moving head side to side.)
21    Q.  (BY MR. DANEKAS)  Mr. Batts, that is a copy of
22  the owner's manual for the rifle that your attorney has
23  produced to us.  Does that look familiar to you?
24    A.  Yes, sir.
25    Q.  I'm going to ask you a few questions about

Page 71

1  sections of the manual.  The first page has a box that's
2  labeled Important and the first paragraph reads this
3  manual contains operating care and maintenance
4  instructions.
5         To assure safe operation any user of this
6  firearm must read and understand this manual before
7  using the firearm.  Failure to follow the instructions
8  and heed the warnings in this manual can cause property
9  damage, personal injury and/or death.
10         Did you read that paragraph when you first
11  obtained this rifle?
12    A.  Yes, sir.
13    Q.  And that would have been before the accident;
14  is that correct?
15    A.  Yes, sir.
16    Q.  And I'm going to ask you to look at the second
17  page in the manual.  There's a section entitled The Ten
18  Commandments of Firearm Safety.  Do you see that?
19    A.  Yes, sir.
20    Q.  Did you read through the -- those ten
21  commandments?
22    A.  Yes, sir.
23    Q.  I'm not going to go through all of them but I
24  do want to direct your attention to the fifth one on
25  paragraph -- or excuse me, on page four.

Page 72

1         The second sentence on that page says using
2  the wrong ammunition, mixing ammunition or using
3  improperly-reloaded ammunition can cause serious
4  personal injury or death.
5         Did you read that in the manual before your
6  accident?
7    A.  Yes, sir.
8    Q.  And do you understand -- and I think you have
9  told us you already understood that using
10  improperly-reloaded ammunition could cause serious
11  personal injury or death; is that correct?
12    A.  Yes, sir.
13    Q.  Under the section entitled Reloading Requires
14  Extra Diligence, the last sentence in the first
15  paragraph says never use ammunition which has been
16  reloaded by someone else.  Do you see that sentence?
17    A.  Yes, sir.
18    Q.  Did you read that sentence before your
19  accident?
20    A.  Yes, sir.
21    Q.  Was it your custom and practice not to use
22  ammunition reloaded by someone else?
23    A.  I -- I would say customarily I do not use ammo
24  that's been reloaded by somebody else.
25    Q.  Why not?

Page 73

1    A.  Well, I have -- I have in the past.  But it's
2  not custom for me to use reloaded ammunition except in
3  my handguns, that I have done.
4    Q.  Okay.  And why is it your general custom not to
5  use ammunition reloaded by others?
6    A.  Because it tends to cost the same amount as
7  factory ammunition and the reason that I reload is to
8  same money on shooting.
9    Q.  Was part of the reason that you customarily did
10  not use ammunition reloaded by others was that you could
11  not assure yourself that it was properly -- had been
12  properly reloaded?
13    A.  No.  Because of the type of individuals that I
14  was buying ammunition from.
15    Q.  Who were you buying ammunition from?
16    A.  Well, in regards to that statement I would buy
17  ammunition from storefront owners and not somebody at a
18  garage sale.
19    Q.  But you had purchased -- you purchased this
20  300 Blackout and you had purchased, I think 15 to 20
21  times before, ammunition at a gun show?
22    A.  Correct.
23    Q.  Did -- did -- and during those times you were
24  purchasing ammunition at a gun show did you know -- I'm
25  not just talking about this particular incident or this

Page 74

1  particular ammunition.

2          But do you know or not know whether you

3  were purchasing reloaded ammunition or factory-loaded

4  ammunition?

5      A.  I'm unsure of the answer to that.  I do not

6  know.

7      Q.  When you purchased the other ammunition at the

8  gun shows, Mr. Batts, on those 15 or 20 occasions, did

9  that ammunition generally come in of what appeared to be

10 a factory box?

11     A.  A factory box or a bag, yes, sir.

12     Q.  But the -- I know you can't remember the

13 specifics but the container, whether it be a box or a

14 bag or whatever for this ammunition, did it appear at

15 all to be factory?

16     A.  It was professionally packaged because I

17 wouldn't have bought it if it was not.  I don't remember

18 how it was packaged.

19     Q.  Do you remember any markings whatsoever on this

20 packaging, color, letters, addresses, names, anything at

21 all?

22     A.  I remember reading that it was subsonic and it

23 was 300 AAC.  I just don't remember how it was labeled

24 that way.

25     Q.  Okay.  How many different packages did you

Page 75

1  have, did you buy of the 300 Blackout?  I mean, how many

2  were given to you when you turned over the money?

3      A.  It was two lots.  So the ballistic tip and the

4  hollow point.

5      Q.  So there were two different -- I'm going to

6  call it a container, whether it be a box or a bag, the

7  two different containers given to you for this

8  ammunition, one with the polymer point, one with the

9  hollow point?

10     A.  Yes, sir.

11     Q.  Were the packaging -- was the packaging the

12 same for each?

13     A.  I'm not -- I don't know.  I'm not sure.  I

14 can't remember.

15     Q.  Okay.  They both appeared to be what you called

16 professionally packaged?

17     A.  Yes, sir.

18     Q.  Let's go back to the owner's manual on page

19 four.  The third paragraph under Reloading Requires

20 Extra Diligence.  It says hand-loaded -- the last

21 sentence of that paragraph.

22          Hand loaded or reloaded ammunition that

23 deviates either intentionally or accidently from loader

24 or component recommendations can be very dangerous.  Did

25 you read that before your accident?

Page 76

1      A.  Yes, sir.

2      Q.  And did you already have an understanding that

3  reloaded ammunition from bad or from -- or that deviated

4  from loader component recommendations could be

5  dangerous?

6      A.  Yes, sir.

7      Q.  Under the section that is kind of grayed out,

8  the first sentence under that says not following these

9  guidelines could result in serious injury to yourself or

10 severe damage to your firearm.  Did you read that before

11 the accident?

12     A.  Yes, sir.

13     Q.  I think we have already established a couple of

14 times that you knew as of the time of your accident that

15 using improperly-reloaded ammunition could cause damage

16 to not just the firearm but also to the user, correct?

17     A.  Yes, sir.

18     Q.  These -- you said, Mr. Batts, that you were --

19 you were sighting in the rifle, that's the reason for

20 your shooting that morning?

21     A.  Yes, sir.

22     Q.  Or that day?  The glasses that you were wearing

23 at the time, were they regular sunglasses or were they

24 what I'll call intended to be shooting glasses?

25     A.  At the time I believed that they were shooting

Page 77

1  glasses.

2      Q.  And you prefaced it by saying at the time.

3  Have you later learned that they were not shooting

4  glasses?

5      A.  Yes, sir.

6      Q.  And without getting into conversations with

7  your attorney, how have you determined that they were

8  not shooting glasses?

9      A.  Well, upon examination of the lenses after the

10 incident.

11     Q.  Your examination?

12     A.  Yes, sir.

13     Q.  What about your examination revealed to you

14 that these were not shooting glasses?

15     A.  To the extent of damage to the lens.

16     Q.  Are you familiar with shooting glasses that

17 meet certain mil specs?

18     A.  Yes, sir.

19     Q.  Have you ever used any shooting glasses that

20 meet mil spec?

21     A.  Yes, sir.

22     Q.  And have you used shooting glasses that met mil

23 spec prior to the date of this incident?

24     A.  Yes, sir.

25     Q.  Where did you obtain the glasses you were

Page 78

1 wearing on the day of the incident, where did you obtain
2 them?
3     A.  I do not remember where I obtained them.
4     Q.  Then why was it at the time of the accident
5 that you thought they were -- they were shooting
6 glasses?
7     A.  Because the lenses were in Oakley frames and
8 Oakleys are ballistic rated.
9     Q.  When you used the term ballistic rated, is that
10 the equivalent of saying that they meet mil spec?
11     A.  Yes, sir.
12     Q.  With regard to the first two rounds that you
13 fired that day, Mr. Batts, did you notice the head stamp
14 on either or both of those rounds before firing them?
15     A.  No, sir.
16     Q.  Did you notice -- excuse me.  Did you notice
17 the head stamp on either of those rounds after you fired
18 them?
19     A.  No, sir.
20     Q.  And with regard to both rounds, because I know
21 we have video of the second one, but with regard to both
22 of the first two rounds did you take the spent casing
23 and put it into the gray ammo box with you on the day of
24 the incident?
25     A.  Yes, sir.

Page 79

1     Q.  With regard to the incident round did you
2 notice the head stamp on that round?
3     A.  No, sir.
4     Q.  You removed the round within what I'm going to
5 call seconds of the incident and took it with you to the
6 hosp -- to the medical center you said, correct?
7     A.  Yes, sir.
8     Q.  I know that -- I know that under circumstances
9 you probably, you know, you probably didn't but I got to
10 ask.
11         During the time that you -- from the time
12 you removed it from your eye until the time you put it
13 onto this tray, this metal tray next to you in the
14 hospital, in the medical center, did you look at the
15 head stamp on the round?
16     A.  No, sir.
17     Q.  The first two rounds you fired that day fired
18 what you perceived to be normally?
19     A.  Yes, sir.
20     Q.  I know you had a scope on the rifle, sir.  I
21 did not see in the video any spotting scope; is that
22 correct?
23     A.  That is correct.
24     Q.  Okay.  Did you notice the first two rounds --
25 well, first of all, let me back up.  What sort of target

Page 80

1 were you shooting at?
2     A.  I was full a -- shooting at a full silhouette.
3     Q.  And through the scope did you see the round hit
4 the silhouette?
5     A.  I fired one round.  I fired the first round at
6 a distance of 75 yards and waited for the range to go
7 cold.  Went, inspected the target.  I saw the round of
8 impact had burned behind the target but there was no
9 mark on the paper.
10         So at that point I moved the target to
11 seven yards so that I wouldn't waste ammunition all day
12 and fired the second and third rounds at seven yards.
13     Q.  At how many yards?
14     A.  Seven.  Seven.
15     Q.  Seven?
16     A.  Yes.
17     Q.  Seven rounds?  Seven rounds, okay.
18     A.  So that way I could --
19     Q.  21 feet?
20     A.  Yes, sir.  So I could get it on a --
21     Q.  Okay.
22     A.  -- get it on paper and then move back later.
23     Q.  Okay.  But the first round you fired at
24 75 yards?
25     A.  Yes, sir.

Page 81

1     Q.  With regard to the second round that you fired
2 at the target seven yards away did you see through the
3 scope the round hit the target?
4     A.  Yes.  And I made adjustments after the strike
5 of that round before firing the third.
6     Q.  Prior to the day of this accident have you ever
7 video recorded your firing any firearms?
8     A.  Yes, sir.
9     Q.  For what purpose?
10     A.  So that when I get older I could go back and
11 watch them.
12     Q.  Okay.  So do you have a -- what I call a
13 collection of videos of you firing other firearms?
14     A.  Yes, sir.
15     Q.  Do you still video record yourself firing
16 firearms?
17     A.  Yes, sir.
18         MR. CHANEY:  (Sneeze) Excuse me.
19         MR. DANEKAS:  Bless you.
20         MR. CHANEY:  Thank you.
21         MR. DANEKAS:  Mitch, let's -- I hope you
22 have them in the order, I guess.  Let's mark some of the
23 still photos from the video for Mr. Batts.
24         MR. CHANEY:  I think the first one I have
25 that's a still photo would be number four.

Page 82

1          MR. DANEKAS:  Yeah.  When I -- I -- I --
2    when I sent them to you I put numbers in front of them.
3    I don't know if you have them that way or not.
4          MR. CHANEY:  I do.
5          MR. DANEKAS:  Four through 20, I'll go
6    through this for now.  Four through 15, we don't need to
7    use 16 through 20.
8          MR. CHANEY:  Okay.  Let's go off the record
9    for a moment.
10          MR. DANEKAS:  Okay.
11          THE VIDEOGRAPHER:  Off the record at 2:16.
12          (Break taken from 2:16 p.m. to 2:26 p.m.)
13          THE VIDEOGRAPHER:  We are back on at 2:26.
14    Q.  (BY MR. DANEKAS)  And, Mr. Batts, I think we
15    can wrap this up, we're pretty close on time here.
16          With regard to the day of the incident,
17    when you left your residence to go to the base that
18    morning, what firearms did you take with you?
19    A.  My M1A and the H&R rifle.
20    Q.  So the M1A that we saw you shooting on the
21    other video that was produced to us, that was your own
22    personal rifle?
23    A.  Yes, sir.
24    Q.  And it's -- I presume that the case that you
25    described earlier to us that you saw after you were

Page 83

1    discharged from the medical center was the case that you
2    used to transport the H&R to the range that day?
3    A.  Yes, sir.
4    Q.  Now you have said that you also took two -- two
5    separate plastic ammo boxes to the -- to -- with you
6    that day, correct?
7    A.  Yes, sir.
8    Q.  Both of them were at your house or your
9    residence and then you took them out of your residence
10    that morning and took them to the base?
11    A.  Yes, sir.
12    Q.  And you put all -- I believe you said all 20
13    rounds of the 300 Blackout ammunition into one ammo
14    case?
15    A.  Yes, sir.
16    Q.  Did you put anything else in that ammo case
17    other than the 20 rounds of 300 Blackout?
18    A.  Not that I remember.
19    Q.  From looking at the videos -- and we'll get to
20    this in a couple of minutes.  It looks like those ammo
21    cases were ammo cases that would hold 50 rounds.  Does
22    that sound right?  Or is that -- or is that right?
23    A.  Most likely that's correct.
24    Q.  And then you had another ammo box where you put
25    the 308 rounds for your M1A, correct?

Page 84

1    A.  Yes, sir.
2    Q.  How did you transport the M1A to the range, to
3    the base?
4    A.  In the same rifle case.  It's got a divider so
5    you could carry two weapons in it.
6    Q.  I see.  When you got home after you were
7    discharged from the medical center, was the M1A in the
8    gun case also?
9    A.  Yes, sir.
10    Q.  Was there any 308 ammunition present when you
11    got home from the medical center and attended to the
12    rifles?
13    A.  No, sir.
14    Q.  So after -- well, how was it you took the two
15    ammo boxes to the base?  Did you put them in any other
16    container or just put the actual plastic ammo boxes into
17    your truck?
18    A.  I put them into my truck and then carried them
19    with the bag.
20    Q.  When you said the bag, you mean the gun case?
21    A.  The gun case, yes, sir.
22    Q.  Okay.  Okay.  I just wanted to make sure.  That
23    was the only case or bag that you took with you that
24    morning?
25    A.  Yes, sir.

Page 85

1    Q.  Now had you -- before you removed the H&R rifle
2    from your gun safe that morning until you put it into
3    the gun case to transport, did you open the action of
4    that rifle?
5    A.  No, sir.
6    Q.  When you are bringing a firearm or taking a
7    firearm out of storage is it your custom and practice to
8    open the action to confirm that the firearm was not
9    loaded?
10    A.  It depends.
11    Q.  Depends on what?
12    A.  It depends on the last time that I had used
13    that rifle.  And on certain rifles I have chamber
14    indicators to know that they are empty.
15          And since that rifle had never been to the
16    range and never been fired I did not check that rifle
17    when it came out.
18          But the M1A had been and I checked that
19    rifle when it came out.
20    Q.  Did you assume that the H&R rifle was not
21    loaded?
22    A.  Yes, sir.
23    Q.  So after you attended to your Army-related
24    duties, you then went to this range to fire your two
25    rifles, right?

Page 86

1    A.  That's correct, sir.
2    Q.  And was this a range that was open to Army
3  personnel and civilians both?
4    A.  Yes, sir.
5    Q.  When you got to the range that morning or that
6  day, did you know of any other people who were there at
7  the range?
8    A.  No, sir.
9    Q.  How many other people were at the range?
10   A.  There were several people that came and went as
11  I was there but on average there were about five people
12  at any given time.
13   Q.  All right.  And when you took the gun case out
14  of the truck, the gun case obviously had both of your
15  rifles in it, correct?
16   A.  Yes, sir.
17   Q.  Did you take both boxes, plastic boxes of
18  ammunition out of your truck at the same time?
19   A.  Yes, sir.
20   Q.  You then walked into the shooting area at some
21  point?
22   A.  Yes, sir.
23   Q.  You fired the M1A first?
24   A.  Yes, sir.
25   Q.  You used the box of ammunition for the 308 that

Page 87

1  was used on the M1A first?
2    A.  Yes, sir.
3    Q.  You put that box of ammunition on what we have
4  called the table?
5    A.  Yes, sir.
6    Q.  Correct?  You video recorded some of your
7  shooting with the M1A, correct?
8    A.  Yes, sir.
9    Q.  When you were firing the 1 -- the M1A, where
10  was the box of the 300 Blackout ammunition?
11   A.  I do not know.  I don't remember.
12   Q.  You then completed firing the 1 -- the M1A and
13  did you put that rifle then back into the case before
14  you removed the H&R rifle?
15   A.  Yes, sir.
16   Q.  You then removed the H&R rifle from the case
17  and brought it over to the shooting area, correct?
18   A.  Yes, sir.  It was underneath the table, the
19  case was underneath the table.
20   Q.  Okay.  There was a bipod on the H&R rifle,
21  correct?
22   A.  Yes, sir.
23   Q.  And was that with the rifle when you bought the
24  rifle or did you put it on later?
25   A.  No, I put it on, sir.

Page 88

1    Q.  When did you do that?
2    A.  It was the day of the incident, I believe it
3  was right before I shot the rifle.
4    Q.  So it was at the range you did that?
5    A.  Yes, sir.
6    Q.  Before loading the first round into the chamber
7  had you opened the rifle at any time since you had
8  gotten to the range?
9    A.  Yes, sir.
10   Q.  When?
11   A.  Just prior to getting ready to fire, to make
12  sure that there was nothing obstructing the bore and --
13  or any of the internal mechanisms.
14   Q.  Did you -- did you close the rifle then before
15  you loaded the first round?
16   A.  I don't remember.
17   Q.  You obviously needed to have it open to load
18  the first round, right?
19   A.  Yes, sir.
20   Q.  And then you closed it?
21   A.  I can't remember if it was left open while we
22  went down and put targets up and then closed -- then
23  loaded.  Or if I closed it and then went and put targets
24  up and came back and loaded it.
25   Q.  When you said we went down to put up -- put

Page 89

1  targets up, was there someone else with you?
2    A.  Everybody on the range has to go down at the
3  same time.
4    Q.  Got it.  So when people at a range go down
5  range to set up targets a typical range rule is to have
6  actions on all firearms open, correct?
7    A.  Yes, sir.
8    Q.  And when you loaded the first round into the
9  rifle you then closed it, correct?
10   A.  Yes, sir.
11   Q.  When you closed it did you hear a click?
12   A.  Yes, sir.
13   Q.  When you closed it after you loaded the second
14  round did you hear a click?
15   A.  Yes, sir.
16   Q.  When you closed it on the incident round, did
17  you hear a click?
18   A.  Yes, sir.
19   Q.  Was the tactile sensation upon closing the
20  rifle any different on any of the three times you closed
21  the rifle?
22   A.  No, sir.
23   Q.  So the tac -- what you felt from a tactile
24  sensation was the same when you closed it on the first
25  round, as it was on the second round, as it was on the

Jon Batts
January 07, 2019                                        90 to 93

Page 90

1  incident round?
2      A.  Yes, sir.
3      Q.  And I think you told us earlier that at no time
4  did you look at or examine the case head stamp on any of
5  those three rounds as you loaded the rounds into the
6  rifle; is that correct?
7      A.  That is correct, I did not look at the head
8  stamp.
9      Q.  Okay.  The video -- and we can -- I don't need
10 to but if you want to look at it that's -- that's fine.
11         But the video, Mr. Batts, indicates that
12 after you fired the second round, which is the first one
13 on the video, that you removed that spent case from the
14 rifle and put it into the ammo case; is that correct?
15     A.  I believe so, yes, sir.
16     Q.  And did you do the same with the first round
17 that you fired?
18     A.  Yes, sir.
19     Q.  So at the time you fired the incident round
20 there -- there would have been two spent cartridge cases
21 in that ammo box?
22     A.  Yes, sir.
23     Q.  And before you started shooting you had removed
24 some rounds from the ammo box and put them on the table?
25     A.  I believe so, yes, sir.

Page 91

1      Q.  Let's go through the photographs quickly that
2  are in front of you.
3         (Exhibit No. 4 was marked.)
4      Q.  (BY MR. DANEKAS)  Exhibit 4, I'm going to
5  represent to you, sir, is a still photo and an
6  enlargement from the video involving the H&R rifle.  You
7  will see -- I'm going to call it the H&R video as
8  opposed to the M1A video.  Okay?
9      A.  Yes, sir.
10     Q.  By the way, have you reviewed the video of the
11 M1A's firing recently?
12     A.  No, sir.
13     Q.  The video of the H&R shooting, where you are
14 shooting of the H&R rifle, the video shows that the ammo
15 box was on your right side, correct?
16     A.  Yes, sir.
17     Q.  And Exhibit 4, as I said, is a still photo and
18 an enlargement of the ammo box from that H&R video.  It
19 appears to me and, you know, if you differ just tell me
20 that you do.
21         But it appears to me that on the left side
22 of that ammo box there are live rounds with the bullet
23 pointing downward.
24         And on the right side of the box there
25 appears to be a number of what appear to be spent cases.

Page 92

1  Do you agree with that or do you -- or not?
2      A.  I can't tell if the spent cases are actually
3  300 Blackout rounds or if they're spent cases.  But they
4  wouldn't be out of the realm of possibility to be spent
5  casings.
6      Q.  Okay.  Now on this photo it looks like there
7  are rounds, live rounds on the -- towards the left end
8  of the box as you are looking at this photo.
9         There appears to be rounds in at least the
10 first three rows if you are going left to right, the
11 first three rows of slots in the box.  Do you see that?
12     A.  Yes, sir.
13         (Exhibit No. 5 was marked.)
14     Q.  (BY MR. DANEKAS)  Let's go to the next exhibit
15 which is 5.  This is a still photo, somewhat of an
16 enlargement from the M1A video.  And in watching that
17 video, Mr. Batts, it looked like you had the ammo box on
18 your left side.  Do you remember that being the case?
19     A.  No, I -- I don't know, sir.  I wouldn't be
20 surprised.  I mean, things get moved around while you're
21 shooting.
22     Q.  Okay.  Well, can you tell from looking at
23 Exhibit 4 and 5 together whether we're looking at the
24 same ammo box or a different ammo box?
25     A.  I can't tell.  It could be.  It could be the

Page 93

1  same, it could be different ones.
2      Q.  All right.
3         (Exhibit No. 6 was marked.)
4      Q.  (BY MR. DANEKAS)  Let's look at Exhibit 6.
5  This is the -- again from the H&R video, a still photo
6  of your removing the second round you fired of the first
7  one that was recorded.
8         And on the table to your right appears to
9  be that -- what I see to be three rounds in front of
10 that bottle.  Do you see that?
11     A.  Yes, sir.
12     Q.  I see -- I see one round sort of pointing left
13 to right, one round sort of pointing right to left and
14 then I see the -- what appears to be a case head for a
15 third round.  Do you see all of that?
16     A.  Yes, sir.
17     Q.  And I know that you have got a paper copy, I
18 have got a digital copy which gives me an advantage I
19 guess.  And in enlarging that, there appears to be
20 maybe -- or there does appear to be yet a fourth round
21 lying on the table with those other three.
22         So that would be -- that is consistent with
23 what your practice was, is to take a few rounds out of
24 the ammo box, put it on the table for ease of handling,
25 correct?

Page 94

1     A.  Yes, sir.
2     Q.  The bottle behind those rounds, is that your
3  bottle?
4     A.  Yes, sir.
5     Q.  What is that?
6     A.  That's CLP.
7     Q.  I'm sorry?
8     A.  Military-issued lubricant for firearms.
9     Q.  Okay.  Had you used any of that lubricant on
10  the H&R rifle that day?
11     A.  No, sir.
12          (Exhibit No. 7 was marked.)
13     Q.  (BY MR. DANEKAS)  Okay.  Exhibit 7 is a photo
14  of -- a still photo from the GoPro video, the H&R video.
15  That was -- that was after your incident.  You are no
16  longer in the picture.  There's a gentleman there in
17  civilian clothing.  Do you recognize him?
18     A.  No, sir.
19     Q.  Has anybody ever contacted you since the
20  accident, Mr. Batts, and said something to the effect of
21  how are you doing, I was at the range when this
22  happened?
23     A.  No, sir.
24     Q.  Nobody has ever identified to you or told you
25  that they were there when this happened?

Page 95

1     A.  No, sir.
2     Q.  Have -- since the accident have you used it,
3  this specific range again?
4     A.  No, sir.
5          MR. CHANEY:  The next one.
6          (Exhibit No. 8 was marked.)
7     Q.  (BY MR. DANEKAS)  Exhibit 8 is another photo of
8  this gentleman more directly on -- a direct view of his
9  face.  Again, you don't know who he is, correct?
10     A.  No, sir.  It was a civilian, I don't know who
11  he is.
12     Q.  Okay.
13          (Exhibit Nos. 9-10 were marked.)
14     Q.  (BY MR. DANEKAS)  This is a -- Exhibit 9, it's
15  another still photo from the H&R video.  This one a
16  little bit later on the tape.
17          And it appears to be after this gentleman
18  has picked up your GoPro camera.  And it shows the ammo
19  box now closed by the divider between the areas here,
20  the divider labeled 10 there.  Do you see the ammo box
21  in the foreground?
22     A.  Yes, sir.
23          (Exhibit No. 11 was marked.)
24     Q.  (BY MR. DANEKAS)  Exhibit 11 is another still
25  photo from the -- taken from the H&R video.  It shows an

Page 96

1  ammo box on the right side, upper right-hand corner.  Do
2  you know what else we're seeing there in that photo?
3     A.  No.  I would speculate it's probably his
4  jacket.
5     Q.  It does kind of look like his jacket but I
6  wasn't sure.  But that's as good a guess as any.
7  What -- what do you have the -- what did you have the
8  GoPro on, a tripod?
9     A.  No.  It was a flat base.
10     Q.  You mentioned earlier that you are missing some
11  parts or accessories from your GoPro.  What are you
12  missing?
13     A.  The extensions to bring the height of the GoPro
14  up or down.  It has little additions that you can add
15  to -- little segments you can add.
16     Q.  And that was attached to the GoPro at the time?
17     A.  No.  It was with my other things at the range,
18  though.
19     Q.  All right.  What other things do you have at
20  the range?
21     A.  I had cleaning equipment for my M1A.  I had the
22  lubricant, my hearing protection.  And that's all I know
23  for sure that I had there.
24     Q.  I saw you used the cleaning equipment, it was
25  on the M1A.  That looked like a bore snake, right?

Page 97

1     A.  Yes, sir.
2          THE REPORTER:  Looked like a what?
3     Q.  (BY MR. DANEKAS)  Did you have any other --
4          THE WITNESS:  A bore snake.
5          MR. DANEKAS:  A bore b-o-r-e snake
6  s-n-a-k-e.
7          THE REPORTER:  Thank you.
8     Q.  (BY MR. DANEKAS)  Did you have any other
9  cleaning equipment for the M1A there other than the bore
10  snake?
11     A.  Not that I recall.  I did have a letterman
12  there for sight adjustments for the scope.
13     Q.  And is that missing?
14     A.  I -- I honestly don't know if that -- I have
15  several and I don't know if -- I don't remember.
16     Q.  What did you take this other equipment -- how
17  did you transport that to the base and then over to the
18  shooting area?
19     A.  Inside the pocket of the shooting bag.
20     Q.  Again, you are referring to the gun case?
21     A.  Yeah -- I'm sorry.  Yes, the gun case.
22     Q.  That's understood.  I just want to make sure
23  we're on the same page.  There was only one case or bag
24  with you that day?
25     A.  That is correct.

Jon Batts
January 07, 2019                          98 to 101

Page 98

1      Q.  And that was the one where you had -- that was
2  the one where it would fit both of the rifles?
3      A.  That is correct.  There was only one bag with
4  me and I have referred to it as the gun case or the bag.
5  It's the same actual physical item.
6      Q.  Got it.  On Exhibit 11 this is a still photo
7  from the M1A video.  That's you in the photo, right?
8      A.  That is correct, sir.
9      Q.  And the ammo box that you are using, at least
10  the ammo box you are using at that time was to your
11  left.  And from the video -- this is a still photo, but
12  from the video it looks like you were counting rounds in
13  the box.  Do you remember doing that?
14      A.  No, sir.
15            (Exhibit No. 12 was marked.)
16      Q.  (BY MR. DANEKAS)  Exhibit 12 is a still photo
17  from right after you had finished shooting the M1A.  And
18  that's you on -- that's part of you anyway on the left
19  side of you?
20      A.  Yes, sir.
21      Q.  And there's a photo that shows that you were --
22  that you're shooting -- the spot was number 10 --
23      A.  Yes, sir.
24      Q.  -- labeled there on the left side?
25      A.  That is correct.

Page 99

1      Q.  Right?
2      A.  That is correct, sir.
3      Q.  Okay.  And then we see the ammo box off to your
4  left.  Do you see that there?
5      A.  Yes, sir.
6            (Exhibit Nos. 13-15 were marked.)
7      Q.  (BY MR. DANEKAS)  And then Exhibit 13 is you're
8  handling the ammo box, it looks like you have now turned
9  it toward the camera; do you see that?
10      A.  Yes, sir.
11      Q.  Does it appear to you that that ammo box has
12  some live rounds on the left end of it and some spent
13  rounds on the right end of it?
14      A.  Yes, sir.
15      Q.  How many rounds of 308 ammunition did you take
16  with you that day?
17      A.  At least 40.
18      Q.  So is this ammo box that you are handling in
19  Exhibit 13, is that an ammo box with 308 ammunition?
20      A.  Yes, sir.
21      Q.  Or 300 -- or is it -- is there any 300 Blackout
22  in that box?
23      A.  Not that I see in the picture.
24      Q.  Okay.  Keep 13 off to one side and then go back
25  to Exhibit 4, which is the ammo box up against the --

Page 100

1  this is the ammo box from the H&R video that's by that
2  sign that says 10 that we saw in the other photo.
3            Exhibit 4, is -- is that the 300 Blackout
4  ammo box?
5      A.  No, sir.  This -- that's got 308 ammunition in
6  it.
7      Q.  Okay.  So do we ever see the 300 Blackout ammo
8  box in any -- of either of the videos?
9      A.  No, I don't see it in any of the --
10            MR. MEADOR:  His question was in the
11  videos.  You are looking at the exhibits.
12      A.  Oh, no, because -- no, sir.
13      Q.  (BY MR. DANEKAS)  And we can look at the videos
14  if you want.  I -- that's fine with me.  But I have
15  watched both videos and there's an ammo box to your
16  right on the H&R video and to your left on the M1A
17  video.  And they appear to be the same ammo box.
18            My question to you is -- you have seen both
19  videos and if you want to see them again it -- it's fine
20  with me.  But in either of the videos do we see the ammo
21  box with the 300 Blackout ammunition?
22      A.  No, sir.
23      Q.  Okay.  We know that you had 300 Blackout
24  ammunition lying on the table while you were firing the
25  H&R.  And we know that you took at least the second

Page 101

1  round that was fired, the first one on video, and put
2  the spent case into the ammo box that was with you.
3            Is it your testimony that you took the
4  300 Blackout spent case and put it into the ammo box
5  with the 308 ammunition?
6      A.  Yes.  Yes.
7      Q.  When you were shooting the 300 Blackout H&R
8  rifle, where was the ammo box with the 300 Blackout
9  ammunition?
10      A.  It must have been still on the rifle bag, the
11  gun case below the table.
12      Q.  So in looking at the photo that's marked as
13  Exhibit 4 it's your testimony that that is the 308 ammo
14  box and the ammunition, the live ammunition displayed in
15  that ammo box is 308 ammunition?
16      A.  Yes, sir.
17      Q.  Okay.  Was the recoil from the first round you
18  fired that's not on the video and the second round you
19  fired which is on the video, is the recoil to your
20  recollection the same as -- for each round?
21      A.  Yes, sir.
22      Q.  And I know you may not remember this one way or
23  the other, but I want to ask you.
24            With regard to the incident round, the
25  round that came out and struck you in the eye, was the

Page 102

1  recoil on that round any different than the recoil from
2  the first two rounds if you can tell?
3      A. I couldn't tell.
4      Q. Okay. I would be surprised if you could, but I
5  needed to ask.
6      A. Yes, sir.
7      Q. Was the sound from the third round that you
8  fired, the incident round, any different to your
9  recollection from the first two rounds or do you not
10 know?
11     A. I don't know. It -- as soon as I pulled the
12 trigger everything just -- it just --
13     Q. I understand.
14     A. -- scrambled.
15     Q. Mr. Batts, with regard to medical treatment
16 that you received as a result of this incident -- first
17 of all, let me ask you when is the last time that you
18 received any medical treatment for your injuries from
19 this incident?
20     A. Can you define the question? Because I have --
21 I'm in the process of getting another prosthesis for it.
22     Q. Sure. Sure.
23     A. Plus I have upcoming appointments for an
24 additional surgery.
25     Q. Okay. And thank you for clarifying that.

Page 103

1  Let's put the prosthetic issue aside for the time being.
2  I do want to ask you some questions about that.
3             But with regard to what you just mentioned
4  you have I guess plans for an upcoming surgery; is that
5  correct?
6      A. Yes, sir. I saw a specialist here in Dallas
7  and he has recommended because of the separation of the
8  repair and the bleeding and tissue that's coming through
9  the -- that suture site, that I'm going to have a skin
10 graft and a repair in the future.
11            And I have a follow-up appointment with the
12 VA about that next month.
13     Q. Okay. The surgeon that you have seen, is that
14 a surgeon at the VA?
15     A. No. The initial one was not. And that's why I
16 have an additional second opinion with the VA. And I'm
17 going to go on with the VA for the medical care.
18     Q. Okay.
19     A. But it takes a long time to get into -- with
20 the VA so I saw this other surgeon.
21     Q. Okay. Who was the other surgeon that you saw?
22     A. It's going to be... I'm going to get the name
23 wrong. It's listed in the --
24     Q. Is it in the interrogatories?
25     A. Yes, sir.

Page 104

1      Q. Okay. Go ahead. Go ahead, take your time to
2  look at it. And I wasn't sure which one was listed
3  there.
4      A. It's the -- give me just one second, sir.
5      Q. Sure.
6      A. Oc -- James Merritt, The Third, Ocular -- I
7  can't talk. Oculoplastic Associate -- Associates of
8  Texas.
9      Q. Okay. While you are on that answer to
10 interrogatory, I'll ask you to look -- and you don't
11 need to read them out loud, but look at all the medical
12 providers listed under Interrogatory 6.
13            And tell me if there are any other medical
14 providers you have seen besides those listed there and
15 seen for your eye. I'm not talking about general.
16     A. Nothing stands out to me, sir. But that's a
17 lot of people and I think that is correct.
18     Q. Okay. All right. Do you have any
19 understanding of when this surgery that you just
20 described will occur?
21     A. I have to meet with the -- I have -- I'm two
22 referrals away from talking to the surgeon. So it's
23 going to take a little bit of time for me to get in
24 there.
25     Q. Okay. Interrogatory 6, the answer also says

Page 105

1  when these were done, or answered, your total medical
2  expenses were $3,105.40. Have most of your medical
3  expenses been taken care of through the Army?
4      A. Yes, sir.
5      Q. And to your knowledge will that continue to be
6  the case for future medical?
7      A. Yes, sir.
8      Q. I know you mentioned you still do a lot of
9  shooting. Are there any activities, Mr. Batts, that you
10 are no longer undertaking?
11     A. There are quite a few, act- --
12     Q. That you -- that you used to engage in before
13 this?
14     A. There are quite a few that I either don't do or
15 I have to severely restrict. I used to do cross-country
16 running. But I have problems with depth perception. So
17 I tried before and ended up hurting myself.
18            So I have to -- it is restricted where I
19 can do my cross-country running. And I got to be very
20 careful hiking. I was an avid mountain biker and now
21 I'm pretty much restricted to road biking because I
22 can't judge the distances. And the shadows through the
23 trees really mess with my vision.
24            I was a competition shooter and I was good
25 enough to rate -- rank in state competitions. And now

Page 106

1 that I have had to switch to the left side, I still
2 shoot but I'm nowhere near on the level that I used to
3 be.
4           As well as I'm very nervous, when I go to
5 the range it takes me -- I'm not going to let it control
6 me but it takes me a significant amount of time to calm
7 down so that I can, you know, pursue the things that I
8 enjoy doing.
9           I can't play -- I can't throw.  I can throw
10 but I can't catch.  So I can't play with the kids and --
11 you know, that's like my daughter is having a kid and
12 that's just something I'm not going to be able to do
13 because I can't judge where the distance is.
14           It's affected me with -- one of the major
15 things it's affected me is, I did two years overseas in
16 combat zones, Afghanistan and Iraq.  And I came back and
17 I didn't have any problems.
18           But after this incident I'm severely jumpy
19 and I have really high anxiety and reactions to things.
20 So it's a -- due to the level of stress and anxiety is
21 one of the reasons that I left the railroad and it --
22 and so it's created problems with working.
23           And I'm probably, you know, shortly going
24 to end up leaving the Embassy guard force because I
25 thought if I left the railroad that it would get better

Page 107

1 if I went into something that I know and I have been
2 doing for a long time.
3           But the anxiety has still followed.  And I
4 have to reduce it or it -- it's starting to cause
5 physiological problems for me.  And it's very
6 frustrating because I didn't have that coming back from
7 the wars but then after this it's developed.
8           I -- I'm just -- I'm very nervous and
9 afraid all the time that something is going to happen.
10 Something else is going to happen.
11           Even though there's a slight possibility --
12 there still is a possibility that I will lose my left
13 eye due to -- when there are injuries where the body is
14 exposed to the interior of the eye that's damaged, it --
15 your body will reject the good eye and fight and attack
16 it with your immune system and cause you to go blind.
17           So that's things that -- and, you know, and
18 there's nothing I can do about that.  I just, you know,
19 it's something I just have to deal with and -- so it
20 bothers me.  And just interactions with people.
21           I don't like -- I don't like to be around
22 large crowds anymore.  I'm always afraid that, you know,
23 something is going to happen to my good eye.  It's
24 something that's constantly in -- in my head.
25           And it's caused me to avoid situations and

Page 108

1 avoid places that there are large groups of people that
2 I can't control the surroundings.
3           It's also, you know, one of the unfortunate
4 things about the prosthetic is I can rub my eye and it
5 turns it in a certain direction.  So I'm walking around
6 all day and people are pointing, they'll go -- they will
7 say something.
8           And I have to go look and then I see that
9 the eye is pointing the wrong direction.  And there is
10 also discharge from it so I get self-conscious and I'll
11 rub it and -- which causes irritation and bleeding.  And
12 it's general problems due to that type situation.
13           And it's just very frustrating because I
14 haven't ever been that kind of person.  I have always --
15 it's been easy for me to overcome things.
16           And now I'm the person that's struggling
17 with trying to adapt over -- day after day and I
18 didn't -- I initially didn't think it was going to be
19 that big of an adaptation.
20           But I didn't understand it.  The scope and
21 the magnitude of the actual physical and emotional
22 effects of it.  Does -- does that help at all?
23    Q.  It does.  Thank you very much, sir, for that
24 description.  With regard to your anxiety, the issues
25 you mentioned, have you -- since the accident have you

Page 109

1 consulted with any counselors, therapists,
2 psychologists, psychiatrists at all about the -- what I
3 will call the -- the mental or emotional component to
4 this.
5    A.  Yes, sir.  I met for about -- starting,
6 approximately, a month after the injury until the date
7 that I was discharged I met with the behavioral health
8 clinic at Fort Hood.
9           And we discussed coping mechanisms and just
10 processes to get through daily life with -- after this
11 injury has happened.  I have used those over -- just
12 since the time that I was discharged from the Army.
13           And hoping things were going to get better
14 and they really haven't.  And it -- like I said, it has
15 caused problems with the railroad and it's causing
16 problems overseas.
17           So I have -- that's part of the
18 appointments I have next month is with the VA Health --
19 Behavioral Health to -- because I can't do it by myself.
20    Q.  Have you consulted with any therapist,
21 counselors, psychiatrists, psychologists about the
22 mental or emotional component other than the folks at
23 the Behavioral Health Clinic at Fort Hood?
24    A.  I have discussed it with one of the counselors
25 at the VA and that's when I decided that I was going to

Page 110

1  go ahead and make an appointment for the future.
2      Q.  Which VA hospital is this?
3      A.  Fort Worth.
4      Q.  With regard to your biking activities you're
5  referring to bicycling; is that correct?
6      A.  Yes, sir.
7      Q.  Okay.  What type of bicycling did you say that
8  you used to do that you are no longer doing?
9      A.  I used to mountain bike.
10     Q.  I think you said you still do some
11 cross-country biking?
12     A.  I still do -- I ride on the street but I don't
13 ride off-road anymore.
14     Q.  Okay.  Have you done any long distance bike
15 trips since the accident?
16     A.  Nothing over 20 miles.
17     Q.  Let me circle back for -- let me see if I can
18 find it.  Let me ask you, Mr. Batts, about the Army
19 retirement we talked about first, at the beginning of
20 your deposition.
21         Have you ever had any issues, physical
22 issues with your back?
23     A.  Yes, sir.
24     Q.  Tell me about those.
25     A.  Initially, my back was injured in 2006 in Iraq.

Page 111

1  And throughout my military career I have been treated
2  off and on for those problems.
3      Q.  And part of the -- did part of that issue
4  involve sciatica?
5      A.  Yes, sir.
6      Q.  And you know -- understand what sciatica is?
7      A.  Yes, sir.
8      Q.  It has -- typically associated with pain that
9  radiates down the leg?
10     A.  Yes, sir.
11     Q.  Do you still have that?
12     A.  Off and on depending on levels of activity.
13     Q.  Have you ever had any back surgeries?
14     A.  No, sir.
15     Q.  You referred to the -- I just had it --
16 medical -- the medical review board in the Army.  That
17 was the board that medically retired you?
18     A.  Yes, sir.
19     Q.  Did I take that down correctly?
20     A.  Yes, sir.
21     Q.  Was it your understanding that you were retired
22 based solely upon your eye?
23     A.  Yeah, that is what brought me before the
24 medical review board.  And once you are in front of the
25 medical --

Page 112

1      Q.  Okay.
2      A.  -- review board they take a comprehensive look
3  at everything that's involved with your medical history.
4          And that determines what your compensation
5  rates will be afterwards.
6      Q.  Got it.  Did the -- did the review board find
7  that you were physically unfit to continue with military
8  service because of your eye as well as your -- the
9  degenerative disc disease in your back?
10     A.  I don't believe that it -- I believe it was
11 solely on my eye because I would not have been before
12 the board -- I have had the disease -- disc degenerative
13 disease problem for years.
14         But I would never have been before the
15 board if it was not because of my eye.
16     Q.  Have you --
17         MR. DANEKAS:  Mitch, you can show him
18 Exhibit 21.
19         (Exhibit No. 21 was marked.)
20         MR. MEADOR:  If you have an extra copy, I
21 would like to have one.
22         MR. CHANEY:  Okay.  Sure.  I have handed
23 Mr. Batts Exhibit 21.
24         MR. DANEKAS:  Okay.
25     Q.  (BY MR. DANEKAS)  And, Mr. Batts, this document

Page 113

1  was produced by your attorney to us and it's dated
2  February 16, 2017.  Have you seen this document?
3      A.  Yes, sir.
4      Q.  And this -- well, this is a document from
5  the -- the medical -- excuse me, the Physical Evaluation
6  Board at the Army, at U.S. Army.
7          And the first paragraph says the Physical
8  Evaluation Board found SSD Samuel J. Batts -- and do you
9  know -- do you know what this document should be --
10         MR. DANEKAS:  Mitch, I didn't notice this.
11 This was produced to us with Mr. Batts' social security
12 number which I am not going to read into the record.
13 And for this exhibit it should be blacked out.
14         MR. MEADOR:  Yeah, I will redact that and
15 make sure that that's copied.
16         MR. CHANEY:  Yeah, we'll do that before we
17 give it to the court reporter.
18         MR. DANEKAS:  Yeah, I just noticed that.
19 We don't want that in the exhibit.
20     Q.  (BY MR. DANEKAS)  In any event, Mr. Batts, the
21 first paragraph says the Physical Evaluation Board found
22 SSD Samuel J. Batts physically unfit to continue
23 military service for the following PEB.  That's
24 referring to Physical Evaluation Board.
25         Referred unfitting conditions.  And there's

Page 114

1 three listed there: One is ruptured globe status post
2 denucleation right eye.  The second is lumbar sacral
3 degenerative disc disease and the third is right
4 sciatica.  Did I read that all correctly?
5      A.  Yes, sir.
6      Q.  Is it your understanding that the PEB found
7 that you were unfit to continue with military service
8 for these three reasons?
9      A.  Yes, sir.
10      Q.  Okay.  It's your -- it's your testimony that
11 this would not have been on the board's radar but for
12 your eye injury; is that what you are saying?
13      A.  That's correct.  These are issues that I have
14 successfully dealt with for a number of years prior to
15 going to the board.
16      Q.  Now part -- part of this exhibit refers to the
17 standards of --
18           MR. DANEKAS:  Actually, is that just a
19 two-page exhibit, Mitch?
20           MR. CHANEY:  No, it's multiple pages.
21           MR. DANEKAS:  Okay.
22           MR. MEADOR:  It --
23           MR. DANEKAS:  Yeah, I understand.
24      Q.  (BY MR. DANEKAS)  Part of this exhibit is some
25 portions of Army Regulation 40-501 which is entitled

Page 115

1 Standards of Medical Fitness.  Are you familiar with
2 that regulation, Mr. Batts?
3      A.  Yes, sir.
4      Q.  Are you aware of any process by which a soldier
5 could seek a waiver of a physical condition that would
6 otherwise be unfitting for that soldier to continue
7 military service?
8      A.  Yes, sir.
9      Q.  Did you seek such a waiver?
10      A.  I attempted to but I was not able to get the --
11 with the nature of my injury, I was -- the letters of
12 recommendation that I needed they were not willing to
13 write, so.
14      Q.  Okay.  What did you do to attempt to obtain a
15 waiver?
16      A.  I spoke with the -- with the physician that
17 was in my -- I can't recall the actual title of the
18 individual but my -- basically my caseworker and let
19 them know of my intentions.
20           And they told me who I needed to contact
21 for the letters.  And I attempted to get those letters
22 and due to the nature of the injury, they didn't feel
23 comfortable writing it.
24      Q.  Okay.  Do you remember the name of either of
25 those individuals?

Page 116

1      A.  I can't remember at this time.  I might be able
2 to find out later but I can't remember at this time.
3      Q.  Were these individuals at the medical center at
4 the base?
5      A.  I'm trying to remember.  I believe they were,
6 that they were at Fort Hood.
7      Q.  Did you submit anything in writing to request a
8 waiver or was it done orally?
9      A.  It was done orally.  I don't have
10 documentation.
11      Q.  Are you currently receiving any retirement
12 benefits from the Army?
13      A.  I'm receiving retirement benefits from the VA,
14 not the Army.
15      Q.  Okay.  Fair enough.  What is the amount of the
16 retirement benefit from the VA?
17      A.  It is currently $3,200 a month.
18      Q.  Are you currently receiving any disability
19 benefits from the VA?
20      A.  That -- that's what that is.
21      Q.  I see.  Are you curr- -- I know that in
22 discovery responses there was mention that your
23 retirement benefit is lower than if you had cont- -- had
24 you completed more years in the service.
25           And I also see a document in these

Page 117

1 documents that were produced refer to your disability
2 benefit.  Is it your understanding that the retirement
3 benefit and the disability benefit is one and the same
4 thing?
5      A.  No.  They are two different components.
6      Q.  Okay.
7           MR. DANEKAS:  Mitch, would you show
8 Mr. Batts Exhibit 23, please.
9           (Exhibit No. 23 was marked.)
10      Q.  (BY MR. DANEKAS)  Mr. Batts, have you seen what
11 we have marked as Exhibit 23?
12      A.  Yes.
13      Q.  And I also noticed that this document has the
14 four last digits of your social and I'm perfectly fine
15 with blacking that out also before it is turned over to
16 the court reporter.  It's in two different places.
17           It looks like it's in the -- under the
18 caption up top and under the section that said -- has
19 personal claim information.  So those two places should
20 be blacked out.
21           In any event, Mr. Batts, this letter is
22 dated July 13, 2017 from the VA, and it refers to, as I
23 understand it, a disability benefit or am I not
24 understanding this document?
25      A.  No.  That is correct, sir.

Page 118

1    Q.  So I guess to go back to my question, if
2  retirement benefits and disability benefits are two
3  different things, are you receiving both of them or one
4  of them?
5    A.  I'm receiving disability benefits.  I'm
6  ineligible for retirement benefits because I did not
7  meet the required 20 years of service.
8    Q.  I see.  Okay.  Then I kind of misunderstood
9  what was said in the discovery responses.  Okay.  So
10  your current benefits from the VA, regardless of what
11  they're titled, are $3,181.65 per month?
12    A.  Yes, sir.
13    Q.  Okay.  It is your understanding that you are
14  not entitled to any retirement benefits because you did
15  not complete enough time in the service to obtain those
16  benefits; is that correct?
17    A.  That is correct.
18    Q.  Okay.  How much more time would you have
19  needed?
20    A.  A little over two years.
21    Q.  From when you left the service or from the date
22  of the accident?
23    A.  From the date that I left the service.
24    Q.  Do you know why it was that from the date of
25  your accident November of '15 until you left the service

Page 119

1  in -- when was it.  When was it?  I'm sorry, June of
2  '17?
3    A.  Yes, sir.
4    Q.  That's about a little more than a year and a
5  half.  Do you know why it was that it took that long
6  for -- from the date of your accident until the time you
7  were retired, medically retired by the board?
8    A.  Just the sheer number of people coming back
9  from Iraq and Afghanistan that were injured and the
10  number of individuals that could stand on the board.
11    Q.  Okay.  This document indicates that you are
12  considered to be totally and permanently disabled due
13  solely to your service-connected disabilities.  Do you
14  see what I'm reading there?
15    A.  Yes, sir.
16    Q.  It is your understanding that -- well, let me
17  ask you this.  What is your understanding of what the VA
18  is referring there -- referring to there when it speaks
19  of your service-connected disability?
20    A.  Injuries that happened with -- that occurred
21  during the time of duty.  So it excludes any preexisting
22  conditions, injuries that happened before I entered the
23  service.
24        It's everything that has taken place from
25  the time that I enlisted until the time that I was

Page 120

1  discharged.
2    Q.  Was this accident with the H&R rifle on your
3  personal time with your personal rifle a
4  service-connected disability?
5    A.  Yes.  Because in the military you do not have
6  your own personal time.  You are subject to Uniform Code
7  of Military Justice laws while on duty and off duty.
8        And they also -- anything in your favor is
9  all a -- also an on duty or off duty.
10    Q.  Do you currently have a Facebook page?
11    A.  No, I do not.  I do not believe so.  If I do
12  it's been a long time since anything was put on it.
13    Q.  Okay.  Did you at one time have a Facebook
14  page?
15    A.  Yes, sir.
16    Q.  When did you first go shooting after the
17  incident?
18    A.  I forced myself to go to the range,
19  approximately, either two to three months after the
20  accident.  I'm not entirely sure.
21    Q.  How often do you currently go shooting?
22    A.  At least once a month.
23    Q.  Who do you usually go with, if anybody?
24    A.  I usually go with -- I have a friend here in
25  town.  I have been traveling a lot lately so a lot of

Page 121

1  the time it's by myself but now that we're back here.
2    Q.  Who is the friend that goes with you?
3    A.  My friend, Chris Pearson.
4    Q.  And where does he live?
5    A.  He lives in Bedford, Texas.
6    Q.  How far is it from Dallas/Fort Worth to
7  Nolanville?
8    A.  Approximately, two and a half hours.
9    Q.  How long does it take by bike?
10    A.  I don't know.
11    Q.  Have you ever biked from Dallas/Fort Worth to
12  Nolanville?
13    A.  No.  That was one of my plans, though.
14    Q.  Let me circle back on the last -- back to what
15  we have talked about and we'll wrap this up.
16        With regard to the ammunition, have you at
17  any time since the accident gone back to any gun show or
18  to the Amon Carter -- is that what it's called?
19    A.  Yes, sir.
20    Q.  Amon Carter Center, the facility, to try to
21  track down the folks that sold you this ammunition?
22    A.  I have been to -- I have been to several gun
23  shows and I -- every time I go I look around and try to
24  identify if -- see if that's the person but I have been
25  unable to.

Page 122

1    Q.  You have been to several gun shows since the
2  accident?
3    A.  Yes, sir.
4    Q.  Have you purchased any ammunition from any gun
5  show since the accident?
6    A.  No, sir.
7    Q.  Is there a reason why you have not purchased
8  any ammunition at gun shows since the accident?
9    A.  Because if something, God forbid, were to
10  happen again, like this time I'm not able to identify
11  that individual, if I purchase it at say a store in town
12  I know exactly who -- it would be a lot easier to give
13  you that store's name.
14    Q.  Okay.  You're pretty experienced with firearms
15  and ammunition.  From your perspective do you believe
16  that this ammunition contributed to your accident?
17    A.  No, I'm not a subject-matter expert.  I can't
18  give you the answer on that.
19    Q.  With regard to the purchase of this ammunition
20  did the people in this booth -- were they wearing any
21  type of uniform shirts that identified their company,
22  shirts that had their names on them, anything like that?
23    A.  I don't remember.
24    Q.  You mentioned that you had -- and we talked
25  about this before, you had the polymer tip and the

Page 123

1  hollow points, I think you used the phrase two lots.
2        Did you specifically ask for two different
3  types of bullets for this ammunition?
4    A.  No.  But when they presented it and there were
5  two different kinds, I got both.
6    Q.  Okay.  Believing both of them to be subsonic?
7    A.  Yes, sir.
8    Q.  Was it your understanding when you bought this
9  ammunition that this ammunition had been loaded by the
10  people slash the company that you were buying it from?
11    A.  Yes, sir.
12    Q.  What did you know about them?
13    A.  I did not know anything about that company.
14    Q.  Had -- and I know you don't remember the name
15  of the company now but at the time did you -- at the
16  time did you know the name of them, know the name of the
17  company when you bought the ammo?
18    A.  No, sir.
19    Q.  Had you ever to your knowledge dealt with these
20  folks before?
21    A.  No, sir.
22    Q.  Did you have any knowledge of how these rounds
23  had been reloaded or what type of quality control or
24  quality checks they had on their ammo?
25    A.  No, sir.

Page 124

1    Q.  Let me ask you to remove the seven polymer tip
2  rounds from that box and look at the case that's on
3  those.
4    A.  Yes, sir.
5    Q.  How many different case heads do you see there?
6    A.  Two but -- yeah, two.
7    Q.  One of them says -- two.  One of them says
8  Barnes 300 BLK?
9    A.  No.  I don't see that one on here.  I --
10    Q.  Oh, I'm sorry.  I think I'm -- I'm sorry, I'm
11  referring -- I think I'm identifying the ones with the
12  hollow point.  One of them says CCWCCO looks like a 1 on
13  the bottom?
14    A.  Yes, sir.
15    Q.  Do they still have numbers on them, Mr. Batts,
16  from a -- from a permanent marker?
17    A.  Yes, sir.
18    Q.  Look at shell number eight or cartridge eight
19  and cartridge five.
20    A.  Yes, sir.
21    Q.  You would agree that those two have different
22  case head stamps, correct?
23    A.  That is correct.
24    Q.  With regard to cartridge number five, do you
25  see the stamp that has a circle and then there's four

Page 125

1  circles inside the circle?
2    A.  Yes.
3    Q.  Do you know what that is?
4    A.  No, sir.
5    Q.  The fact that rounds five and eight have two
6  different case head stamps, does that suggest to you
7  anything about this ammunition?
8    A.  That it's reloaded ammunition.
9    Q.  If you had noticed that these rounds had
10  different case head stamps, would you have gone ahead
11  and fired them on the day of the accident?
12        MR. MEADOR:  Objection; speculation.
13        MR. CHANEY:  You can answer.
14    Q.  (BY MR. DANEKAS)  You may answer.
15    A.  I am not sure.  I don't know.
16    MR. DANEKAS:  Let's go off the record.  I
17  think I'm done but let me talk with Mitch and see if he
18  has any short follow-up.
19        MR. MEADOR:  Yes.
20        MR. CHANEY:  Before we do that can I just
21  ask a question of clarification.  Because -- I'll just
22  ask it out loud.  He said --
23        MR. MEADOR:  Are we on the record?
24        MR. CHANEY:  Yeah.  I just want to know one
25  thing.  Mr. Batts said Amon Carter building.  I'm just

Page 126

1  trying to figure out, is that the museum?
2          MR. MEADOR:  The Amon Carter is an exhibit
3  hall in Fort Worth.
4          MR. CHANEY:  An exhibit hall.  Okay.  So
5  it's Amon --
6          MR. MEADOR:  Amon Carter --
7          MR. CHANEY:  -- Carter Exhibit Hall.
8          MR. MEADOR:  That's my belief, that's the
9  name of it.
10         MR. CHANEY:  Is that right, where the gun
11 show was?
12         THE WITNESS:  It might be Amon Carter-Will
13 Rogers Exhibit Hall.
14         MR. CHANEY:  Okay.  That's all I wanted to
15 clear up.  Thank you.  So we'll go off the record.
16         MR. MEADOR:  We'll step out and you guys
17 can have the room to speak.
18         MR. CHANEY:  Okay.
19         THE VIDEOGRAPHER:  We are off the record at
20 3:41.
21         (Break taken from 3:41 p.m. to 3:52 p.m.)
22         THE VIDEOGRAPHER:  We are back on at 3:52.
23         MR. MEADOR:  We will reserve our questions
24 until the time of trial.
25         MR. CHANEY:  Perfect.  So I guess we will

Page 127

1  go back off the record.
2          THE VIDEOGRAPHER:  We are back off at 3:52.
3          (Proceedings concluded at 3:52 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 128

1              CHANGES AND SIGNATURE
2  WITNESS: JON BATTS
3  DATE: JANUARY 7, 2019
4
5  PAGE LINE      CHANGE        REASON
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Page 129

1        I, JON BATTS, have read the foregoing
   deposition and hereby affix my signature that same is
2  true and correct, except as noted above.
3
4
                    _____
5                   JON BATTS
6
7
8
9  _____ No changes made _____ Amendment sheet(s) attached
10
11 JON BATTS Vs. REMINGTON ARMS COMPANY, LLC
12
13 JOB NO.  283134
14
15
16
17
18
19
20
21
22
23
24
25

Page 130

```
 1              UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
 2                     WACO DIVISION
 3  JON BATTS,              )
                            )
 4       Plaintiff,         )
                            ) CIVIL ACTION
 5  VS.                     ) NO. 6:17-CV--00346-ADA
                            )
 6  REMINGTON ARMS COMPANY, ) [JURY DEMANDED]
    LLC,                    )
 7                          )
            Defendant.      )
 8
 9              REPORTER'S CERTIFICATION
               DEPOSITION OF JON BATTS
10                 JANUARY 7, 2019
11
12       I, Christy Cortopassi, Certified Shorthand Reporter
13  in and for the State of Texas, hereby certify to the
14  following:
15       That the witness, JON BATTS, was duly sworn by the
16  officer and that the transcript of the oral deposition
17  is a true record of the testimony given by the witness;
18       That the deposition transcript was submitted on
19  _____ to the witness or to the attorney
20  for the witness for examination, signature and return to
21  me by _____;
22       That the amount of time used by each party at the
23  deposition is as follows:
24  MR. ROBERT M. MEADOR.......00:00
    MR. MITCHELL C. CHANEY.....00:00
25  MR. STEVEN E. DANEKAS......03:23
```

Page 131

```
 1       I further certify that pursuant to FRCP No.
 2  30(f)(i) that the signature of the deponent:
 3       __X__ was requested by the deponent or a party
 4  before the completion of the deposition and that the
 5  signature is to be returned within 30 days from date of
 6  receipt of the transcript.  If returned, the attached
 7  Changes and Signature Page contains any changes and the
 8  reasons therefor;
 9       _____ was not requested by the deponent or a party
10  before the completion of the deposition.
11       I further certify that I am neither counsel for,
12  related to, nor employed by any of the parties or
13  attorneys in the action in which this proceeding was
14  taken, and further that I am not financially or
15  otherwise interested in the outcome of the action.
16       Certified to by me this _____of_____,
17  2019.
18
19
20  _____
    Christy Cortopassi, Texas CSR 6222
21  Expiration Date:  12/31/2019
    Firm Registration No. 343
22  U.S. LEGAL SUPPORT, INC.
    100 Premier Place
23  5910 N. Central Expressway
    Dallas, Texas 75206
24  214.741.6001
25
```

**Exhibits**

EX 0002 Sgt.
 Jon Batts 01071
9  3:10 39:9,17,
 20,24 40:17
EX 0002-A Sgt.
 Jon Batts 01071
9
EX 0003 Sgt.
 Jon Batts 01071
9  3:11
EX 0004 Sgt.
 Jon Batts 01071
9  3:12 91:3,4,
 17 92:23 99:25
 100:3 101:13
EX 0005 Sgt.
 Jon Batts 01071
9  3:12 92:13
EX 0006 Sgt.
 Jon Batts 01071
9  3:13 93:3,4
EX 0007 Sgt.
 Jon Batts 01071
9  3:13 94:12,13
EX 0008 Sgt.
 Jon Batts 01071
9  3:14 95:6,7
EX 0009 Sgt.
 Jon Batts 01071
9  3:14 95:14
EX 0010 Sgt.
 Jon Batts 01071
9  3:15
EX 0011 Sgt.
 Jon Batts 01071
9  3:15 95:23,24
 98:6
EX 0012 Sgt.
 Jon Batts 01071
9  3:16 98:15,16
EX 0013 Sgt.
 Jon Batts 01071
9  3:16 99:7,19
EX 0014 Sgt.
 Jon Batts 01071
9  3:17

EX 0015 Sgt.
 Jon Batts 01071
9  3:18
EX 0016 Sgt.
 Jon Batts 01071
9
EX 0017 Sgt.
 Jon Batts 01071
9
EX 0018 Sgt.
 Jon Batts 01071
9
EX 0019 Sgt.
 Jon Batts 01071
9
EX 0020 Sgt.
 Jon Batts 01071
9
EX 0021 Sgt.
 Jon Batts 01071
9  3:18 112:18,
 19,23
EX 0022 Sgt.
 Jon Batts 01071
9  3:19
EX 0023 Sgt.
 Jon Batts 01071
9  3:20 117:8,9,
 11
EX 0024 Sgt.
 Jon Batts 01071
9  3:21 58:18
 59:9,11,15
 63:22

**$**

$20  36:16
$250  25:10
$3,105.40  105:2
$3,181.65
 118:11
$3,200  116:17

**(**

(cough)excuse
 22:13

**0**

0  66:23
04:30  66:19
05:00  66:23

**1**

1  39:15 49:14,
 15 70:13,16,18
 87:9,12 124:12
10  95:20 98:22
 100:2
11  95:23,24
 98:6
11:53  4:3
12  8:12 98:15,
 16
12:30  49:10
 66:25
13  99:7,19,24
 117:22
13-15  99:6
15  7:4 32:3
 36:16 73:20
 74:8 82:6
 118:25
16  82:7 113:2
17  119:2
1700  6:24 7:12,
 16,20
17th  6:15,16
1911  38:1
1911s  16:15
1937  40:25
1976  7:5
1993  9:14
1996  11:22
1998  11:23
19th  49:8
1:00  49:10
 66:25
1:10  50:25 51:1
1:23  51:1,2

**2**

2  39:9,17,20,24
 40:17,23 60:20

2/20/16  45:23
2/6/16  45:21
20  32:16 36:14
 54:15 55:12,
 13,24 56:13,16
 65:2,10 73:20
 74:8 82:5,7
 83:12,17
 110:16 118:7
2001  9:23
2005  7:23 8:16,
 21
2006  110:25
2014  13:16,17
 15:22 18:17,
 21,24
2015  5:2 10:13
 13:12 16:10
 20:7
2016  60:20
2017  6:15 8:18
 10:15 113:2
 117:22
2018  6:16
2019  4:3
203  48:8
209  7:3,7,17
21  80:19
 112:18,19,23
22  8:18 9:23
 16:8
23  117:8,9,11
24  58:18,22,25
 59:9,11,15
 63:22
24/7  17:15
2:16  82:11,12
2:26  82:12,13
2A  40:8,10,11,
 14

**3**

3  41:3
30  8:21
300  14:24 20:10
 22:25 23:18,20
 32:1,14 34:21
 36:9,18,22,25
 37:2 38:13,16
 52:6,19,25

54:14 55:12
56:13,16 58:1,
4 60:6 65:25
73:20 74:23
75:1 83:13,17
87:10 92:3
99:21 100:3,7,
21,23 101:4,7,
8 124:8
**308**  53:3 56:14
83:25 84:10
86:25 99:15,19
100:5 101:5,
13,15
**30s**  33:23
**3:41**  126:20,21
**3:52**  126:21,22

---

**4**

**4**  45:2 91:3,4,
17 92:23 99:25
100:3 101:13
**40**  56:14 99:17
**40-501**  114:25
**45**  13:20,22
14:18 17:18
32:8
**4runner**  47:22

---

**5**

**5**  92:13,15,23
**50**  83:21
**50-caliber**
16:15
**556**  32:8
**5:00**  66:24

---

**6**

**6**  93:3,4
104:12,25

---

**7**

**7**  4:3 94:12,13
**75**  80:6,24
**76054**  7:3

---

**8**

**8**  95:6,7

---

**9**

**9**  95:14
**9-10**  95:13

---

**A**

**a.m.**  4:3 66:24
**AAC**  74:23
**abroad**  8:9,13
**access**  29:13
**accessories**
96:11
**accident**  16:1,
10,19 17:7,12
19:14 21:16
22:10 23:6,11
25:14 26:23
27:1,4,8 29:11
30:3 32:23
36:21,24 37:2
53:12 54:7
55:20 56:19
57:1 62:7
66:25 67:19,22
71:13 72:6,19
75:25 76:11,14
78:4 81:6
94:20 95:2
108:25 110:15
118:22,25
119:6 120:2,20
121:17 122:2,
5,8,16 125:11
**accidently**
75:23
**accommodate**
5:15
**accounted**  65:19
**accurate**  63:17
**act-**  105:11
**act--**  43:4
**action**  28:20,23
29:1 85:3,8
**actions**  62:13
89:6

**activities**
67:21 105:9
110:4
**activity**  111:12
**actual**  33:8
35:8,11 84:16
98:5 108:21
115:17
**ad**  30:17
**adapt**  108:17
**adaptation**
108:19
**add**  96:14,15
**additional**
12:12 15:10
36:22 102:24
103:16
**additions**  96:14
**address**  7:8,16
8:24 25:20,21
48:6,18,21
54:21
**addresses**  74:20
**adjustments**
81:4 97:12
**Advanced**  26:4
**advantage**  93:18
**advertisements**
26:18
**affected**
106:14,15
**affix**  14:13
**Afghanistan**
106:16 119:9
**afraid**  107:9,22
**age**  33:19 34:2
**agencies**  69:6
**agree**  92:1
124:21
**ahead**  64:14
104:1 110:1
125:10
**alive**  12:9
**ambulance**  62:24
**ammo**  52:12,15,
17,18,23 53:7,
9 54:6 55:1,
10,14,16,21,
22,24 57:13,
17,21 58:5
59:18 61:10,19

62:2 63:24
64:3,13,15,24
65:24 66:4
72:23 78:23
83:5,13,16,20,
21,24 84:15,16
90:14,21,24
91:14,18,22
92:17,24 93:24
95:18,20 96:1
98:9,10 99:3,
8,11,18,19,25
100:1,4,7,15,
17,20 101:2,4,
8,13,15
123:17,24
**ammunition**
12:4,13,18,25
13:4,5,10,13,
14,19,22
14:17,20,22
15:2,9 17:18,
25 18:17,21
28:1,3,7 30:4,
13,23 31:1,2,
4,12,18,21,22
32:1,6,11,12,
14,24 33:7
34:7,10,18
36:17,18
37:17,18,23
38:8,13,16,18,
21 45:3,9,14,
16,18,20,21,25
46:2 47:5,25
48:12 49:22,25
50:4,15,17
51:4,17,20,24
52:7,19 54:15,
18,24 55:3,7,
13,19 56:1,4,
6,11 58:9,15,
19 59:19 60:1,
5,6,9 64:8
66:10 68:1,2,
3,8,13 72:2,3,
10,15,22 73:2,
5,7,10,14,15,
17,21,24 74:1,
3,4,7,9,14
75:8,22 76:3,
15 80:11 83:13
84:10 86:18,25
87:3,10 99:15,

19 100:5,21,24
101:5,9,14,15
121:16,21
122:4,8,15,16,
19 123:3,9
125:7,8
**Amon** 30:12
31:16,19 35:2
121:18,20
125:25 126:2,
5,6,12
**amount** 18:6
19:1,2 22:9
73:6 106:6
116:15
**and/or** 46:1
71:9
**answers** 13:8
24:1,8 39:9
40:18 44:16
45:2
**anticipate**
15:14
**anxiety** 106:19,
20 107:3
108:24
**anymore** 107:22
110:13
**appeared** 52:10
74:9 75:15
**appears** 46:18
56:22 91:19,
21,25 92:9
93:8,14,19
95:17
**appointment**
103:11 110:1
**appointments**
102:23 109:18
**approximately**
6:10,15 7:11
9:7 13:16
21:17 22:12
25:10,13 36:16
49:10 56:14
66:19 109:6
120:19 121:8
**area** 31:9 86:20
87:17 97:18
**areas** 95:19
**arms** 17:10 18:2
38:25

**Army** 6:23 7:23
8:16,20 9:4
10:16,19,22
11:7 12:3,12,
16 17:4 21:20
42:11,15
45:10,17 46:19
47:17 48:13
49:1,23 51:6
53:6 69:3,4
86:2 105:3
109:12 110:18
111:16 113:6
114:25 116:12,
14
**Army-related**
67:21 85:23
**arrive** 66:21
**arrived** 53:5
67:25
**articles** 26:14,
19
**assistant** 6:19
**Associate** 104:7
**Associates**
104:7
**assume** 59:23
85:20
**assure** 71:5
73:11
**ATF** 23:13
**attached** 96:16
**attack** 17:11
107:15
**attempt** 115:14
**attempted**
115:10,21
**attend** 9:10
**attended** 84:11
85:23
**attention** 71:24
**attorney** 44:9
46:1 49:12
60:2 68:15
70:22 77:7
113:1
**average** 36:7
86:11
**avid** 105:20
**avoid** 107:25
108:1

**aware** 19:18
28:5 47:1 48:4
66:11,16 69:4
115:4

---

**B**

**B-A-T-T-S** 4:21
**b-o-r-e** 97:5
**back** 23:13
25:25 36:2
38:19 51:2,15
53:17 54:14,18
56:2 61:19
63:8 75:18
79:25 80:22
81:10 82:13
87:13 88:24
99:24 106:16
107:6 110:17,
22,25 111:13
112:9 118:1
119:8 121:1,
14,17 126:22
**background** 5:4
9:8
**bad** 32:4 76:3
**bag** 24:23,25
25:3,5 27:13
34:13,14,16
55:3 69:9
74:11,14 75:6
84:19,20,23
97:19,23 98:3,
4 101:10
**Baghdad** 6:8 8:2
**ballistic** 56:7
75:3 78:8,9
**Barnes** 124:8
**barrel** 19:4,11,
19 20:21 39:6
**base** 63:12
66:22 67:16,20
82:17 83:10
84:3,15 96:9
97:17 116:4
**based** 111:22
**basically**
115:18
**Batts** 4:4,7,14,
18,20,22 5:14,
21 8:25 9:1

10:15 11:6
13:8 15:19
17:13 19:14
20:1,21 21:8
25:17 27:4
30:4 32:11
35:20 38:7
39:9 40:1,11,
14 45:2 49:12
51:3 52:11
57:15 59:11,14
62:14 65:15
66:18 69:2
70:17,21 74:8
76:18 78:13
81:23 82:14
90:11 92:17
94:20 102:15
105:9 110:18
112:23,25
113:8,20,22
115:2 117:8,
10,21 124:15
125:25
**Batts'** 113:11
**Bear** 69:1
**Bedford** 9:16
121:5
**bedroom** 48:17
50:7,16
**beginning**
110:19
**behalf** 42:11,14
60:4 69:3
**behavioral**
109:7,19,23
**belief** 126:8
**believed** 76:25
**Believing** 123:6
**bell** 24:11
**benefit** 116:16,
23 117:2,3,23
**benefits**
116:12,13,19
118:2,5,6,10,
14,16
**bicycling**
110:5,7
**big** 108:19
**bike** 110:9,14
121:9

biked  121:11
biker  105:20
biking  105:21
  110:4,11
bipod  87:20
birth  7:4
bit  16:16 24:9
  95:16 104:23
blacked  113:13
  117:20
blacking  117:15
Blackout  14:24
  20:10 22:25
  23:18,20 32:1,
  14 34:21 36:9,
  18,22,25 37:2
  38:13,16 52:6,
  19,25 54:14
  55:12 56:13,16
  58:1,4 60:6
  73:20 75:1
  83:13,17 87:10
  92:3 99:21
  100:3,7,21,23
  101:4,7,8
Blackouts  65:25
bleeding  103:8
  108:11
Bless  81:19
blind  107:16
BLK  124:8
blow  19:21
board  10:20
  11:3 111:16,
  17,24 112:2,6,
  12,15 113:6,8,
  21,24 114:15
  119:7,10
board's  114:11
Bob  58:16 70:18
body  107:13,15
booth  33:16
  34:1,18 35:22
  36:6 122:20
booths  35:12
  36:5 38:8,10,
  11,12,15
bore  88:12
  96:25 97:4,5,9
bothers  107:20

bottle  93:10
  94:2,3
bottom  42:2
  59:8,11 124:13
bought  27:19
  30:13,15
  31:12,18 37:23
  38:1,2,18
  54:15,17 65:2
  74:17 87:23
  123:8,17
box  25:1,2,3,4,
  5 27:14 28:10,
  11 32:12
  34:13,14,16
  52:12,15,18,23
  55:3,14,16,21,
  22,24 57:13,
  17,21 58:17
  60:24,25 61:3,
  4,10,19 62:2
  63:22,24 64:3
  65:22,24 66:4
  69:9 71:1
  74:10,11,13
  75:6 78:23
  83:24 86:25
  87:3,10 90:21,
  24 91:15,18,
  22,24 92:8,11,
  17,24 93:24
  95:19,20 96:1
  98:9,10,13
  99:3,8,11,18,
  19,22,25
  100:1,4,8,15,
  17,21 101:2,4,
  8,14,15 124:2
boxes  52:17,21
  53:7,9 54:6
  55:9,10 83:5
  84:15,16 86:17
Bradley  21:21
brand-new  22:6
Bravo  16:14,15
break  5:15
  20:21 39:11
  50:23 51:1
  82:12 126:21
break-action
  70:3
break-barrel
  20:8,19 21:6

breaks  35:23
breech  20:24
brigade  43:10
bring  96:13
bringing  85:6
broke  51:4
Brookview  7:3,
  7,18
brought  18:4
  27:18,24 28:18
  29:1,22 46:2
  52:15 54:18
  58:9 67:13
  87:17 111:23
Browning  16:15
Bryan  41:15
  42:6,16 43:10
Bud's  24:10,12
build  33:20,21,
  22 34:3
building  35:15
  40:25 125:25
bullet  14:10,
  13,15 15:15
  91:22
bullets  56:9
  123:3
Burlington
  6:12,17
burned  80:8
business  6:5
buy  22:5 37:24
  55:9 73:16
  75:1
buying  26:15,21
  56:4 73:14,15
  123:10

─────────────
      C
─────────────

Cadre  47:12
caliber  17:18
  20:10 22:24
  32:6
California  42:7
call  12:25 27:6
  30:25 52:12,22
  56:24 57:18,20
  64:5 65:6
  67:21 75:6
  76:24 79:5

81:12 91:7
  109:3
called  40:19
  42:17 75:15
  87:4 121:18
calls  27:10
calm  106:6
camera  53:15,
  17,20 61:18
  95:18 99:9
Captain  21:21
  22:11 24:2,15,
  17,21 25:8
  26:16,21 28:3,
  6 41:13 42:5
  43:7 69:8
caption  117:18
care  39:10
  44:11 47:19
  71:3 103:17
  105:3
career  111:1
careful  20:2
  105:20
carried  34:15
  84:18
carry  84:5
Carter  30:12
  31:16,19 35:2
  121:18,20
  125:25 126:2,
  6,7
Carter-will
  126:12
cartridge  13:25
  14:3,8,11,13,
  15 15:4,5,14
  19:1,3 57:11
  59:7 63:3,15,
  19,20 66:9
  90:2 124:18,
  19,24
cartridges
  59:12 63:24
case  14:3,8,11,
  13,15 18:13
  50:8,10,12,13,
  18,19,20
  51:22,25
  53:22,24 54:2,
  3 56:23 57:11,
  12 58:5,13

59:12,18,20
60:1,9,11,21
61:8,11 62:6
63:3,15,19
65:5 66:5 68:4
82:24 83:1,14,
16 84:4,8,20,
21,23 85:3
86:13,14
87:13,16,19
90:4,13,14
92:18 93:14
97:20,21,23
98:4 101:2,4,
11 105:6
124:2,5,22
125:6,10
**cases**  63:20
66:9 83:21
90:20 91:25
92:2,3
**caseworker**
115:18
**cash**  25:11,12
32:18 38:6
**casing**  13:25
61:19 62:18,
21,23 78:22
**casings**  61:22
92:5
**catastrophic**
18:11 19:20
38:25
**catch**  106:10
**Caucasian**  33:24
34:5
**caused**  107:25
109:15
**causing**  109:15
**CCWCC0**  124:12
**center**  45:11,18
47:17 48:13
49:2,24 50:6
51:6 53:6
63:12 79:6,14
83:1 84:7,11
116:3 121:20
**Central**  9:12
**chamber**  85:13
88:6
**Chaney**  4:8,24
26:12 39:12,

15,19,23 40:2,
7,11 58:22,25
59:3,7,10
70:17 81:18,
20,24 82:4,8
95:5 112:22
113:16 114:20
125:13,20,24
126:4,7,10,14,
18,25
**Chantilly**  6:2
**Charles**  45:22
**check**  25:11
85:16
**checked**  85:18
**checks**  123:24
**children**  10:1,3
**Chris**  121:3
**Christopher**
41:18 43:2,5,8
**circle**  110:17
121:14 124:25
125:1
**circles**  125:1
**circulate**  5:16
**circumstances**
79:8
**civilian**  41:20
46:7 54:11
94:17 95:10
**civilians**  86:3
**claim**  117:19
**clarification**
125:21
**clarifying**
102:25
**cleaning**  96:21,
24 97:9
**clear**  52:12,23
55:9 126:15
**click**  89:11,14,
17
**clinic**  109:8,23
**close**  28:25
82:15 88:14
**closed**  28:23
88:20,22,23
89:9,11,13,16,
20,24 95:19
**closing**  89:19

**clothing**  46:19
94:17
**CLP**  94:6
**Club**  40:24
**Code**  120:6
**cold**  80:7
**collection**
81:13
**college**  9:9,10,
11,12
**color**  33:19
74:20
**combat**  106:16
**combination**
29:16,18,19
50:3
**comfortable**
115:23
**Command**  67:4
**commander**  43:10
**commanding**
42:16
**commandments**
71:18,21
**commonly**  14:7
**company**  6:3 8:1
122:21 123:10,
13,15,17
**compared**  36:4
**compartment**
54:2
**compensation**
112:4
**competition**
105:24
**competitions**
105:25
**complete**  118:15
**completed**  87:12
116:24
**complex**  16:24
17:1
**component**  75:24
76:4 109:3,22
**components**
18:14 117:5
**comprehensive**
112:2
**concerned**  64:24
**condition**  115:5

**conditions**
113:25 119:22
**conduct**  42:21
**conducted**  67:3,
20 69:3
**confirm**  85:8
**connection**  26:9
**considered**  11:3
119:12
**consistent**
93:22
**constantly**
107:24
**consulted**
109:1,20
**cont-**  116:23
**contact**  27:5,8
115:20
**contacted**  94:19
**contained**  51:25
**container**  32:12
52:1 68:5
74:13 75:6
84:16
**containers**  75:7
**continue**  10:21
105:5 112:7
113:22 114:7
115:6
**continuously**
45:25
**contracted**  6:6
**contractor**  8:1
**contributed**
122:16
**control**  106:5
108:2 123:23
**conversation**
22:11 34:17,23
43:21
**conversations**
77:6
**conveying**  24:19
**cool**  26:7
**copied**  113:15
**coping**  109:9
**copy**  43:18
70:18,21
93:17,18
112:20

corner   96:1
corporation
  26:4
Corral   41:4
correct   9:18
  10:6,7 12:13
  13:8,10,25
  14:4,8,11,15
  15:16 20:8
  21:6,7,22
  22:22 23:21
  24:3 28:7,8
  33:2,4 37:7
  41:2 42:11,12
  46:10 48:2,14
  49:20 51:22
  52:13 53:15,18
  54:19 57:8,13
  60:7,9 61:1,2,
  5,6,20 65:4,8
  66:14 67:23,24
  68:7,16 70:6
  71:14 72:11
  73:22 76:16
  79:6,22,23
  83:6,23,25
  86:1,15 87:6,
  7,17,21 89:6,9
  90:6,7,14
  91:15 93:25
  95:9 97:25
  98:3,8,25 99:2
  103:5 104:17
  110:5 114:13
  117:25 118:16,
  17 124:22,23
correction   35:5
correctly   41:5
  111:19 114:4
correspondence
  27:6
cost   73:6
cough   22:13
counsel   4:5
counselors
  109:1,21,24
counting   98:12
country   41:25
County   9:11
couple   30:1
  76:13 83:20

court   113:17
  117:16
courtroom   5:12
Craycraft   21:21
  22:11 24:2,15,
  17,22 25:8
  26:16,21 28:3,
  6 41:13 69:9
create   20:2
created   52:9
  106:22
crews   6:20
crimping   14:14
cross-country
  105:15,19
  110:11
crowds   107:22
curr-   116:21
current   5:25
  7:2,24 118:10
custody   45:21,
  24
custom   69:20,22
  72:21 73:2,4
  85:7
customarily
  72:23 73:9


                D

daily   109:10
Dallas   103:6
Dallas/fort
  31:9 121:6,11
damage   18:13
  71:9 76:10,15
  77:15
damaged   107:14
damages   39:1
Danekas   4:10,
  17,22 15:11
  26:13 39:8,14,
  16,21,25 40:4,
  8,13,14 50:22
  51:3 58:12,15,
  21 59:13,14
  69:1,2 70:13,
  21 81:19,21
  82:1,5,10,14
  91:4 92:14
  93:4 94:13

95:7,14,24
  97:3,5,8 98:16
  99:7 100:13
  112:17,24,25
  113:10,18,20
  114:18,21,23,
  24 117:7,10
  125:14,16
dangerous   75:24
  76:5
dangers   17:24
  19:16
date   4:3 7:4
  8:19 30:14
  36:24 49:6
  55:20 60:20,
  21,25 77:23
  109:6 118:21,
  23,24 119:6
dated   113:1
  117:22
daughter   10:5
  41:7 106:11
day   20:12,15,18
  21:3,15 23:6
  27:18,25 28:18
  29:1,10,11,22
  30:3 36:5,12
  37:2,24,25
  38:7 42:19
  45:9,12 47:5
  48:24 49:3,9,
  16,20 51:8,15,
  18 52:7,11,18,
  20,23 53:12
  54:7,17 55:11,
  22 56:12,17
  60:22 61:12,
  15,23 64:3,22
  67:11,14,25
  68:18 76:22
  78:1,13,23
  79:17 80:11
  81:6 82:16
  83:2,6 86:6
  88:2 94:10
  97:24 99:16
  108:6,17
  125:11
deal   107:19
dealt   114:14
  123:19

death   71:9
  72:4,11
decided   109:25
decision   10:19
define   102:20
degenerative
  112:9,12 114:3
delivered   24:5
demonstrated
  62:17
denucleation
  114:2
Department   6:7
  8:6
depending
  111:12
depends   85:10,
  11,12
deployed   11:18
deployments
  11:22
deposition   4:4
  39:13 41:1
  58:11,20
  110:20
depth   105:16
describe   31:5
  33:12 34:2
  35:20
description
  44:23 108:24
designated
  38:24
detail   24:9
determine   47:11
determined   77:7
determines
  112:4
developed   107:7
deviated   76:3
deviates   75:23
diesel   11:8,14
differ   91:19
difference
  37:13
digital   93:18
digits   117:14
Diligence   72:14
  75:20

direct 71:24
  95:8
direction
  108:5,9
directly 95:8
disabilities
  119:13
disability
  116:18 117:1,
  3,23 118:2,5
  119:19 120:4
disabled 119:12
disappeared
  62:1
disc 112:9,12
  114:3
discharge 45:17
  48:13 108:10
discharged
  49:1,3,23 50:6
  51:5,8 53:6
  83:1 84:7
  109:7,12 120:1
discovery
  116:22 118:9
discussed 22:3
  109:9,24
disease 112:9,
  12,13 114:3
displayed
  101:14
distance 80:6
  106:13 110:14
distances
  105:22
divider 84:4
  95:19,20
document 112:25
  113:2,4,9
  116:25 117:13,
  24 119:11
documentation
  116:10
documents 117:1
downward 91:23
drink 5:16
Drive 7:3,7,18
drove 45:10,13
  47:16,24
due 10:17,24
  106:20 107:13

108:12 115:22
  119:12
duly 4:15
duties 8:5
  85:24
duty 17:14,15
  119:21 120:7,9

_____

E

earlier 39:2
  41:1 66:12
  69:4 82:25
  90:3 96:10
early 67:4,6,10
ease 93:24
easier 58:8
  122:12
easy 108:15
educational 9:8
effect 94:20
effects 108:22
email 27:6,9
Embassy 6:7 8:2
  106:24
emotional
  108:21 109:3,
  22
employed 6:1,9
  11:11
employee 8:6
employment 5:25
  6:11,21 11:7,
  13
empty 85:14
end 14:10 58:20
  62:16 92:7
  99:12,13
  106:24
ended 105:17
enforcement
  69:6
engage 105:12
enjoy 106:8
enlargement
  91:6,18 92:16
enlarging 93:19
enlisted 119:25
entered 7:23
  119:22

entering 11:7
entitled 71:17
  72:13 114:25
  118:14
entrance 35:18,
  21,23
equipment
  15:18,21
  96:21,24 97:9,
  16
equivalent
  78:10
established
  18:2 76:13
Evaluation
  113:5,8,21,24
Evan 41:12
event 15:13
  28:6 31:6
  113:20 117:21
events 44:23
exact 22:8
  51:11 58:6
examination
  4:16 77:9,11,
  13
examine 60:2
  68:21 90:4
examined 27:21
  28:19 60:4
exceeded 18:1
excess 38:24
excludes 119:21
excuse 22:14
  49:14 61:4
  71:25 78:16
  81:18 113:5
exercise 67:3
exhibit 30:18
  35:9,11,25
  39:9,13,15,16,
  17,20,24
  40:10,11,14,17
  58:16,18 59:9,
  11,15 63:22
  70:13,16,18
  91:3,4,17
  92:13,14,23
  93:3,4 94:12,
  13 95:6,7,13,
  14,23,24 98:6,
  15,16 99:6,7,

19,25 100:3
  101:13 112:18,
  19,23 113:13,
  19 114:16,19,
  24 117:8,9,11
  126:2,4,7,13
exhibits 100:11
exit 19:4,10
expenses 105:2,
  3
experienced
  19:12 122:14
expert 60:3,4
  122:17
exposed 107:14
Express 11:12
extensions
  96:13
extent 34:23
  47:20 77:15
extra 72:14
  75:20 112:20
eye 11:1 62:6,
  7,17,20 79:12
  101:25 104:15
  107:13,14,15,
  23 108:4,9
  111:22 112:8,
  11,15 114:2,12
eyes 18:22

_____

F

face 95:9
Facebook
  120:10,13
facility 35:1
  121:20
fact 125:5
factory 37:11,
  14 66:14 73:7
  74:10,11,15
factory-loaded
  74:3
fail 19:4
fails 19:10
failure 19:20
  71:7
failures 18:11
  39:1

fair 15:13
  27:22 55:4
  60:10 116:15
familiar 19:6
  26:4 34:25
  70:23 77:16
  115:1
farther 56:2
favor 120:8
Fe 6:12,17
February 113:2
feel 115:22
feet 80:19
felt 62:12
  89:23
female 33:10,
  11,13,14,16,18
Fentanyl 63:2
fight 107:15
figure 126:1
filed 4:23
finally 43:10
find 47:8 54:10
  110:18 112:6
  116:2
fine 8:25 9:1
  59:2,5,6 90:10
  100:14,19
  117:14
finish 45:1
finished 98:17
fire 23:23
  56:19 57:3
  67:14 85:24
  88:11
firearm 18:14
  19:21 69:23,24
  70:2,6 71:6,7,
  18 76:10,16
  85:6,7,8
firearms 12:4,
  13 16:9 20:16
  22:4 31:3
  67:17 69:22
  81:7,13,16
  82:18 89:6
  94:8 122:14
fired 13:5,24
  16:10,11 19:18
  20:13,15,18
  21:3,4,5 22:6

24:22 49:19
  52:20 56:23
  57:7,10 61:17
  65:15,21 69:21
  70:6 78:13,17
  79:17 80:5,12,
  23 81:1 85:16
  86:23 90:12,
  17,19 93:6
  101:1,18,19
  102:8 125:11
firing 20:7
  49:14,15,19
  58:3 67:23
  78:14 81:5,7,
  13,15 87:9,12
  91:11 100:24
fit 98:2
Fitness 115:1
flat 96:9
flipped 69:15,
  16
floor 35:4,5,
  13,14
floors 35:6,13
focus 56:16
folk 41:19
folks 109:22
  121:21 123:20
follow 45:4
  71:7
follow-up
  103:11 125:18
forbid 122:9
force 8:7
  106:24
forced 120:18
foreground
  95:21
formal 42:18,21
Fort 6:25 7:13,
  21 16:24 17:1,
  6 25:23 30:8,
  11 35:2 40:25
  41:23 42:6
  109:8,23 110:3
  116:6 126:3
found 33:1,4,7
  51:21 113:8,21
  114:6
four-day 67:9

fourth 93:20
fractures 18:14
frame 68:23
frames 78:7
friend 120:24
  121:2,3
front 39:25
  48:17 50:7,16,
  18,19 61:5
  63:22 65:5
  82:2 91:2 93:9
  111:24
frustrating
  107:6 108:13
full 4:18 80:2
fun 23:19
function 19:5
future 103:10
  105:6 110:1


                 G

garage 73:18
gathered 45:7
  46:24
gave 18:1 37:20
  63:1
gear 45:8,14
  46:24 47:4,24
general 73:4
  104:15 108:12
generally 35:15
  74:9
gentleman
  46:19,20 94:16
  95:8,17
gentlemen 42:10
give 17:19
  33:18 44:7
  67:9 104:4
  113:17 122:12,
  18
glasses 33:20
  76:22,24 77:1,
  4,8,14,16,19,
  22,25 78:6
globe 114:1
God 122:9
good 96:6
  105:24 107:15,
  23

Gopro 53:14,17,
  20 54:9 94:14
  95:18 96:8,11,
  13,16
graduate 9:13
graft 103:10
grandfather
  12:8
gray 52:12,23
  54:6 57:12
  61:19 62:2
  63:24 64:2
  65:24 78:23
grayed 76:7
groups 108:1
growing 12:3
guard 8:6
  106:24
guess 5:21
  43:20 57:10
  62:2 81:22
  93:19 96:6
  103:4 118:1
  126:25
guidelines 76:9
gun 14:7 24:10,
  12 25:19 30:8,
  9,16,17,18
  31:2,5,10,12,
  15,18,20,21,22
  32:2,7 34:6,
  11,15 36:18
  37:4,9,23,24
  38:7 40:24
  45:17 48:12,
  16,22 49:23
  50:2,7,19
  51:17,22,25
  53:22,24 54:3,
  16,24 55:20
  56:3 64:12,22
  65:2,10 66:3
  68:4 73:21,24
  74:8 84:8,20,
  21 85:2,3
  86:13,14
  97:20,21 98:4
  101:11 121:17,
  22 122:1,4,8
  126:10
guys 126:16

**H**

**H&r** 5:1 20:7,16
  21:3,9 22:16,
  20 26:1,3,6,
  15,20,24 27:1,
  5,9 28:16
  48:23 49:17,19
  52:19,25 67:13
  82:19 83:2
  85:1,20 87:14,
  16,20 91:6,7,
  13,14,18 93:5
  94:10,14
  95:15,25
  100:1,16,25
  101:7 120:2
**hair** 33:19
**Haley** 10:9 41:4
**half** 119:5
  121:8
**hall** 30:12,19
  31:16,19 35:2,
  11,21,25
  126:3,4,7,13
**halls** 35:9
**hand** 39:9 58:14
  75:22
**hand-loaded**
  75:20
**handed** 112:22
**handgun** 17:18
**handguns** 73:3
**Handi** 22:21
  26:5
**Handi-rifle**
  26:1,3,15
  28:16
**handing** 59:10
  70:17
**handle** 29:23
**handled** 12:19
  33:9
**handling** 12:4,
  13 56:1 93:24
  99:8,18
**handwriting**
  60:15
**handy** 58:12

**happen** 18:5
  38:20 107:9,
  10,23 122:10
**happened** 43:23
  47:1,20 48:4
  54:6 56:20
  57:1 63:2
  67:19,22
  94:22,25
  109:11 119:20,
  22
**hard** 58:13
**head** 18:13
  70:20 78:13,17
  79:2,15 90:4,7
  93:14 107:24
  124:22 125:6,
  10
**heads** 66:5
  124:5
**health** 109:7,
  18,19,23
**hear** 5:6 89:11,
  14,17
**hearing** 96:22
**heavy** 93:21
**heed** 71:8
**height** 33:21
  34:3,4 96:13
**held** 62:23
**helicopters**
  17:11
**hey** 39:8,17
**high** 9:13 11:24
  106:19
**hiking** 105:20
**hired** 60:3,4
**history** 112:3
**hit** 62:11 63:21
  65:15 80:3
  81:3
**hitting** 39:6
**hoc** 30:17
**hold** 83:21
**holding** 59:18
**holiday** 67:8
**holidays** 67:10
**hollow** 56:8
  64:6 65:8,12,
  25 75:4,9
  123:1 124:12

**home** 7:14,22
  27:18,24,25
  28:18 29:1,22
  34:11 45:15
  48:1,5 50:5
  53:5 55:11,12,
  21 67:25 84:6,
  11
**honestly** 97:14
**Hood** 16:25
  17:1,6 25:23
  40:25 41:23
  109:8,23 116:6
**hope** 81:21
**hoping** 67:14
  109:13
**hosp** 63:11 79:6
**hospital** 50:6
  62:24 63:6
  79:14 110:2
**host** 23:2,5
  26:6,11,12
**hot** 38:23
**hours** 51:11
  121:8
**house** 54:18
  66:17 67:12
  83:8
**housekeeping**
  39:10
**hunt** 16:17
**Hurst** 7:3
**hurting** 105:17
**husband's** 41:11
**hypersonic**
  23:21,24 64:21

**I**

**idea** 26:7 63:9,
  15,19
**identified** 46:5
  94:24 122:21
**identify** 30:22
  41:3 46:6
  47:13 54:11
  59:14 121:24
  122:10
**identifying**
  33:19 124:11

**immune** 107:16
**impact** 19:19
  80:8
**important** 5:11
  20:1 71:2
**improperly** 19:5
  38:22
**improperly-
reloaded** 18:17,
  21 20:3 72:3,
  10 76:15
**incident** 5:1,5
  10:13 13:9,12,
  18,21 16:22
  20:6,12,15,18
  21:4 40:24
  42:10,14,22,24
  44:1,2,8,13,
  18,22,25
  45:10,12 46:9,
  12 47:6 48:24
  49:5,7,9 51:9,
  18 52:11 53:21
  56:24 57:6
  61:1,12,15,17,
  23 66:8,18
  68:1,19 69:5
  73:25 77:10,23
  78:1,24 79:1,5
  82:16 88:2
  89:16 90:1,19
  94:15 101:24
  102:8,16,19
  106:18 120:17
**including** 31:3
  45:8,14 47:25
  63:21 65:15
**Independence**
  6:25 7:12,17,
  21 25:20
**indicators**
  85:14
**individual**
  46:24 115:18
  122:11
**individually**
  20:24
**individuals**
  41:4,15 42:3,
  10,13,23 43:1
  73:13 115:25
  116:3 119:10

industry  18:2
ineligible
  118:6
information
  26:2 33:19
  34:13 45:3
  117:19
initial  103:15
initially
  108:18 110:25
injured  43:24
  110:25 119:9
injuries  5:4
  10:17,25 11:2
  102:18 107:13
  119:20,22
injury  11:1
  18:18,22 19:23
  71:9 72:4,11
  76:9 109:6,11
  114:12 115:11,
  22
inquired  38:12
  54:8
inquiries  54:5
inquiry  47:8
inside  19:19
  25:2,3,4,5
  27:13 50:18
  53:24 69:9
  97:19 125:1
inspect  56:4
inspected  28:11
  29:7 80:7
institute  38:25
instructions
  12:3,7,12,15,
  17,24 17:20
  71:4,7
insufficient
  18:25 19:2
intend  23:23
intended  76:24
intending  67:14
intention  10:21
intentionally
  75:23
intentions
  115:19
interactions
  107:20

interested
  22:15 26:1
interior  107:14
internal  88:13
interrogatories
  24:2,8 39:10,
  23 40:19 44:17
  103:24
interrogatory
  40:23 41:3
  45:1,2 104:10,
  12,25
interviewed
  43:20
investigated
  42:10
investigating
  42:14
investigation
  42:18,21
  43:15,16 69:3
investigations
  69:5
involve  111:4
involved  19:16
  42:14 112:3
involving  5:1
  91:6
Iraq  106:16
  110:25 119:9
irritation
  108:11
Irving  11:12
Irwin  42:6
issue  103:1
  111:3
issues  108:24
  110:21,22
  114:13
item  98:5

J

J-O-N-A-T-H-A-N
  4:21
jacket  96:4,5
Jalbert  41:15,
  20 43:6
James  104:6
January  4:3 7:4
  9:21,23 60:20

Jennifer  7:9
  9:17,20 29:25
  45:13 47:24
  48:3
job  8:4
jointly  60:4
Jon  4:4,7,14
Jonathan  4:20
judge  105:22
  106:13
July  6:16
  117:22
jumpy  106:18
June  6:15 8:18
  10:15 119:1
Justice  120:7

K

Kentucky  24:3,
  11
kid  106:11
kids  106:10
kind  31:6 47:21
  76:7 96:5
  108:14 118:8
kinds  123:5
knew  24:12
  47:20 76:14
knowledge  11:3
  17:4 46:22,23
  63:23 68:23
  105:5 123:19,
  22

L

label  59:8
labeled  71:2
  74:23 95:20
  98:24
lack  17:13
land  16:21
large  31:6
  107:22 108:1
larger  36:6
late  33:23
law  69:5
laws  120:7

lawsuit  4:23
lay  58:7
layout  34:25
  35:15
learn  17:19
  42:13
learned  77:3
leave  10:15
  66:17 67:7
leaving  106:24
left  9:3 35:25
  36:2 50:17
  63:1 67:12
  82:17 88:21
  91:21 92:7,10,
  18 93:12,13
  98:11,18,24
  99:4,12 100:16
  106:1,21,25
  107:12 118:21,
  23,25
leg  111:9
lens  77:15
lenses  77:9
  78:7
letter  117:21
letterman  97:11
letters  27:10
  74:20 115:11,
  21
level  106:2,20
levels  111:12
lever  20:23
Lexington  24:11
life  109:10
light  52:12,23
  54:6
Lindberg  41:15
  42:2,5 43:7
list  16:9,11
  42:2,3
listed  103:23
  104:2,12,16
  114:1
live  10:10
  91:22 92:7
  99:12 101:14
  121:4
lives  7:7 121:5
living  10:12

LLC  6:1,5,9
  7:25 8:9
load  19:6,12,
  16,17 20:24
  88:17
loaded  38:24
  54:11 75:22
  85:9,21 88:15,
  23,24 89:8,13
  90:5 123:9
loader  75:23
  76:4
loading  88:6
loads  38:23
  66:14
lobby  35:6
located  24:13
  35:2,12,22
  41:23 48:17
location  24:7
  40:23 47:2
lock  29:16,18
locked  29:8
  68:17
Logan  41:16
  42:6,16 43:10
long  6:9 7:20
  9:6 11:9,16
  16:8 21:10,15
  22:7,10 24:17
  43:17 44:1
  103:19 107:2
  110:14 119:5
  120:12 121:9
longer  63:24
  94:16 105:10
  110:8
looked  26:7
  27:21 28:12
  32:23 38:9
  62:21 92:17
  96:25 97:2
Loop  40:25
loose  51:25
  52:2
lose  107:12
lot  7:15 14:6
  43:24 69:21
  104:17 105:8
  120:25 122:12
lots  75:3 123:1

loud  104:11
  125:22
lower  116:23
lubricant  94:8,
  9 96:22
lumbar  114:2
lying  57:21
  60:12 93:21
  100:24

---

**M**

M16  16:14
M1a  49:14,15,19
  52:20 53:1,3
  57:25 82:19,20
  83:25 84:2,7
  85:18 86:23
  87:1,7,9,12
  91:8 92:16
  96:21,25 97:9
  98:7,17 100:16
M1a's  91:11
M240  16:14
M249  16:14
M4  16:14
M4s  16:15
made  10:19 47:8
  54:5 81:4
magazine  38:1,3
magnitude
  108:21
main  35:18,21,
  23
maintained
  45:21
maintenance
  71:3
major  67:10
  106:14
make  20:25
  28:12 37:13
  58:22 84:22
  88:11 97:22
  110:1 113:15
male  33:10,14
  34:1,5 45:7
  46:4
man  47:16
manage  8:6

manager  6:19
  41:22
manual  69:12,
  14,17,23 70:8,
  14,22 71:1,3,
  6,8,17 72:5
  75:18
Marine  11:15,18
marines  11:24
  12:2,11,16
mark  39:16,17
  40:8 70:13
  80:9 81:22
marked  39:12,
  15,20 40:10
  59:9,15 70:16
  91:3 92:13
  93:3 94:12
  95:6,13,23
  98:15 99:6
  101:12 112:19
  117:9,11
marker  124:16
markings  74:19
marriage  9:24
married  9:17,20
  41:9
material  50:12
Matthew  41:16
  43:11
Meador  4:7 15:6
  45:20 58:10,
  13,19,23 59:2,
  4 60:3,7
  68:16,20
  70:15,20
  100:10 112:20
  113:14 114:22
  125:12,19,23
  126:2,6,8,16,
  23
meaning  21:9
  22:18,19,20
  48:12
means  14:14
  69:17
mechanic  11:8,
  14
mechanisms
  88:13 109:9
medical  10:20
  11:3 45:10,18

47:17 48:13
  49:2,24 50:6
  51:6 53:6 62:9
  63:12 79:6,14
  83:1 84:7,11
  102:15,18
  103:17 104:11,
  13 105:1,2,6
  111:16,24,25
  112:3 113:5
  115:1 116:3
medically
  10:17,18,24
  11:4 111:17
  119:7
medication
  43:24
medium  33:20,22
medium-sized
  36:6
meet  77:17,20
  78:10 104:21
  118:7
meeting  67:4
mental  109:3,22
mention  116:22
mentioned  41:1,
  13,14 96:10
  103:3 105:8
  108:25 122:24
Merritt  104:6
mess  105:23
met  42:16 77:22
  109:5,7
metal  62:25
  79:13
Mexico  16:21
Michael  41:15,
  20 43:6
mid-sized  31:8
mil  77:17,20,22
  78:10
miles  25:24
  110:16
military  12:2,
  16,24 41:19,21
  111:1 112:7
  113:23 114:7
  115:7 120:5,7
Military-issued
  94:8

millimeter
  13:20,22 14:18
  17:18 32:8
mind  22:24
minutes  38:19
  50:23 83:20
misheard  48:20
missing  53:8
  54:10 65:25
  96:10,12 97:13
misunderstood
  118:8
Mitch  39:8,17
  70:13 81:21
  112:17 113:10
  114:19 117:7
  125:17
Mitchell  4:8
mixing  72:2
model  22:20,21
moment  82:9
money  73:8 75:2
month  21:17
  25:13 103:12
  109:6,18
  116:17 118:11
  120:22
month's  25:17
months  6:10
  7:11,25 8:8,
  10,12 120:19
morning  52:16
  66:18,20
  67:12,20 76:20
  82:18 83:10
  84:24 85:2
  86:5
mountain  105:20
  110:9
mounted  28:14,
  19
mounts  54:9
move  7:10 20:23
  80:22
moved  45:7,16
  46:24 47:4
  48:12 49:22
  50:1,2 62:15
  80:10 92:20
moving  70:20

multiple  35:6,
  13 114:20
museum  126:1
museums  35:3

---

**N**

names  4:5 74:20
  122:22
nature  27:10
  115:11,22
needed  88:17
  102:5 115:12,
  20 118:19
Negative  25:21
nervous  106:4
  107:8
Nolanville
  25:22 48:10
  121:7,12
Northern  6:12
Nos  95:13 99:6
notice  66:7
  78:13,16 79:2,
  24 113:10
noticed  13:7
  49:11 57:9,15
  113:18 117:13
  125:9
November  5:2
  8:21 10:13
  13:12 16:10
  20:7 49:8
  118:25
number  57:16
  58:6,23 60:16,
  19 81:25 91:25
  98:22 113:12
  114:14 119:8,
  10 124:18,24
numbers  82:2
  124:15
nylon  50:11

---

**O**

Oakley  78:7
Oakleys  78:8
oath  5:10,11
Objection  15:6
  125:12

obstructing
  88:12
obtain  37:20
  77:25 78:1
  115:14 118:15
obtained  23:10
  36:25 69:8
  71:11 78:3
obtaining  22:16
  28:15 69:23
Oc  104:6
occasions  74:8
occur  16:22
  49:9 104:20
occurred  5:1
  42:19 44:25
  46:9 66:15
  119:20
Ocular  104:6
Oculoplastic
  104:7
off-base  45:15
  47:25 48:5
off-road  110:13
office  42:17
officer  42:16
  43:7
officers  47:13
official  8:19
officially  8:18
older  81:10
omitted  14:19
online  24:4,15
  26:14,23
open  20:24
  28:20,25 85:3,
  8 86:2 88:17,
  21 89:6
opened  53:22
  88:7
operating  71:3
operation  70:10
  71:5
opinion  103:16
opposed  8:13
  91:8
orally  116:8,9
orange  64:5
  65:7
order  81:22

ordered  23:14
  24:15
organization
  41:21
overcome  108:15
overseas  11:19
  106:15 109:16
overweight  34:5
owned  17:4
  21:15 24:18
  28:16 69:21
owner  21:13
owner's  69:12,
  14,23 70:8,14,
  22 75:18
owners  73:17
ownership  25:14

---

**P**

p.m.  49:10 51:1
  66:25 82:12
  126:21
Pacific  11:22
packaged  74:16,
  18 75:16
packages  74:25
packaging  74:20
  75:11
pages  114:20
paid  32:18
pain  111:8
paper  26:14
  80:9,22 93:17
paperwork  23:12
paragraph  71:2,
  10,25 72:15
  75:19,21
  113:7,21
parameters  18:1
part  17:1 60:11
  73:9 98:18
  109:17 111:3
  114:16,24
parts  69:17
  96:11
passageway
  35:24
past  8:8 73:1
pay  25:8,11
  32:17 36:14

38:5
**Pearson** 121:3
**PEB** 113:23
114:6
**people** 14:7
34:18 42:20
86:6,9,10,11
89:4 104:17
107:20 108:1,6
119:8 122:20
123:10
**perceived** 79:18
**perception**
105:16
**Perfect** 126:25
**perfectly**
117:14
**period** 6:14
27:20
**permanent**
124:16
**permanently**
119:12
**person** 30:25
33:9 39:1 43:3
108:14,16
121:24
**personal** 18:18
19:23 67:17,
22,23 71:9
72:4,11 82:22
117:19 120:3,6
**personally**
68:20
**personnel** 86:3
**perspective**
122:15
**phone** 27:9
**photo** 81:25
91:5,17 92:6,
8,15 93:5
94:13,14 95:7,
15,25 96:2
98:6,7,11,16,
19,21 100:2
101:12
**photographs**
91:1
**photos** 52:9
81:23
**phrase** 13:3
20:22 123:1

**physical** 18:13
24:7 67:3 98:5
108:21 110:21
113:5,7,21,24
115:5
**physically**
24:13 112:7
113:22
**physician**
115:16
**physiological**
107:5
**picked** 95:18
**picks** 46:21
**picture** 94:16
99:23
**piece** 15:21
**pink** 60:24
61:10 63:22
65:5
**pink-in-color**
59:18
**pistol** 13:10,14
14:20 15:5
**place** 41:1
44:24 119:24
**places** 108:1
117:16,19
**plaintiff**
45:16,19 48:11
**plaintiff's**
45:8,9,12,13,
15,19
**planned** 23:2
**plans** 103:4
121:13
**plastic** 25:2
52:12 54:6
55:9 57:12
59:11 61:10,19
64:3 65:24
83:5 84:16
86:17
**play** 106:9,10
**pocket** 50:18,19
51:21,24 52:3
61:11 68:4
97:19
**point** 27:12,13
28:22 48:7
63:7,18 64:6
65:12,25 75:4,

8,9 80:10
86:21 124:12
**Pointer** 48:7,8,
18 54:21
**pointing** 91:23
93:12,13
108:6,9
**points** 56:8
65:8 123:1
**polymer** 64:5
65:6,8,11,17,
18 75:8 122:25
124:1
**portions** 114:25
**position** 7:24
8:12 24:18
**possession**
45:19,20 62:24
68:19
**possibility**
18:23 39:5
92:4 107:11,12
**post** 114:1
**powder** 14:7
**Powell** 45:22,24
**practice** 69:20,
22 72:21 85:7
93:23
**preexisting**
119:21
**prefaced** 77:2
**premarked** 39:18
58:18
**prepare** 44:7
**prepared** 43:13
44:9,12
**present** 84:10
**presented** 123:4
**presenter** 30:19
**press** 15:20
**pressure** 20:4
**pressures** 38:24
**presume** 12:11
27:20 82:24
**pretty** 82:15
105:21 122:14
**previously** 70:5
**primer** 14:3
15:15
**printing** 59:4

**prior** 6:11 7:17
23:11 24:18
49:19 67:11
77:23 81:6
88:11 114:14
**problem** 112:13
**problems** 105:16
106:17,22
107:5 108:12
109:15,16
111:2
**process** 14:2
102:21 115:4
**processed** 33:16
**processes**
109:10
**produce** 26:6
**produced** 49:12,
13 70:14,19,23
82:21 113:1,11
117:1
**professionally**
74:16 75:16
**prohibition**
67:16
**projectile**
19:3,10 39:6
**projectiles**
64:9,12
**pronouncing**
41:5
**propellant** 14:6
15:15 18:6,7
19:1,3
**properly** 12:19,
20,21,22
73:11,12
**property** 71:8
**prosthesis**
102:21
**prosthetic**
103:1 108:4
**protection**
96:22
**protruding** 62:6
**provide** 6:7
28:6
**provided** 60:2,6
**providers** 62:10
104:12,14

psychiatrists 109:2,21
psychologists 109:2,21
public 16:21
pull 58:7 62:18
pulled 56:25 62:12 102:11
pulling 62:21
purchase 26:8 32:15 36:22 38:10 64:21 122:11,19
purchased 24:2, 4 31:21,22,25 32:1,7,11,16 34:7 36:12,17, 19 37:4 38:21 56:17 64:1,3, 22 65:10 66:2, 13 73:19,20 74:7 122:4,7
purchaser 33:8
purchasing 37:10,14 73:24 74:3
purpose 81:9
pursue 106:7
put 14:3,6,10 28:14,19 29:7 44:10 54:24 55:8,13,21,24 56:23 57:12 58:5,16,25 61:18 64:2 66:4 68:2,4,8 78:23 79:12 82:2 83:12,16, 24 84:15,16,18 85:2 87:3,13, 24,25 88:22, 23,25 90:14,24 93:24 101:1,4 103:1 120:12

**Q**

quality 123:23, 24
question 5:5,7 32:4 35:10 38:19 100:10,

18 102:20 118:1 125:21
questions 4:25 5:3,20 13:8 21:8 40:19 70:25 103:2 126:23
quickly 91:1
quiet 23:18

**R**

radar 114:11
radiates 111:9
railroad 6:13, 18,20,21 106:21,25 109:15
range 16:23,24 17:3 23:19 29:9 37:3 40:24 45:7,9 46:4 47:12 52:16 55:22 56:12,17 61:15 80:6 83:2 84:2 85:16,24 86:2, 5,7,9 88:4,8 89:2,4,5 94:21 95:3 96:17,20 106:5 120:18
ranges 17:6,9 67:17
rank 9:3 105:25
rate 105:25
rated 78:8,9
rates 112:5
RCBS 15:20
reach 62:17,19
reactions 106:19
read 17:20,21 26:14 44:20 45:4,6 69:14, 18 70:9,10 71:6,10,20 72:5,18 75:25 76:10 104:11 113:12 114:4
reading 44:21, 23 74:22 119:14

reads 71:2
ready 88:11
realm 92:4
reason 5:17 73:7,9 76:19 122:7
reasons 106:21 114:8
reassembled 13:6
recall 5:23 26:18 32:13 37:22 58:6 70:9 97:11 115:17
receipt 32:19, 24 33:5,7
receive 12:6, 17,23 18:3,5
received 5:4 12:3,12,16 18:9 21:19 28:1 102:16,18
receiver 18:15 39:1
receiving 116:11,13,18 118:3,5
recently 91:11
recognize 43:3 94:17
recoil 101:17, 19 102:1
recollection 34:9 101:20 102:9
recommendation 115:12
recommendations 75:24 76:4
recommended 103:7
reconvene 50:23
record 4:2,6 7:22 45:7 50:24 51:2 81:15 82:8,11 113:12 125:16, 23 126:15,19
recorded 43:22 81:7 87:6 93:7

recording 46:8 53:14 57:4
records 47:14 54:13
recovered 63:7
rectangular 35:16,17
red 64:5 65:7,8
redact 113:14
reduce 107:4
refer 14:7 40:23 60:19 117:1
referrals 104:22
referred 22:21 24:10 98:4 111:15 113:25
referring 10:25 24:25 97:20 110:5 113:24 119:18 124:11
refers 114:16 117:22
regard 12:15,17 14:17 17:17 18:10 19:25 26:3,15 33:18 46:3 57:9 62:4 65:14 68:2 78:12,20,21 79:1 81:1 82:16 101:24 102:15 103:3 108:24 110:4 121:16 122:19 124:24
regular 30:16 76:23
regularly 30:1
regulation 114:25 115:2
reject 107:15
release 67:10
released 51:11, 14 67:4,6
reload 13:19,24 15:1,5,24 18:4,17,21,24 73:7
reloaded 12:25 13:3,13,21

14:18,21,24
15:14 17:25
19:1 37:17,18
38:22 72:16,
22,24 73:2,5,
10,12 74:3
75:22 76:3
123:23 125:8
**reloading**
13:10,15,18
14:2,19 15:4,
18,21,22 17:17
19:25 20:2
72:13 75:19
**reloads** 37:11,
14 38:21 66:14
**remained** 29:8
45:18 68:14
**remember** 31:20
33:13 34:12,
14,16 36:1
40:18 43:3,23
44:6,14,21,23
49:6 54:1
55:3,6 59:21
60:22 62:19,20
63:2 68:6
74:12,17,19,
22,23 75:14
78:3 83:18
87:11 88:16,21
92:18 97:15
98:13 101:22
115:24 116:1,
2,5 122:23
123:14
**Remington** 4:9,
11,23 27:5,9
**remove** 58:4
68:3 124:1
**removed** 27:13,
14 56:23 61:10
62:9 79:4,12
85:1 87:14,16
90:13,23
**removing** 93:6
**repair** 6:20
103:8,10
**repeat** 5:7
**rephrase** 5:7
**report** 43:8,13,
16,18,23

**reviewed** 43:8
91:10
**reviewing** 40:18
43:7
**revolvers** 16:15
**ride** 62:24
110:12,13
**rifle** 5:1 14:21
15:1,4,9,14
16:8 20:8,13
21:3,5,6,9,11
22:2,16,17,18,
20,21 23:10,
17,24 24:3,18,
19,22 25:5,9,
15,18 26:8,21
27:13,14 28:1,
4,7,9,13,14,15
29:6,7,11,23
30:5,15 45:8,
14,16,18,22,24
46:2,9,21
47:5,25 48:12,
23 49:22,25
50:4,8,10
51:16,22
52:19,20 53:25
56:25 57:3,4,
7,12 58:3,14,
20 61:8,11
67:23 68:1,14,
20,21,24 69:8
70:3,22 71:11
76:19 79:20
82:19,22 84:4
85:1,4,13,15,
16,19,20
87:13,14,16,
20,23,24 88:3,
7,14 89:9,20,
21 90:6,14
91:6,14 94:10
101:8,10
120:2,3
**rifles** 20:19
64:7 84:12
85:13,25 86:15
98:2
**right-hand** 96:1
**ring** 24:11
**road** 6:25 7:13,
17,21 40:25
105:21

**reviewed** 43:8
91:10
**reviewing** 40:18
43:7

**reported** 67:20
**reporter** 4:12
97:2,7 113:17
117:16
**represent** 4:23
59:25 91:5
**represented**
60:5
**request** 116:7
**required** 15:12
118:7
**Requires** 72:13
75:19
**research** 26:2
**reserve** 126:23
**reside** 6:24
7:12
**residence** 7:2,
20 52:16 82:17
83:9
**residential**
7:16
**respects** 15:5
**responses**
116:22 118:9
**responsibilities**
8:5
**rest** 57:20
**restrict** 105:15
**restricted**
105:18,21
**restroom** 5:17
**result** 18:18,22
19:23 43:13
76:9 102:16
**retire** 10:19
**retired** 8:18
10:17,18,24
111:17,21
119:7
**retirement**
110:19 116:11,
13,16,23 117:2
118:2,6,14
**retiring** 11:4
**revealed** 77:13
**review** 10:20
11:3 43:9
69:22 111:16,
24 112:2,6

**roadmaster** 6:19
**Roadway** 11:12
**Robert** 4:7
45:20
**Rod** 40:24
**Rogers** 126:13
**room** 50:2
126:17
**round** 20:24
39:4,5 56:23,
24 57:3,6,10
58:3 61:18
62:4 65:15
79:1,2,4,15
80:3,5,7,23
81:1,3,5 88:6,
15,18 89:8,14,
16,25 90:1,12,
16,19 93:6,12,
13,15,20
101:1,17,18,
20,24,25
102:1,7,8
**rounds** 19:19
23:21 24:22
32:14 36:11,
15,22,25 37:3,
4,11,14 52:3,6
54:15 55:12,
13,24 56:11,
13,14,16,21
57:16,17,21,24
58:4 59:19
60:1 61:3,4,7,
8,9,10,14,17,
23 64:2,4,21,
22 65:2,3,10,
14,16,18 66:5
68:3,13 78:12,
14,17,20,22
79:17,24
80:12,17
83:13,17,21,25
90:5,24 91:22
92:3,7,9 93:9,
23 94:2 98:12
99:12,13,15
102:2,9 123:22
124:2 125:5,9
**routine** 30:18
**rows** 92:10,11
**rub** 108:4,11

rule 89:5
running 105:16, 19
ruptured 114:1

---

S

S-A-M-U-E-L 4:20
s-n-a-k-e 97:6
S-O-C 6:4
sack 34:15
sacral 114:2
safe 12:4,18 25:19 28:14 29:6,8,9,11, 14,16,18,20 45:17 48:13, 16,22 49:23 50:3,7 51:5,17 52:7 54:25 68:9,17,21,24 71:5 85:2
safety 41:21 47:13 71:18
sale 73:18
Samuel 4:20 113:8,22
Santa 6:12,17
school 9:13 11:25
sciatica 111:4, 6 114:4
scope 28:13,20 29:7 79:20,21 80:3 81:3 97:12 108:20
scrambled 102:14
sealed 24:23 25:2,4
searched 33:6
seconds 79:5
secretive 59:24
section 71:17 72:13 76:7 117:18
sections 71:1
security 6:7 8:2 113:11

seek 115:5,9
seeking 26:2
segments 96:15
self-conscious 108:10
self-teach 17:20
seller 30:22
selling 31:2,3
sensation 89:19,24
sentence 72:1, 14,16,18 75:21 76:8
separate 41:24 52:21,22 68:12 83:5
separately 40:6
separation 18:13 103:7
sergeant 8:25 9:5,6
service 8:22 9:3 21:23 112:8 113:23 114:7 115:7 116:24 118:7, 15,21,23,25 119:23
service-connected 119:13,19 120:4
set 89:5
severe 76:10
severely 105:15 106:18
shadows 105:22
shape 35:16
sheer 119:8
shelf 55:1,7,10
shell 20:3 124:18
shirts 122:21, 22
shoot 16:2,7,16 106:2
shooter 105:24
shooter's 18:22
shooting 16:4, 6,20,22 17:3

29:25 45:7,8, 14 46:4,8,20, 24 47:4,24 53:3 57:4 73:8 76:20,24,25 77:3,8,14,16, 19,22 78:5 80:1,2 82:20 86:20 87:7,17 90:23 91:13,14 92:21 97:18,19 98:17,22 101:7 105:9 120:16, 21
shoots 64:9
shop 24:6,7,10, 12
short 39:11 50:22 125:18
shortly 106:23
shot 20:23 49:16 63:21 88:3
shotguns 16:16
show 30:8,9,16, 17 31:2,6,21, 23 32:2 34:6, 11,15 36:18 37:5,9,24 38:7 54:16 55:20 56:3 62:18 64:12,15,23 65:2,11 66:3 73:21,24 112:17 117:7 121:17 122:5 126:11
showed 34:21 64:13
shown 62:14
shows 30:18 31:10,12,15, 18,21,23 32:7 74:8 91:14 95:18,25 98:21 121:23 122:1,8
side 36:1,2,3 59:5 70:20 91:15,21,24 92:18 96:1 98:19,24 99:24 106:1

sight 97:12
sighting 76:19
sign 100:2
signature 40:4, 15
signed 44:17
significance 64:4,7
significant 106:6
silhouette 80:2,4
similar 15:4
single 20:23
single-barrel 70:3
single-shot 20:7,19 21:6
single-stage 15:20
sir 5:9,13,19, 24 6:11,14,22 7:1,6,19,25 8:3,17,22,23 9:15,19,25 10:2,7,11,14, 20,23 11:5,20 12:1,3,5,10,14 13:1,11,23 14:1,5,9,12, 16,25 15:3,17, 23 16:3,9,18 17:2,5,8 18:8 19:7,13,22,24 20:5,9,11,14, 17,20 21:2,12, 14,22,24 22:1, 23 23:8,12,15, 22,25 24:16, 20,23 25:7,16 26:22,25 27:3, 7,11,16,17,23 28:2,5,8,17, 21,24 29:12,24 30:6,24 31:11, 14,17,24 32:10,20,22,25 33:3,25 34:8, 24 35:14,17,19 36:10,13,20,23 37:1,6,8,12, 15,19 38:4,14

40:3,16,20
41:2,6,8,10,
17,20,24
42:12,25
43:14,19 44:19
46:7,11,13,16
47:7,10 48:15,
19,25 49:18,21
50:9,14,20
51:19,23 52:8,
14,17,21,24
53:2,4,13,16,
19 54:4,8,20,
23 55:5,8,15,
18,23,25 56:5,
10,18 57:2,5,
14,23 59:16
60:8,13,18
61:6,13,16,21,
25 62:3,8,11
63:5,13,16,18,
25 64:20 65:9,
20,23 66:1,6,
11 67:1,15,18,
24 68:10,17,
22,25 69:7,11,
13,15,19,25
70:4,7,24
71:12,15,19,22
72:7,12,17,20
74:11 75:10,17
76:1,6,12,17,
21 77:5,12,18,
21,24 78:11,
15,19,25 79:3,
7,16,19,20
80:20,25 81:8,
14,17 82:23
83:3,7,11,15
84:1,9,13,21,
25 85:5,22
86:1,4,8,16,
19,22,24 87:2,
5,8,15,18,22,
25 88:5,9,19
89:7,10,12,15,
18,22 90:2,15,
18,22,25 91:5,
9,12,16 92:12,
19 93:11,16
94:1,4,11,18,
23 95:1,4,10,
22 97:1 98:8,
14,20,23 99:2,

5,10,14,20
100:5,12,22
101:16,21
102:6 103:6,25
104:4,16
105:4,7 108:23
109:5 110:6,23
111:5,7,10,14,
18,20 113:3
114:5,9 115:3,
8 117:25
118:12 119:3,
15 120:15
121:19 122:3,6
123:7,11,18,
21,25 124:4,
14,17,20 125:4
**site** 103:9
**sitting** 4:24
47:3 55:6
63:14
**situation**
108:12
**situations**
107:25
**size** 31:5 36:4
**sizes** 56:9
**skin** 103:9
**slash** 123:10
**slight** 33:20
107:11
**Slightly** 8:10
**slots** 92:11
**small** 17:10
18:2 38:25
**smaller** 31:6
36:5
**Smith** 41:18
42:2 43:2,5
**Smith's** 43:8
**snake** 96:25
97:4,5,10
**Sneeze** 81:18
**SOC** 6:1,5,9
7:25 8:9
**social** 113:11
117:14
**soft** 50:11,13
51:21 53:24
61:11
**sold** 31:1

121:21
**soldier** 17:15
21:20 115:4,6
**solely** 111:22
112:11 119:13
**solid** 5:11
**sort** 30:17
79:25 93:12,13
**sound** 83:22
102:7
**source** 12:6
36:25 37:17
**sources** 12:6
**speak** 42:21
126:17
**speaking** 36:4
60:8
**speaks** 119:18
**spec** 77:20,23
78:10
**specialist**
103:6
**specific** 8:4
26:13,18 95:3
**specifically**
36:8 60:8
64:11 123:2
**specifics** 74:13
**specs** 77:17
**speculate** 5:21
96:3
**speculation**
15:6 125:12
**speed** 18:4
**spell** 4:19 6:3
**spend** 8:13
**spent** 56:23
57:11 61:19,22
78:22 90:13,20
91:25 92:2,3,4
99:12 101:2,4
**spoke** 43:6 44:5
47:12 115:16
**spoken** 28:15
43:20 44:2
**Sportsman's**
16:24 40:24
**spot** 98:22
**spotting** 79:21
**squadron** 42:17

**squib** 19:6,12,
16,17 39:4
**SSD** 113:8,22
**staff** 9:5,6
67:4
**stamp** 78:13,17
79:2,15 90:4,8
124:25
**stamps** 124:22
125:6,10
**stand** 119:10
**standards**
114:17 115:1
**stands** 104:16
**start** 8:19
13:15,24
**started** 13:18
15:22 18:16,
20,24 57:4,24
58:2 90:23
**starting** 67:11
107:4 109:5
**state** 4:5,18
6:6 8:6 105:25
**statement** 44:8,
13 48:14 55:4
73:16
**statements**
44:17
**States** 6:23
8:14,16 11:15
**status** 114:1
**stayed** 29:11
55:21
**step** 126:16
**steps** 14:19
15:8,10
**Steve** 4:22
**Steven** 4:10
**sticker** 58:16
**stockyard** 35:3
**storage** 85:7
**store** 25:18
52:17 122:11
**store's** 122:13
**stored** 12:19,
22,23
**storefront**
73:17
**straight** 35:24

street   48:7,8,
  18 54:22
  110:12
stress   18:14
  106:20
strike   44:20
  48:21 81:4
struck   62:5
  101:25
struggling
  108:16
stuff   54:11
subject   120:6
subject-matter
  122:17
submit   116:7
Subparagraph
  45:5
subsonic   23:21,
  23 34:20 36:8,
  12 38:17
  64:17,19,24
  65:3 74:22
  123:6
successfully
  114:14
suggest   125:6
sunglasses
  76:23
superiors   21:19
supervisor
  22:3,7
suppressor
  23:3,5,7,9,10,
  16 26:6,10
  64:25
surgeon   103:13,
  14,20,21
  104:22
surgeries
  111:13
surgery   47:19
  51:8,10 102:24
  103:4 104:19
surgical   62:25
surprised   92:20
  102:4
surroundings
  108:2
suture   103:9

swear   4:13
switch   106:1
sworn   4:15
system   107:16

_____

T

table   57:18,19,
  20,21 58:5
  60:12 87:4,18,
  19 90:24 93:8,
  21,24 100:24
  101:11
tac   89:23
tactile   89:19,
  23
takes   103:19
  106:5,6
taking   85:6
talk   13:17
  42:24 104:7
  125:17
talked   41:14
  43:4 44:2 69:4
  110:19 121:15
  122:24
talking   22:4
  44:8 57:25
  58:1 63:10
  73:25 104:15,
  22
tape   95:16
target   79:25
  80:7,8,10
  81:2,3
targets   88:22,
  23 89:1,5
Tarrant   9:11
technical   7:14
telephone   27:6
ten   9:7 32:3
  65:13 71:17,20
term   19:6 20:21
  78:9
testified   4:15
testifying   5:12
testimony
  101:3,13
  114:10
Texas   7:3 9:12,
  16 11:12 24:5

25:22 40:25
  104:8 121:5
Thanksgiving
  67:5,7,8
therapist
  109:20
therapists
  109:1
thing   117:4
  125:25
things   31:3
  34:15 92:20
  96:17,19
  106:7,15,19
  107:17 108:4,
  15 109:13
  118:3
thought   23:19
  26:7 28:13
  78:5 106:25
throw   39:21
  106:9
thrown   53:22
time   5:5,14
  6:14 8:9,12,15
  10:12 13:5,18
  16:4,6 17:4,7,
  12 18:16,20,24
  19:14 20:6,12
  21:4,5,10 22:9
  23:9 25:17
  27:20,24 28:1,
  10 29:5,13
  36:21 37:3,10,
  13 38:18
  43:17,25 45:25
  46:9,16 47:21
  48:23 49:9
  51:11 55:19,20
  63:18 64:1,2
  66:2,7,8,17,
  21,24 67:21,22
  68:15,18,19,
  20,23 76:14,
  23,25 77:2
  78:4 79:11,12
  82:15 85:12
  86:12,18 88:7
  89:3 90:3,19
  96:16 98:10
  102:17 103:1,
  19 104:1,23
  106:6 107:2,9

109:12 116:1,2
  118:15,18
  119:6,21,25
  120:3,6,12,13
  121:1,17,23
  122:10 123:15,
  16 126:24
timeline   44:24
times   28:25
  29:2,3,4 30:1
  31:25 32:3
  46:14 73:21,23
  76:14 89:20
tip   64:5 65:7,
  8,11,18 75:3
  122:25 124:1
tips   56:7 65:17
tissue   103:8
title   115:17
titled   118:11
today   4:25
  5:11,20 8:24
  46:2 47:3
  58:11 61:24
  63:14
Today's   4:3
told   22:13,15
  39:2 47:18
  48:3 54:15
  55:2 66:12
  72:9 90:3
  94:24 115:20
top   42:2 57:17
  117:18
total   105:1
totally   119:12
touch   68:22
touched   40:22
town   120:25
  122:11
toy   23:19
Toyota   47:22
track   121:21
transaction
  33:9,17
transferred
  45:19,22 68:19
transport   83:2
  84:2 85:3
  97:17

transported
  47:2
traveled  7:14
traveling
  120:25
tray  63:1 79:13
treated  111:1
treatment
  102:15,18
trees  105:23
trial  126:24
trigger  56:25
  102:12
tripod  96:8
trips  110:15
Troy  9:11
truck  45:9,10,
  13 46:25 47:5,
  17,19,21,24
  49:25 50:2
  84:17,18
  86:14,18
true  70:1
turned  34:10
  60:23 68:15
  75:2 99:8
  117:15
turns  108:5
two-page  114:19
type  6:5 12:17
  18:6 26:2
  50:10 67:7
  70:2,6 73:13
  108:12 110:7
  122:21 123:23
types  13:19
  15:18 18:9,12
  32:4 64:12,13,
  14,15 123:3
typical  89:5
typically  111:8

U

U.S.  8:2,19 9:4
  42:11,15 113:6
unable  47:14
  121:25
underloaded
  39:3

underneath
  87:18,19
underpressure
  19:9
understand  5:6,
  7,10 13:2
  18:16,20 20:1
  23:20 38:20
  46:1 51:7 62:1
  71:6 72:8
  102:13 108:20
  111:6 114:23
  117:23
understanding
  13:3 18:25
  19:15 20:22
  24:1,14,21
  36:11 43:12
  47:16,23 64:18
  65:1 76:2
  104:19 111:21
  114:6 117:2,24
  118:13 119:16,
  17 123:8
understood
  18:23 39:3
  58:21 72:9
  97:22
undertaken  26:3
undertaking
  105:10
unfired  65:18
unfit  112:7
  113:22 114:7
unfitting
  113:25 115:6
unfortunate
  108:3
uniform  120:6
  122:21
unit  67:3
United  6:23
  8:16 11:15
University  9:11
unsure  74:5
upcoming  102:23
  103:4
upper  96:1
user  71:5 76:16

V

VA  103:12,14,
  16,17,20
  109:18,25
  110:2 116:13,
  16,19 117:22
  118:10 119:17
verification
  40:12
video  46:8,12
  49:15,16,17
  55:17 56:22
  57:4,9,11,15
  62:14,15,16
  78:21 79:21
  81:7,15,23
  82:21 87:6
  90:9,11,13
  91:6,7,8,10,
  13,14,18
  92:16,17 93:5
  94:14 95:15,25
  98:7,11,12
  100:1,16,17
  101:1,18,19
videos  17:21,23
  26:17,19 49:13
  81:13 83:19
  100:8,11,13,
  15,19,20
view  95:8
Virginia  6:2
vision  105:23
visually  56:3

W

Wagenen  41:16
Wagener  43:11
waited  80:6
waiting  23:12
waiver  115:5,9,
  15 116:8
walked  86:20
walking  108:5
wanted  22:5
  25:25 68:12
  84:22 126:14

warned  37:16
  38:23
warning  37:21
warnings  17:24
  18:1,3,5,9
  71:8
wars  107:7
waste  80:11
watch  81:11
watched  17:21,
  23 26:17
  46:12,18 56:22
  100:15
watching  92:16
water  5:16
ways  41:24
weapon  19:5,18
  26:6 70:11
weapons  84:5
wearing  76:22
  78:1 122:20
website  26:20,
  24 27:2
week  46:17
weekends  67:9
weeks  16:5
  22:12 44:3
weight  34:3
Western  11:22
whatsoever
  74:19
white  34:5
wife  7:9 29:25
  45:13 47:23
  50:1
William  41:15
withdraw  32:5
word  17:13,23
  26:10
wore  33:20
work  7:15 58:8
worked  6:12
  11:8
working  41:21
  106:22
Worth  6:25
  7:13,21 30:8,
  11 31:9 35:2
  110:3 121:6,11
  126:3

**wrap** 82:15
  121:15
**write** 115:13
**writing** 60:11,
  14 115:23
  116:7
**written** 13:7,8
  17:23 40:18,19
  43:12,16 44:7,
  12
**wrong** 9:22 13:9
  18:6 68:8 72:2
  103:23 108:9

---

**Y**

---

**yards** 80:6,11,
  12,13,24 81:2
**year** 9:13 22:8
  119:4
**years** 9:7
  11:10,14,17
  32:3 106:15
  112:13 114:14
  116:24 118:7,
  20
**Youtube** 26:17

---

**Z**

---

**zeroing** 64:25
**zippered** 50:13,
  20 51:22 61:11
**zones** 106:16