# EXHIBIT 5

# Steven Danekas

| | |
|---|---|
| **From:** | Steven Danekas |
| **Sent:** | Friday, February 8, 2019 7:32 PM |
| **To:** | Robert Meador |
| **Cc:** | Mitchell Chaney (mchaney@mcginnislaw.com) |
| **Subject:** | Batts |
| **Attachments:** | Army Game Warden Report.pdf |

Bob:

We received a report from the Army pursuant to a FOIA request. Accordingly, pursuant to Rule 26(e), Remington supplements its discovery responses by providing the attached report to you.

Steve

*Steven E. Danekas*
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
Phone: 312.923.8273
Fax: 312.321.3973
Email: sdanekas@smbtrials.com

DISCLAIMER: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Swanson, Martin & Bell, LLP.

| ALERTS Narrative | Name: RIOS, DONNA MARIA | Installation: Fort Hood, TX |
|---|---|---|
| File >>  Other Reports >>  Case Action >>  Logout | | Last Logon: 2015/11/27 1336<br>Last Logon Unit: Fort Hood, TX |

Case | CAS | Case Relationships | Contingency Funds | IP | Contracts | Case Users | Narrative | Case History

Case Number: 04432-2015-MPC034                                                                 UPDATE

### Narrative

#### Case Synopsis

Templates: [ ▼ ] [Full Narrative]  ☐ Enclosures Listed in Narrative

On 20151118 at 1245, Patrol 700 (Langford) responded to PK Sportsman Range for an injured soldier. Contact was made with SSG Batts who stated while firing his privately owned firearm, the round did not fire, when the breech was opened the round fired, causing the casing to strike him in the right eye. SSG Batts was transported to CRDAMC where he was treated by Dr Igeboeli for a penetrating injury to the right eye and released. This is a final report.

#### Additional Information

Templates: [ ▼ ] [Full Narrative]

#### Enclosures

**Attached Enclosure**

| Number | Enclosure | Action |
|---|---|---|
| 1 | Investigator's Statement (FHT Form 2827) Langford | Delete |
| 2 | (b) (6), (b) (7)(A) | Delete |

[Add]

**Non-Attached Enclosure**

| Number | Non-Attached Enclosure | Action |
|---|---|---|

[Add]

Name: TONYA C. RANDALL
Grade: GS-07
Title: POLICE SERVICES TECH

[OK] [Cancel] [Apply]

For Official Use Only - Law Enforcement Sensitive
Accessibility/Section 508

\* Indicates a required field.
\*\* Indicates a mandatory field.

| INVESTIGATOR'S STATEMENT | | MPR NUMBER 0 4 4 3 2 - 2 0 1 5 |
|---|---|---|
| | PAGE 1 OF 1 PAGES | 04 4 3 2 15 |

On 20151118 at approx. 1245 hours Game Warden Patrol 700 (Langford) was dispatched to PK Sportsmens Range, South Range Road for an injured Soldier. Upon arrival I met with the victim (SSG Batts, Samuel) HHT 6/9 CAV, 1CD who verbally related while firing his privately owned H & R 300 AAC Blackout single shot rifle SN# CBA475116, the round initially did not exit the barrel. The breach opened the round fired and SSG Batts was struck in the right eye with the bullet casing resulting in injury to the right eye. I was unable to obtain a written statement from SSG Batts due to injury and follow-on medical treatment. SSG Batts was transported by EMS to CRDAMC where he was treated for an injury to his right eye by Dr. Igeboeli and later released. A witness statement was obtained from Mr. Mayfield, Chadrick a range support operations (Katmai) employee who witnessed the incident. GW 700 (Langford), Inspected the firearm involved in the incident on 20151118 and noted no obvious signs of damage or malfunction of the firearm. I advised SSG Batts to have the firearm inspected by a gunsmith prior to any further use of said firearm. On 2015119 at approximately 0730 GW 700 (Langford) conducted a follow-up telephonic conversation with the witness (Mayfield, Chadrick) who informed me that he had forgotten to include in his statement dated 20151118 that prior to this incident occurring SSG Batts had used a clearing rod to push a previously lodged round from the barrel on said rifle. ///// END OF STATEMENT////////////////////////////

| INVESTIGATOR'S TYPED NAME & CREDENTIAL NO. AL LANGFORD, L-2365 Chief, Game Warden, FT Hood, TX 76544 | INVESTIGATOR'S TYPED NAME & CREDENTIAL NO. | |
|---|---|---|
| SIGNATURE | Date 19 Nov 2015 | EXHIBIT |

FHT FORM 2827
1 JAN 84

FOR OFFICIAL USE ONLY

FF / MAY 96