# EXHIBIT 14

# Part 2



Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT









Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT





**Isiah Pridgen** Praying for ya SSG!

2y

**Lucia Batts Cutcher** Proud of you and humbled by your continued faith. You are an encouragement to me.

2y

**Kyle Cummings** Sending good thoughts adn strength your way - have a great Thanksgiving

2y

**Caleb Morales** Take care Ssg and I'll be praying for you

2y

**Jon Batts** Thanks man, happy thanksgiving

2y

**Caleb Morales** Happy thanksgiving to you too. Keep me listed I would like to go visit and so would a lot of the other joes.

2y

**Travis Inglis** Happy thanksgiving ssg. Miss you alot. Ill be praying for you and hope you and family have a wonderful holiday.

2y

**Jon Batts** Thanks a lot I will keep you informed

2y

**Jeremy Wayne Bryan** Bro, what eye pro were you wearing?

2y

**Angel Vargas** God speed my friend

2y

**Jill Draghici** Hi Batts family...happy thanksgiving, our prayers are with you. Miss you guys!

2y

---

**Jon Batts** shared his post.

November 23, 2015 ·

**Jon Batts** added 4 new photos.

November 23, 2015 ·

Today we leave for San Antonio to go see the specialist. Will be discussing and most likely removing my right eye. With that done it causes less of a chance of ...

See More

↪ Share

**Jon Batts** added 4 new photos.

November 23, 2015 ·

Today we leave for San Antonio to go see the specialist. Will be discussing and most likely removing my right eye. With that done it causes less of a chance of future injury. Try to keep a positive outlook. I'm sure they'll be a couple more breakdowns in the near future. I'll get through it though. i refocused and I'm putting God first again. I'm still in a lot of pain but I will make it. I'm not going to let this ruin shooting for me. I can still use my left side for longer shots and switch to the right for closer stuff. To facilitate that I am going to run a setup like I have in the picture when I get around to getting one. I'm getting one with throw levers so I can move it from one platform to another and I won't have to buy 3. If you are interested in buying my elcan specter it's for sale for $1100 so I can fund the other setup. I can still use your prayers that this is the extent of the damage. It should be. I also want to thank everyone for all they did. I may want to get out in the future but as of now I need to just stay at home. Too

Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT







Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT





Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT













Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT











Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT

Page 65 of 79





Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT







Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT









Document title: Jon Batts
Capture URL: https://www.facebook.com/jon.batts.92
Capture timestamp (UTC): Wed, 18 Apr 2018 23:02:26 GMT









