# EXHIBIT 15

# Steven Danekas

| | |
|---|---|
| **From:** | Steven Danekas |
| **Sent:** | Tuesday, July 16, 2019 1:50 PM |
| **To:** | Robert Meador |
| **Cc:** | Sybell Hernandez; Mitchell Chaney (mchaney@mcginnislaw.com); Bittick, Annette (abittick@mcginnislaw.com) |
| **Subject:** | Batts |
| **Attachments:** | Batts FB.pdf |

Bob:

Per Remington's Supplemental Rule 26(a)(1) Disclosures, I am producing here Mr. Batts's Facebook page(s).

Steve

**Steven E. Danekas**
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
Phone:  312.923.8273
Fax:  312.321.3973
Email:  sdanekas@smbtrials.com

DISCLAIMER:  This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.  This communication does not form any contractual obligation on behalf of the sender or Swanson, Martin & Bell, LLP.