**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JON BATTS,** *Plaintiff* | § § § | |
| **VS** | § § | **Case No. W-17-CV-00346-ADA-JCM** |
| **REMINGTON ARMS COMPANY, LLC;** *Defendant* | § § § § | |

## ORDER

Before the Court is Robert M. Meador's Motion to Withdraw as Counsel. ECF No. 29. Mr. Meador is counsel for the Plaintiff, Jon Batts. Mr. Meador moved to withdraw pursuant to Local Rule AT-3. In the instant Motion, Mr. Meador asserts that a conflict of interest has developed between Plaintiff and Plaintiff's counsel and ethical considerations require Mr. Meador to withdraw per the Texas Disciplinary Rules of Professional Conduct. ECF No. 29. Mr. Meador's motion complies with the requirements of Local Rule AT-3. Local Court Rule AT-3; *see* ECF No. 29.

On September 5, 2019, the parties in the above styled matter appeared telephonically before this Court to discuss the motion and the reasons therefore. During the hearing, the Court addressed the scheduling implications of granting Mr. Meador's Motion to Withdraw with respect to Defendant's Opposed Motion to Exclude the Opinion Testimony of Plaintiff's Liability Expert and Defendant's Opposed Motion to Dismiss and Motion for Sanctions. *See* ECF No. 26; ECF No. 31. Plaintiff Jon Batts also requested that, if the Motion to Withdraw was granted, he be provided with time to secure new counsel, as well as an extension of time to respond to Defendant's Opposed Motion to Dismiss and Motion for Sanctions. *See* ECF No. 31.

Accordingly, it is **ORDERED** that the Motion to Withdraw as Counsel (ECF No. 29) is **GRANTED**. Robert M. Meador is permitted to withdraw as attorney of record for Plaintiff Jon Batts. It is further **ORDERED** that Plaintiff Jon Batts must secure any replacement counsel on or before

**Friday, October 18, 2019**; Plaintiff's Response deadline for ECF No. 31, Defendant's Opposed Motion to Dismiss and Motion for Sanctions, is extended until fourteen (14) days after the entry of appearance by any replacement counsel for Plaintiff Jon Batts.

It is further **ORDERED** that:

1) a stay is in effect in the above styled matter until replacement counsel, if any, enters an appearance on behalf of Plaintiff Jon Batts;

2) a hearing is set for **Monday, November 4, 2019 at 9:00 am** on ECF No. 26, ECF No. 31, and any necessary changes to ECF No. 13, the Scheduling Order in the above styled matter; and

3) that Plaintiff Jon Batts **appear in person** for the aforementioned hearing on **Monday, November 4, 2019 at 9:00 am.** Plaintiff is advised that a failure to appear in person may result in a dismissal of the above styled matter for want of prosecution.

SIGNED this 5th day of September, 2019.

JEFFREY MANSKE
UNITED STATES MAGISTRATE JUDGE