UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JON BATTS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO: 6:17-CV-00346-ADA-JCM |
| § | |
| REMINGTON ARMS COMPANY, § | |
| LLC, § | |
| § | |
| Defendant. § | |

**STIPULATION REGARDING DEFENDANT REMINGTON ARMS COMPANY LLC'S
MOTION TO EXCLUDE THE OPINION TESTIMONY
OF PLAINTIFF'S LIABILITY EXPERT CHARLES POWELL
AS TO PRODUCT DEFECT AND CAUSATION**

Plaintiff Jon Batts and Defendant Remington Arms Company, LLC hereby stipulate as follows:

1. Remington's Motion to Exclude the Opinion Testimony of Plaintiff's Liability Expert Charles Powell as to Product Defect and Causation (ECF No. 26), brought pursuant to FED. R. EVID. 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, and other case law set forth in the motion, is well-taken and has merit;

2. Plaintiff Jon Batts agrees with the aforementioned motion;

3. Plaintiff Jon Batts agrees that the aforementioned motion should be granted for all the reasons stated therein and that the testimony of Plaintiff's expert, Charles Powell, as to product defect and as to causation should be excluded.

SIGNED this 8th day of November, 2019.

1236558.v4

Respectfully submitted,

By: */s/   Bryan L. Sample*
    Bryan L. Sample, Admitted *Pro Hac Vice*
    Texas Bar No. 00791594
    Email: bsample@wincorn.com
    Kenneth G. Wincorn & Associates P.C.
    1310 N. Central Expressway, Suite 1310
    Richardson, Texas  75080
    214-630-1221
    Fax 214-630-2155

    **ATTORNEYS FOR PLAINTIFF
    JON BATTS**

By: */s/    Steven E. Danekas*
    Steven E. Danekas, Admitted *Pro Hac Vice*
    Illinois Bar No. 6180496
    Email:  sdanekas@smbtrials.com

    OF COUNSEL:
    SWANSON MARTIN & BELL, LLP
    330 North Wabash, Suite 3300
    Chicago, Illinois 60611
    312-923-8273
    Fax 312-321-3973

    and

    Mitchell C. Chaney
    Texas Bar No. 04107500
    Email:  MChaney@mcginnislaw.com

    OF COUNSEL:
    MCGINNIS LOCHRIDGE
    600 Congress Avenue, Suite 2100
    Austin, TX   78701
    512.495.6198
    Fax 512.499.7998

    **ATTORNEYS FOR DEFENDANT
    REMINGTON ARMS COMPANY, LLC**

1236558.v4