UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JON BATTS, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | CASE NO: 6:17-CV-00346-ADA-JCM |
| REMINGTON ARMS COMPANY, LLC, | | |
| Defendant. | | |

**AMENDED PROPOSED**
**ORDER GRANTING DEFENDANT REMINGTON ARMS COMPANY LLC'S MOTION TO EXCLUDE THE OPINION TESTIMONY OF PLAINTIFF'S LIABILITY EXPERT CHARLES POWELL AS TO PRODUCT DEFECT AND CAUSATION**

Before the Court is Defendant Remington Arms Company, LLC's Motion to Exclude the Opinion Testimony of Plaintiff's Liability Expert Charles Powell as to Product Defect and Causation, brought pursuant to FED. R. EVID. 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, and other case law set forth in the motion.

The Court, having been informed that Plaintiff agrees with the motion and having considered the Defendant's motion, including exhibits, and pursuant to FED. R. EVID. 702, **GRANTS** the motion and orders that:

The testimony of Plaintiff's expert, Charles Powell, as to product defect and as to causation is hereby excluded.

SIGNED this _____ day of _____, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE