UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JON BATTS,** § § § *Plaintiff,* § § v. § § **REMINGTON ARMS COMPANY, LLC,** § § *Defendant.* § | CIVIL ACTION NO. 6:17-cv-00346 [JURY DEMANDED] |

### STIPULATION REGARDING DEFENDANT REMINGTON ARMS COMPANY, LLC'S MOTION TO DISMISS AND FOR SANCTIONS AGAINST PLAINTIFF JON BATTS

Plaintiff Jon Batts and Defendant Remington Arms Company, LLC hereby stipulate as follows:

1. Remington's Motion to Dismiss and for Sanctions (ECF No. 31) is well-taken and has merit;

2. Plaintiff Jon Batts agrees with the aforementioned motion;

3. Plaintiff Jon Batts agrees that the aforementioned motion should be granted for all the reasons stated therein;

4. Paintiff Jon Batts agrees that this action be dismissed with prejudice, subject to the terms of this stipulation and terms the Court may set; and

5. Plaintiff Jon Batts shall reimburse Remington in the amount of fifteen thousand dollars ($15,000) for costs incurred in this matter for payments to its experts for efforts to recover deleted video evidence. The reimbursement shall be paid in three equal annual payments of five thousand dollars ($5000) with the first payment due on January 15, 2020, the second payment due on December 1, 2020, and the third payment due on December 1, 2021. The payments shall be

1236561.v3

payable to Remington Arms Company, LLC and shall be delivered to Steven E. Danekas, Swanson, Martin & Bell, LLP, Suite 3300, 330 North Wabash, Chicago, Il 60611.

Dated:  November 15, 2019

                              Respectfully submitted,

By: /s/   Bryan L. Sample
      Bryan L. Sample, Admitted *Pro Hac Vice*
      Texas Bar No. 00791594
      Email:  bsample@wincorn.com
      Kenneth G. Wincorn & Associates P.C.
      1310 N. Central Expressway, Suite 1310
      Richardson, Texas  75080
      214-630-1221
      Fax 214-630-2155

***ATTORNEYS FOR PLAINTIFF***
***JON BATTS***

By: /s/   Steven E. Danekas
      Steven E. Danekas, Admitted *Pro Hac Vice*
      Illinois Bar No. 6180496
      Email:  sdanekas@smbtrials.com

OF COUNSEL:
SWANSON MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
312-923-8273
Fax 312-321-3973

and

Mitchell C. Chaney
Texas Bar No. 04107500
Email:  MChaney@mcginnislaw.com

OF COUNSEL:
MCGINNIS LOCHRIDGE
600 Congress Avenue, Suite 2100
Austin, TX   78701
512.495.6198
Fax 512.499.7998

***ATTORNEYS FOR DEFENDANT***
***REMINGTON ARMS COMPANY, LLC***