UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JON BATTS, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 6:17-cv-00346 |
| v. | § § § | |
| REMINGTON ARMS COMPANY, LLC, | § § § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANT REMINGTON ARMS COMPANY, LLC'S MOTION TO DISMISS AND FOR SANCTIONS AGAINST PLAINTIFF JON BATTS

Before the Court is the Defendant, Remington Arms Company, LLC's Motion to Dismiss and for Sanctions Against Plaintiff Jon Batts. ECF No. 31.

The Court, having been informed that the Plaintiff agrees with the motion and having considered the Defendant's motion, **GRANTS** the motion and orders as follows:

(1)   This Action is dismissed with prejudice;

(2)   Plaintiff Jon Batts shall reimburse Remington in the amount of fifteen thousand dollars ($15,000) for costs incurred in this matter for payments to its experts for efforts to recover deleted video evidence;

(3)   This Court retains jurisdiction of this matter for purposes of enforcing this Order; and

(4)   The hearing set for December 11, 2019, is stricken.

SIGNED this 20th day of November 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE