UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JON BATTS | § |
| | §    CIVIL NO: |
| vs. | §    WA:17-CV-00346-ADA |
| | § |
| REMINGTON ARMS COMPANY, LLC | § |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, January 13, 2020 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 3rd day of January, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE